UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20073-CIV-ALTONAGA/Damian

FLORAL LOGISTICS OF MIAMI, INC.,

*Plaintiff*,

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., et al.

*Defendants*.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENTS**

Plaintiff, FLORAL LOGISTICS OF MIAMI, INC. ("Plaintiff"), by and through respective undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.03 of the Local Rules of the United States District Court for the Southern District of Florida, as well as this Court's Order [ECF No. 4] hereby discloses the following Corporate Disclosure Statement:

**(1)   Each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity - that has or may have an interest in the outcome of this action:**

Floral Logistics of Miami, Inc.

Ainsworth + Clancy, PLLC (Counsel for Floral Logistics of Miami, Inc.)

Ryan M. Clancy, Esq.

New York Garden Flower Wholesale, Inc. (Defendant)

Dhan Paih (Personal Guarantor of Defendant)

Jose A. Blanco, P.A. (Counsel for Defendants)

Jose A. Blanco, Esq.

**(2)     Each entity with publicly traded shares or debt potentially affected by the outcome:**

None.

**(3)     Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:**

None.

**(4)     Each person arguably eligible for restitution:**

Not applicable (assuming the reference is in the context of criminal restitution).

There is no publicly held corporation owning 10% or more of stock in Floral Logistics of Miami, Inc..

I hereby certify that, except as disclosed, I am unaware of any actual or potential conflict of interest involving the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted this 18th day of January 2023.

**AINSWORTH + CLANCY, PLLC**
*Attorneys for Plaintiff*
801 Brickell Avenue, 8th Floor
Miami, Florida 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817

By: *s/ Ryan Clancy*
Ryan Clancy, Esq.
Florida Bar No. 117650
Email: ryan@business-esq.com
Email: info@business-esq.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.

By: *s/ Ryan Clancy*
Ryan Clancy, Esq.
