**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-20073-CIV-ALTONAGA/Damian**

FLORAL LOGISTICS OF MIAMI, INC.,

*Plaintiff*,

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., et al.

*Defendants*.
_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURES STATEMENT**

Defendants NEW YORK GARDEN FLOWER WHOLESALE, INC. and DHAN PAIH (collectively referred to as "Defendants"), by and through undersigned counsel, hereby file this Certificate of Interested Parties and Corporate Disclosures Statement:

**Interested Parties**

The person, associated persons, firms, partnerships or corporation that has or may have a financial interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case includes

1. Plaintiff – Floral Logistics of Miami, Inc.

2. Counsel for Plaintiff - Ainsworth + Clancy, PLLC, Ryan M. Clancy, Esq. and Yamila Lorenzo, Esq.

3. Defendants – New York Garden Flower Wholesale, Inc., a citizen of New York, Dhan Paih, a citizen of New Jersey.

4. Third Party Defendants – Shipping company, flight carrier, and others as third-party defendants whose identities are unknown at this time.

5. Counsel for Defendant – Jose A. Blanco, P.A., Jose A. Blanco, Esq. and Law Offices of Daniel D. Kim, Daniel D. Kim, Esq. (seeking pro hac vice admission)

6. All potential persons and/or entities revealed during the course of discovery including Third Party Defendants.

7. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: Other than disclosed herein, none that is known at this time.

Defendants reserve the right to amend and revise this list as necessary.

### Corporate Disclosure

New York Garden Flower Wholesale, Inc. is a New York Domestic Business Corporation with its principal place of business in the State of New York. Dhan Paih a/k/a Daniel S. Bae, an individual, is a citizen of the State of New Jersey and is the sole owner of New York Garden Flower Wholesale, Inc. Dhan Paih is the only principal of New York Garden Flower Wholesale, Inc. New York Garden Flower Wholesale, Inc. is a New York Corporation incorporated under the laws of the State of New York. There is no such publicly traded entity that owns more than 10% of the company.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

**JOSE A. BLANCO, P.A.**
*Attorney for Defendants*
102 E 49th ST,
Hialeah, FL 33013
305-349-3463
jose@blancopa.com

By: */s/ Jose A. Blanco*
JOSE A. BLANCO, ESQ.
Florida Bar No. 062449

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on this 18th day of January 2023. I also certify that the foregoing document is being served this day on counsel of record, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner to the following: Ryan M. Clancy, Esq. (ryan@business-esq.com) AINSWORTH + CLANCY, PLLC, *Attorneys for Plaintiff*, 801 Brickell Ave., 8th Fl., Miami, FL 33131. This certificate is taken as prima facie proof of such service in compliance with FRJA 2.516.

By: */s/ Jose A. Blanco*
JOSE A. BLANCO, ESQ.