UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20073-CIV-ALTONAGA/Damian

FLORAL LOGISTICS OF MIAMI, INC.,

*Plaintiff*,

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., et al.

*Defendants*.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, FLORAL LOGISTICS OF MIAMI, INC. ("Plaintiff") and Defendants NEW YORK GARDEN FLOWER WHOLESALE, INC. and DHAN PAIH (collectively referred to as "Defendants"), by and through their respective undersigned counsel, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(B) of the Local Rules of the United States District Court for the Southern District of Florida, hereby file the instant Joint Scheduling Report.

1. **Recommended Case Management Track**

Pursuant to Local Rule 16.1(A)(4), S.D.Fla.L.R., the parties recommended that this case be placed on the Complex Case Management Track.

2. **Discovery Plan**

   a. The Parties have agreed to exchange the initial disclosures set forth in Rule 26(a)(1)(A)–(D) of the Federal Rules of Civil Procedure by **February 27, 2023**.

   b. Each party may propound written discovery and may notice depositions via Zoom as subject to any restrictions impose by the Federal Rules of Civil Procedure and the Local Rules of the United States District for the Southern District of Florida.

c. The parties do not believe that discovery should be conducted in phases, or that it should be limited or focused upon any particular issues, other than those likely to lead to the discovery of admissible evidence in the instant action. Defendants intend to bring third party actions against an entity in Colombia as well as the shipping company and the flight carrier, all whose identities are not yet known.

d. The parties are not aware of any present issues relating to the disclosure or discovery of electronically stored information.

e. The parties do not believe that any changes should be made to the limitations on discovery imposed under the rules or by local rule.

f. The parties may need to file a Joint Stipulation for a Protective Order Regarding Confidentiality, depending upon what documents are requested during discovery.

3. **Discussion of Likelihood of Settlement**

The parties will discuss settlement and will inform the court of any potential settlement.

4. **Likelihood of Appearance in the Action of Additional Parties**

Defendants intend to bring third party actions against an entity in Colombia as well as the shipping company and the flight carrier, all whose identities are not yet known.

5. **Proposed Time Limits**

a. The parties recommend a deadline of **April 24, 2023** to join other parties and to amend the pleadings.

b. The parties recommend a deadline of **August 28, 2023** to exchange trial witness lists.

c. The parties recommend that the Plaintiff shall furnish Defendants with a list of expert witnesses intended to be called at trial along with the summaries/reports on or by **August 28, 2023**.

d. Exchange of rebuttal expert witness summaries and reports by **September 15, 2023**.

e. The parties recommend a deadline of **October 16, 2023** to complete all fact and expert discovery, including depositions via Zoom.

f. The parties recommend a deadline of **October 30, 2023** to complete mediation via Zoom.

    g. The parties recommend a deadline of **November 13, 2023** to file dispositive motions and supporting memorandum of law.

    h. The parties recommend a deadline of **December 18, 2023** to file motions in limine and any other non-dispositive pre-trial motions.

    i. The parties recommend a deadline of **January 8, 2024** to file proposed jury instructions and/or proposed findings of fact and conclusions of law.

    j. The parties recommend a deadline of **January 9, 2024** to file the parties' joint pre-trial stipulation.

**6. Proposal for the Formulation and Simplification of Issues**

None at this time. Should it become necessary, counsel shall meet to discuss any proposals for the formulation and simplification of issues.

**7. Necessity or Desirability of Amendments to Pleadings**

None at this time.

**8. Possibility of Obtaining Admissions of Fact and Documents**

Should it become necessary, counsel will meet to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court and the admissibility of evidence.

**9. Suggestions for the Avoidance of Unnecessary Proof and Cumulative Evidence**

None at this time. Should it become necessary, counsel will meet to discuss suggestions for the avoidance of unnecessary proof and cumulative evidence.

**10. Suggestions on the Advisability of Referring Matters to a Magistrate.**

The parties agree that a United States Magistrate may hear and rule on matters related to discovery. Defendants consent to the United States Magistrate Judge ruling on dispositive motions or to conduct the trial on this case. Plaintiff does not consent for dispositive motions or trial at this time but the parties will work together to amend this joint scheduling report if that changes.

**11. Preliminary Estimate of the Time Required for Trial**

At this time, the parties anticipate a trial of 7 to 10 days.

**12. Requested Dates for Conferences Before Trial, Final Pretrial Conferences and Trial**

The parties request a trial period that begins on or about **February 2024** and a pre-trial conference to take place on or about **February 2024**.

**13. Any Other Information That Might be Helpful to the Court in Setting this Case for Status or Pretrial Conference**

None at this time.

Respectfully submitted this 18th day of January 2023.

| | |
|---|---|
| **AINSWORTH + CLANCY, PLLC**<br>*Attorneys for Plaintiff*<br>801 Brickell Avenue, 8th Floor<br>Miami, Florida 33131<br>Telephone: (305) 600-3816<br>Facsimile: (305) 600-3817<br><br>By: *s/ Ryan Clancy*<br>Ryan Clancy, Esq.<br>Florida Bar No. 117650<br>Email: ryan@business-esq.com<br>Email: info@business-esq.com | **JOSE A. BLANCO, P.A.**<br>*Attorney for Defendants*<br>102 E 49 ST<br>Hialeah, FL 33013<br>305-349-3463<br>jose@blancopa.com<br><br>By: /s/ Jose A. Blanco<br>Jose A. Blanco, Esq.<br>Florida Bar No. 062449<br>Email: jose@blancopa.com |