UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-20073-CIV-ALTONAGA/Damian**

FLORAL LOGISTICS OF MIAMI, INC.,

*Plaintiff*,

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., et al.

*Defendants*.

_____/

**NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 10] and Local Rule 16.2, the Parties agree to and select the following mediator in this matter:

**Stanford Blake**
Stanford Blake Mediation
2 Grove Isle Dr., #203
Miami, FL 33133
305-890-6331
stan@standfordblakemediation.com

The mediation conference will be held on July 20, 2023 at 9:30 A.M. via Zoom Remote Conference.

Respectfully submitted this 9th day of February 2023.

**AINSWORTH + CLANCY, PLLC**
*Attorneys for Plaintiff*
801 Brickell Avenue, 8th Floor
Miami, Florida 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817

By: *s/ Ryan Clancy*

Ryan Clancy, Esq.<br>
Florida Bar No. 117650<br>
Email: ryan@business-esq.com<br>
Email: info@business-esq.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 9, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.

By: <u>s/ Ryan Clancy</u><br>
Ryan Clancy, Esq.