UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**FLORAL LOGISTICS OF MIAMI, INC.**,

    Plaintiff,
v.

**NEW YORK GARDEN FLOWER WHOLESALE, INC.**; *et al.*,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

The mediation conference in this matter shall be held with Stanford Blake of Stanford Blake Mediation, on **July 20, 2023 at 9:30 AM** to be held via Zoom Remote Conference. The parties are reminded that a report of the mediation is due within seven (7) days of the mediation conference.

**ENTERED** this 10th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record