**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 23-20073-civ-ALTONAGA/Damian**

**FLORAL LOGISTICS OF MIAMI, INC.,**

      Plaintiff,

v.

**NEW YORK GARDEN FLOWER WHOLESALE, INC.,**
_____/

**PLEASE TAKE NOTICE** that this ½-day mediation is set as follows:

MEDIATOR:     STANFORD BLAKE

LOCATION:     ZOOM:

Join Zoom Meeting

https://us02web.zoom.us/j/83134331793?pwd=N2oxdzJyMlJMY3JmV3kwM0RkTGwydz09

DATE:     THURSDAY, JULY 20, 2023

TIME:     9:30 AM

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on the 11TH day of FEBRUARY 2023 via email to:

| | |
|---|---|
| Ryan Clancy, Esq. and Yamila Lorenzo, Esq.<br>Ainsworth + Clancy, PLLC<br>801 Brickell Avenue, 8th Floor<br>Miami, FL 33131<br>Phone: (305) 600-3817<br>Fax: (305) 600-3816<br>ryan@business-esq.com<br>yamila@business-esq.com<br><br>*Attorneys for Plaintiff* | Jose A. Blanco, ESQ.<br>Jose A. Blanco, P.A.<br>102 E. 49th St.,<br>Hialeah, FL 33013<br>305-349-3463<br>jose@blancopa.com<br><br><br><br>*Attorney for Defendant* |
| | Daniel D. Kim, Esq.<br>Law Offices of Daniel D. Kim<br>416 E. Central Blvd., 2nd FL<br>Palisades Park, NJ 07650<br>(201) 741-1114<br>danielkimlaw@gmail.com<br><br><br>*Co-Counsel for Defendant* |

Respectfully submitted,

_____
STANFORD BLAKE, MEDIATOR
2 GROVE ISLE DRIVE #203
MIAMI, FL 33133
Tel: (35) 890-6331
Email: stan@stanfordblakemediation.com