UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**FLORAL LOGISTICS OF**
**MIAMI, INC.**,

    Plaintiff,
v.

**NEW YORK GARDEN FLOWER**
**WHOLESALE, INC.**; *et al.*,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On February 2, 2023, Defendants, New York Garden Flower Wholesale, Inc. and Dhan Paih, filed an Answer [ECF No. 13] in which Defendant, New York Garden Flower Wholesale, Inc. asserted a counterclaim against Plaintiff, Floral Logistics of Miami, Inc. (*See* Answer 10–12).[1] Under Rule 12, "[a] party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim." Fed. R. Civ. P. 12(a)(1)(B) (alteration added). Plaintiff's answer to the counterclaim was due on February 23, 2023. To date, Plaintiff has failed to file an answer. Accordingly, it is

**ORDERED** that Plaintiff, Floral Logistics of Miami, Inc., shall file an answer to Defendant, New York Garden Flower Wholesale, Inc.'s counterclaim contained in Defendants' Answer **[ECF No. 13]** on or before **February 28, 2023**.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**DONE AND ORDERED** in Miami, Florida, this 24th day of February, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:	counsel of record