UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**FLORAL LOGISTICS OF
MIAMI, INC.**,

    Plaintiff,

v.

**NEW YORK GARDEN FLOWER
WHOLESALE, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Motion to Dismiss New York Garden Flower Wholesale, Inc.'s Counterclaim [ECF No. 19], filed on February 28, 2023; and Defendant, New York Garden Flower Wholesale, Inc.'s Cross-Motion to Amend Counterclaims [ECF No. 21], filed on March 14, 2023. Although Defendant has not submitted a certificate of conferral in accordance with the Local Rules, *see* S.D. Fla. L.R. 7.1(a)(3), Defendant seeks leave to amend to address the issues raised in Plaintiff's Motion to Dismiss (*see* Resp. [ECF No. 20] 5).[1] Moreover, Defendant's Motion comes just a few weeks after the deadline to amend pleadings. (*See* Jan. 19, 2023 Order [ECF No. 10] 1). Indeed, Plaintiff's Motion to Dismiss is untimely and contributed to the delay in the proposed amendment sought by Defendant. (*See* February 24, 2023 Order [ECF No. 18]).

    Being fully advised, it is

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss New York Garden Flower Wholesale, Inc.'s Counterclaim **[ECF No. 19]** is **DENIED** as moot. Defendant, New York Garden Flower Wholesale, Inc.'s Cross-Motion to Amend Counterclaims **[ECF No. 21]** is **GRANTED**. Defendant has until **March 16, 2023** to file its amended counterclaims as a separate docket entry.

**DONE AND ORDERED** in Miami, Florida, this 15th day of March, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record