# EXHIBIT D-1

## danieldkimlaw@gmail.com

**From:** edybog5428@hotmail.com
**Sent:** Monday, September 5, 2022 6:30 PM
**To:** dhan paih
**Subject:** TOTAL SUM CREDITS 1,2,3,4,5,6,7,8,9,10

Dhan good afternoon

This is the total sum from al credits from # 1 to # 10 as follows :

| | | |
|---|---|---|
| CREDTI 1 | AWB 406-0915 1240 VALLEY | US$2.495,oo |
| CREDIT 2 | AWB 406-0915 1240 CULTIVOS DEL NORTE | US$22.879,60 |
| CREDIT 3 | AWB 406-0915 8645 CULTIVOS DEL NORTE | US$4.766,40 |
| CREDIT 4 | AWB 406-0915 8542 CULTIVOS DEL NORTE | US$4.183,oo |
| CREDIT 5 | AWB 406-0915 8494 CULTIVOS DEL NORTE | US$5.423,10 |
| CREDIT 6 | AWB 406-0915 1251 CULTIVOS DEL NORTE | US$6.209,50 |
| CREDIT 7 | AWB 406-0915 8505 CULTIVOS DEL NORTE | US$20.067,50 |
| CREDIT 8 | AWB 406-0915 8505 VALLEY | US$2.668,oo |
| CREDIT 9 | AWB 406-09158332 CULTIVOS DEL NORTE | US$4.761,10 |
| CREDIT 10 | AWB 145-0993 3831-5102 CQ FLOWERS | US$2.466,11 |

                                        TOTAL    US$ 75.919.31

regards ,

NEW YORK GARDEN FLOWER WHOLESALE INC.
PROCUREMENT DEPARTMENT
EDILBERTO HERNANDEZ LLANOS.
MOVIL : 57 3105873188
email- msn : edybog5428@hotmail.com
skype ; edybog5428@hotmail.com

1

**danieldkimlaw@gmail.com**

| | |
|---|---|
| From: | edybog5428@hotmail.com |
| Sent: | Monday, September 5, 2022 5:13 PM |
| To: | dhan paih |
| Subject: | CREDIT 1  AWB  406-0915 1240  and  HAWB  CGX 1116205 , from  April  29TH  -2022   from VALLEY |
| Attachments: | INVOICE  64349  VALLEY NEW YORK GARDEN FLOWER #64349  04292022.pdf; INVOICE 64348  VALLEY   NEW YORK GARDEN FLOWER #64348  04292022.pdf; WhatsApp Image 2022-05-09 at 7.28.27 AM (1).jpeg; WhatsApp Image 2022-05-09 at 7.28.27 AM (2).jpeg; WhatsApp Image 2022-05-09 at 7.28.27 AM (3).jpeg; WhatsApp Image 2022-05-09 at 7.28.27 AM.jpeg; WhatsApp Image 2022-05-09 at 7.28.28 AM (1).jpeg; WhatsApp Image 2022-05-09 at 7.28.28 AM (2).jpeg; WhatsApp Image 2022-05-09 at 7.28.28 AM (3).jpeg; WhatsApp Image 2022-05-09 at 7.28.28 AM (4).jpeg; WhatsApp Image 2022-05-09 at 7.28.28 AM.jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (1).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (2).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (3).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (4).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (5).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM (6).jpeg; WhatsApp Image 2022-05-09 at 7.28.29 AM.jpeg; WhatsApp Image 2022-05-09 at 7.28.30 AM (1).jpeg; WhatsApp Image 2022-05-09 at 7.28.30 AM (2).jpeg; WhatsApp Image 2022-05-09 at 7.28.30 AM (3).jpeg; WhatsApp Image 2022-05-09 at 7.28.30 AM (4).jpeg; WhatsApp Image 2022-05-09 at 7.28.30 AM.jpeg; WhatsApp Image 2022-05-09 at 7.28.31 AM (1).jpeg; WhatsApp Image 2022-05-09 at 7.28.31 AM (2).jpeg; WhatsApp Image 2022-05-09 at 7.28.31 AM (3).jpeg; WhatsApp Image 2022-05-09 at 7.28.31 AM.jpeg |

Dear  Dhan  good afternoon

Attach  im sending the documents  and pics  from the credit  1  from the  AWB  406-0915  1240  and  HAWB  CGX 1116205 , from April  29TH  -2022   from VALLEY    As you can realize the  flowers  arrive in bad condition   burn , warm  and  with  so much  botritis   not useful the flowers  tha  farm  no accept  that they  did make  all the conditions  to keep  the flowers  in good  condition and show  up  all the  quality control  before out of the farm and   ship , we are sure that the  cold  chain  was lose  manage bad the boxes  the cargo  agency  and forwarder  Floral  logistic did not carry out the   quality  control   and dont give to the boxes  and flowers   the caution that  these  need  to avoid this problem

This  claim   was  resume   as follows

INVOICE  225711-09  FLORAL  LOGISTICS  INCLUDE  SAME  COST CLAIM CULTIVOS DEL NORTE AWB 1240. see email with this claim

| | |
|---|---|
| INVOICE 64349 VALLEY | COST FLOWERS   US$1.247,50 |
| INVOICE  64348 VALLEY | COST FLOWERS   US$1.247,50 |
| | SUB TOTAL          US$ 2.495,oo |

regards ,

NEW YORK GARDEN FLOWER  WHOLESALE INC.
PROCUREMENT DEPARTMENT
EDILBERTO HERNANDEZ LLANOS.
MOVIL  :  57 3105873188
email- msn : edybog5428@hotmail.com
skype ; edybog5428@hotmail.com

2