UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**FLORAL LOGISTICS OF
MIAMI, INC.**,

      Plaintiff,

v.

**NEW YORK GARDEN FLOWER
WHOLESALE, INC.**; *et al.*,

      Defendants.

_____/

**ORDER**

      **THIS CAUSE** came before the Court at an April 13, 2023 hearing [ECF No. 32], addressing Plaintiff, Floral Logistics of Miami, Inc.'s Motion to Dismiss New York Garden Flower Wholesale, Inc.'s Amended Counterclaim [ECF No. 25]. For the reasons stated in open court, it is hereby

      **ORDERED AND ADJUDGED** that the Motion [ECF No. 25] is **GRANTED**. Defendant New York Garden Flower Wholesale, Inc. has until **April 20, 2023** to file its amended counterclaims.

      **DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2023.

                                                                                     **CECILIA M. ALTONAGA**
                                                                                   **CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record