UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20073-CIV-ALTONAGA/Damian

FLORAL LOGISTICS OF MIAMI, INC
a Florida Profit Corporation,

    *Plaintiff/Counter-Defendant*

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., a New York
Profit Corporation, and DHAN
PAIH, an individual,

    *Defendants/Counter-Plaintiff.*
_____/

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

    Plaintiff, FLORAL LOGISTICS OF MIAMI, INC ("Plaintiff"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1(a), files this Statement of Material Facts in support of its Motion for Summary Judgements against Defendants, NEW YORK GARDEN FLOWER WHOLESALE, INC. ("NY Garden") and DHAN PAIH ("Paih") (collectively referred to as "Defendants"). Plaintiff submits the following statement of material facts and contends there is no genuine issue to be tried.

    1.    This case involves the shipment of flowers from Colombia to New York. *See* ECF No. 1 at ¶ 8.

    2.    Floral Logistics is in the business of trucking and hauling throughout the United States of America. *See* Affidavit of Kathy Luna at ¶ 4 is attached hereto as Exhibit 'A' (hereinafter the "Exhibit A").

3. Defendants are in the business of purchasing and reselling flowers in the United States of America. *See* Exhibit A at ¶ 5.

4. On or about November 4, 2021 up until August 11, 2022, Plaintiff provided shipping services (the "Services") to Defendant, NY Garden. *See* Exhibit A at ¶ 6; Report of Invoices is attached hereto as Exhibit 'B' (hereinafter "Exhibit B").

5. Services were invoiced to Defendant, NY Garden. *See* Exhibit A at ¶ 7; Exhibit B.

6. Prior to providing the Services to NY Garden and as a prerequisite for the Services, Defendants completed a Credit Application. *See* Exhibit A at ¶ 8; Credit Application is attached hereto as Exhibit 'C' (hereinafter "Exhibit C").

7. The Credit Application states as follows:

> I (We) [i.e. Guarantor], the undersigned, notwithstanding any corporate title which may be indicated, personally, individually, and jointly and severally guarantee payments of applicant's past, present and future obligations to Floral Logistics of Miami, Inc. and agree to all of the terms herein.

*See* Exhibit 'C.'

8. The Credit Application further states that "[a]pplicant(s) waive(s) all right to make claim or counter suit unless claims are made BOTH in writing by email or fax, and by telephone within 24 hours of receipt of shipment." *See* Exhibit C.

9. Defendant, Paih, executed the Credit Application as a personal guarantor. *See* Exhibit A at ¶ 9; Exhibit C.

10. Plaintiff performed the Services, and Defendant accepted the Services without complaint. *See* Exhibit A at ¶ 10.

11. Defendants received, inspected, and accepted in conformity any and all goods delivered. *See* Exhibit A at ¶ 10.

12. Despite Defendants being aware of the process to open a claim with Plaintiff, Defendants did not file any claims by either email, fax, or telephone within 24 hours of receiving their goods. *See* Exhibit A at ¶ 10.

13. In fact, Defendants did not raise any issues with the shipment until Plaintiff sent Defendants a Debt Validation Notice on August 23, 2022. *See* Exhibit A at ¶ 12; Debt Validation Notice is attached hereto as Exhibit D (hereinafter "Exhibit D").

14. At the time of sending the Debt Validation Notice, Plaintiff's records reflected that Defendants owed Plaintiff a balance of one hundred eighty-one thousand six hundred forty-nine dollars and forty-six cents ($181,649.46). *See* Exhibit A at ¶ 13; Exhibit C; Exhibit D.

15. Pursuant to the Credit Application, Defendants are jointly liable for all costs related to litigating and collecting the instant account. *See* Exhibit C.

Respectfully submitted this 9th day of August 2023.

AINSWORTH + CLANCY, PLLC
801 Brickell Avenue, 8th Floor
Miami, FL 33131
Telephone: (305) 600-3816
Facsimile: (305) 600-3817
*Counsel for Plaintiff*

By: /s/ Ryan Clancy
Ryan Clancy, Esq.
Florida Bar No. 117650
Email: ryan@business-esq.com
Email: info@business-esq.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 9, 2023, I electronically filed the foregoing via CM/ECF which will automatically send a copy of same to all registered users in this matter.

By: s/ Ryan Clancy
Ryan M. Clancy, Esq.
