# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-20073-CIV-ALTONAGA/Damian**

FLORAL LOGISTICS OF MIAMI, INC.
a Florida Profit Corporation,

     *Plaintiff/Counter-Defendant*

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., a New York
Profit Corporation, and DHAN
PAIH, an individual,

     *Defendants/Counter-Plaintiff.*

_____/

## <u>AFFIDAVIT OF KATHY LUNA</u>

**THE STATE OF FLORIDA**

**COUTY OF MIAMI-DADE**

I, KATHY LUNA ("Affiant"), on behalf of Plaintiff, FLORAL LOGISTICS OF MIAMI, INC., and in support of Plaintiff's Motion for Summary Judgement, certify the following statements are true to the best of my knowledge:

1.    I am over the age of eighteen (18), legally competent, and authorized to execute this Affidavit.

2.    I am making this Affidavit based upon personal knowledge of the information contained herein or those facts that appear in the business records of FLORAL LOGISTICS OF MIAMI, INC. ("Plaintiff" or "Floral Logistics"). Those business records include agreements, communications, memoranda, reports, records or compilations of acts, events, conditions, or opinion, made at or near the time by, or from information transmitted by a person with knowledge. Further, (a) such records are kept in the course of the regularly conducted business of activity of

1

Floral Logistics; (b) is the regular practice to make and/or keep the memoranda, reports, records or compilations which I have reviewed for the purpose of making this Affidavit; and (c) I routinely rely on such records in the usual course of business activity. I make this affidavit in support of the Motion for Summary Judgement, having reviewed the exhibits and documents attached hereto.

3. I have been an officer of Floral Logistics at all relevant times.

4. Floral Logistics is in the business of trucking and hauling throughout the United States of America.

5. Defendants, NEW YORK GARDEN FLOWER WHOLESALE, INC. ("NY Garden") and DHAN PAIH ("Paih") (collectively the "Defendants"), are in the business of purchasing and reselling flowers in the United States of America.

6. On or around November 4, 2021 up until at least August 11, 2022, Plaintiff provided shipping services to Defendant, NY Garden. Specifically, Plaintiff provided air transportation from Colombia to Florida and then ground transportation from Florida to New York.

7. The shipping services were invoiced to Defendant, NY Garden. *See* true and correct copy of the Statement of Account and Invoices of Open Account is attached to Plaintiff's Complaint at Exhibit 'A.'

8. Prior to providing the services, Defendants completed a Credit Application. *See* true and correct copy of the Credit Application is attached to Plaintiff's Complaint at Exhibit 'B.'

9. According to the Credit Application, Defendant, Paih, is the personal guarantor on the Credit Application. *See id.*

10. Plaintiff performed the services in good faith, and Defendant, NY Garden, accepted the services without complaint or objection and received, inspected and accepted, in conformity any goods delivered ancillary to the services.

2

11. However, Defendants failed to pay Plaintiff for all of the services rendered.

12. On or about August 23, 2022, counsel for the Plaintiff sent a "Debt Validation Notice" to the Defendants. *See* true and correct copy of the Debt Validation Notice is attached to Plaintiff's Complaint at Exhibit 'C.'

13. At the time of sending the Debt Validation Notice, Plaintiff's records showed that Defendants owed Plaintiff a balance of one hundred eighty-one thousand six hundred forty-nine dollars and forty-six cents ($181,649.46). *See id.*

14. Defendants allege that they have paid Plaintiff a total amount of twenty-three thousand three hundred seventy-seven dollars and fifty-seven cents ($23,377.57).

15. For purposes of this Motion for Summary Judgment *only*, Plaintiff agrees to reduce the balance owed to it to one hundred fifty-eight thousand two hundred seventy-one dollars and eighty-nine cents ($158,271.89).

**FURTHER AFFIANT SAYETH NAUGHT.**

**Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true to the best of my knowledge and belief.**

By: *KATHY LUNA*
KATHY LUNA (Aug 9, 2023 15:30 EDT)
KATHY LUNA
Officer of Floral Logistics of Miami, Inc.