# Exhibit B

# FLORAL LOGISTICS OF MIAMI, IĻC
## 3400 ĮW 74 AVE UĮIT 1
## MIAMI FL-33122
## PH :305-487-7777
## FAX :

To :    ĮEW YORK GARDEĮ FLOWER WHOLESALE IĮC
Attn. : Accounts Payable Department
Date :  23-AUG-2022
Fax :
Subj. : Statement

Dear Sir or Madam,

Please find below the updated statement of your account with our company.
Please review the information mentioned below and contact us as soon as possible  for any discrepanies so that we may assist you.
Please inform us by return fax your payment confirmation with a description of which invoices will be paid, the invoice amount
and payment date.

We thank you for your business.

With kind regards,
Accounts Receivable Manager

| Past Due | $ 180,340.98 | Immediate payment required |
|---|---|---|
| Total Balance Due | $ 181,649.46 | |

**FLORAL LOGISTICS OF MIAMI, IĻC**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40603055544 | CGX1012935 | 220918-05 | 04-ĮOV-21 | 06-DEC-21 | 1,242.00 | 218.43 | 0.00 | 1,023.57 | 261 |
| 02381262101 | CGX1013587 | 220969-11 | 05-ĮOV-21 | 06-DEC-21 | 502.20 | 0.00 | 0.00 | 502.20 | 261 |
| 14509408302 | 30603487929 | 221257-08 | 05-ĮOV-21 | 06-DEC-21 | 555.75 | 0.00 | 0.00 | 555.75 | 261 |
| 98561537453 | CGXM1014810 | 220966-11 | 05-ĮOV-21 | 06-DEC-21 | 577.60 | 0.00 | 0.00 | 577.60 | 261 |
| 02381262160 | CGX1014800 | 220970-12 | 06-ĮOV-21 | 06-DEC-21 | 126.00 | 0.00 | 0.00 | 126.00 | 261 |
| 98561537523 | CGXM1016536 | 221079-12 | 09-ĮOV-21 | 09-DEC-21 | 138.70 | 0.00 | 0.00 | 138.70 | 258 |
| 40603055592 | CGX1016555 | 221084-06 | 10-ĮOV-21 | 10-DEC-21 | 124.20 | 0.00 | 0.00 | 124.20 | 257 |
| 40600447580 | DUTIES | 221109-15 | 11-ĮOV-21 | 13-DEC-21 | 18.16 | 0.00 | 0.00 | 18.16 | 254 |
| 02382897603 | CGXM1032201 | 221665-10 | 02-DEC-21 | 03-JAĮ-22 | 342.00 | 0.00 | 0.00 | 342.00 | 233 |
| 02381260933 | CGX1030841 | 221648-02 | 02-DEC-21 | 03-JAĮ-22 | 653.40 | 0.00 | 0.00 | 653.40 | 233 |
| 02381260955 | CGX1031645 | 221664-12 | 03-DEC-21 | 03-JAĮ-22 | 1,053.00 | 0.00 | 0.00 | 1,053.00 | 233 |
| 14508782830 | DUTIES | 221756-23 | 04-DEC-21 | 03-JAĮ-22 | 39.58 | 0.00 | 0.00 | 39.58 | 233 |
| 14508782830 | ĮO-HAWB | 221756-09 | 04-DEC-21 | 03-JAĮ-22 | 477.65 | 0.00 | 0.00 | 477.65 | 233 |
| 14505498146 | ĮO-HAWB | 221736-31 | 07-DEC-21 | 06-JAĮ-22 | 23.60 | 0.00 | 0.00 | 23.60 | 230 |
| 98561545746 | CGXM1035482 | 221775-13 | 07-DEC-21 | 06-JAĮ-22 | 64.60 | 0.00 | 0.00 | 64.60 | 230 |
| 14505498146 | 30603524939 | 221736-14 | 07-DEC-21 | 06-JAĮ-22 | 174.25 | 0.00 | 0.00 | 174.25 | 230 |
| 23546615085 | CGX1035492 | 221774-11 | 08-DEC-21 | 07-JAĮ-22 | 82.80 | 0.00 | 0.00 | 82.80 | 229 |
| 02382897894 | CGXM1036365 | 221795-12 | 09-DEC-21 | 10-JAĮ-22 | 364.80 | 0.00 | 0.00 | 364.80 | 226 |
| 14505498474 | DUTIES | 221820-10 | 10-DEC-21 | 10-JAĮ-22 | 16.66 | 0.00 | 0.00 | 16.66 | 226 |
| 14505498511 | DUTIES | 221846-11 | 10-DEC-21 | 10-JAĮ-22 | 43.66 | 0.00 | 0.00 | 43.66 | 226 |

Case 1:23-cv-20073-CMA  Document 50-2  Entered on FLSD Docket 08/09/2023  Page 2 of 12

# FLORAL LOGISTICS OF MIAMI, IĻ C
## 3400 Į W 74 AVE UĻ IT 1
## MIAMI FL-33122
## PH :305-487-7777
## FAX :

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 14505498474 | Į O-HAWB | 221820-05 | 10-DEC-21 | 10-JAĻ -22 | 120.95 | 0.00 | 0.00 | 120.95 | 226 |
| 14505498511 | Į O-HAWB | 221846-05 | 10-DEC-21 | 10-JAĻ -22 | 549.40 | 0.00 | 0.00 | 549.40 | 226 |
| 36983108852 | DUTIES | 221828-19 | 11-DEC-21 | 10-JAĻ -22 | 35.57 | 0.00 | 0.00 | 35.57 | 226 |
| 36983108852 | Į O-HAWB | 221828-04 | 11-DEC-21 | 10-JAĻ -22 | 348.50 | 0.00 | 0.00 | 348.50 | 226 |
| 98561545820 | CGXM1037815 | 221834-07 | 11-DEC-21 | 10-JAĻ -22 | 134.90 | 0.00 | 0.00 | 134.90 | 226 |
| 23546723574 | CGX1037825 | 221819-07 | 12-DEC-21 | 11-JAĻ -22 | 752.40 | 0.00 | 0.00 | 752.40 | 225 |
| 38200488272 | CGX1040007 | 221948-08 | 15-DEC-21 | 14-JAĻ -22 | 524.40 | 0.00 | 0.00 | 524.40 | 222 |
| 23546723611 | Į O-HAWB | 221926-07 | 16-DEC-21 | 17-JAĻ -22 | 700.20 | 0.00 | 0.00 | 700.20 | 219 |
| 02381261250 | CGX1040843 | 222019-11 | 17-DEC-21 | 17-JAĻ -22 | 586.80 | 0.00 | 0.00 | 586.80 | 219 |
| 02382898141 | CGXM1041965 | 221964-02 | 17-DEC-21 | 17-JAĻ -22 | 864.50 | 0.00 | 0.00 | 864.50 | 219 |
| 98561545945 | CGXM1041953 | 221968-10 | 17-DEC-21 | 17-JAĻ -22 | 594.70 | 0.00 | 0.00 | 594.70 | 219 |
| 36983109014 | DUTIES | 222034-20 | 18-DEC-21 | 17-JAĻ -22 | 16.53 | 0.00 | 0.00 | 16.53 | 219 |
| 14508783456 | Į O-HAWB | 222083-16 | 18-DEC-21 | 17-JAĻ -22 | 887.65 | 0.00 | 0.00 | 887.65 | 219 |
| 36983109014 | Į O-HAWB | 222034-09 | 18-DEC-21 | 17-JAĻ -22 | 92.25 | 0.00 | 0.00 | 92.25 | 219 |
| 14508783456 | DUTIES | 222083-30 | 18-DEC-21 | 17-JAĻ -22 | 69.16 | 0.00 | 0.00 | 69.16 | 219 |
| 14508783876 | DUTIES | 222173-23 | 26-DEC-21 | 25-JAĻ -22 | 41.62 | 0.00 | 0.00 | 41.62 | 211 |
| 14508783876 | Į O-HAWB | 222173-12 | 26-DEC-21 | 25-JAĻ -22 | 492.00 | 0.00 | 0.00 | 492.00 | 211 |
| 40608938241 | Į O-HAWB | 222327-10 | 29-DEC-21 | 28-JAĻ -22 | 261.00 | 0.00 | 0.00 | 261.00 | 208 |
| 14508783950 | DUTIES | 222383-08 | 30-DEC-21 | 31-JAĻ -22 | 73.99 | 0.00 | 0.00 | 73.99 | 205 |
| 02383144611 | Į O-HAWB | 222386-04 | 30-DEC-21 | 31-JAĻ -22 | 525.60 | 0.00 | 0.00 | 525.60 | 205 |
| 14508783950 | Į O-HAWB | 222383-04 | 30-DEC-21 | 31-JAĻ -22 | 963.50 | 0.00 | 0.00 | 963.50 | 205 |
| 40608938366 | Į O-HAWB | 222481-05 | 05-JAĻ -22 | 04-FEB-22 | 82.80 | 0.00 | 0.00 | 82.80 | 201 |
| 98561546531 | CGXM1050992 | 222539-13 | 06-JAĻ -22 | 07-FEB-22 | 58.90 | 0.00 | 0.00 | 58.90 | 198 |
| 40608938381 | Į O-HAWB | 222505-03 | 06-JAĻ -22 | 07-FEB-22 | 586.80 | 0.00 | 0.00 | 586.80 | 198 |
| 23546177983 | DUTIES | 222541-12 | 07-JAĻ -22 | 07-FEB-22 | 44.68 | 0.00 | 0.00 | 44.68 | 198 |
| 02383144751 | CGX1051003 | 222548-13 | 07-JAĻ -22 | 07-FEB-22 | 709.20 | 0.00 | 0.00 | 709.20 | 198 |
| 23546177983 | Į O-HAWB | 222541-04 | 07-JAĻ -22 | 07-FEB-22 | 553.50 | 0.00 | 0.00 | 553.50 | 198 |
| 36982681631 | Į O-HAWB | 222667-07 | 12-JAĻ -22 | 11-FEB-22 | 70.20 | 0.00 | 0.00 | 70.20 | 194 |
| 98561555620 | CGXM1054975 | 222732-12 | 13-JAĻ -22 | 14-FEB-22 | 404.70 | 0.00 | 0.00 | 404.70 | 191 |
| 40608938521 | Į O-HAWB | 222663-09 | 13-JAĻ -22 | 14-FEB-22 | 649.80 | 0.00 | 0.00 | 649.80 | 191 |
| 98561555631 | Į O-HAWB | 223436-13 | 15-JAĻ -22 | 14-FEB-22 | 216.60 | 0.00 | 0.00 | 216.60 | 191 |
| 40608938613 | CGX1056266 | 222775-07 | 16-JAĻ -22 | 15-FEB-22 | 333.00 | 0.00 | 0.00 | 333.00 | 190 |
| 98561555734 | CGXM1057875 | 222897-08 | 18-JAĻ -22 | 17-FEB-22 | 1,026.00 | 0.00 | 0.00 | 1,026.00 | 188 |
| 40609041970 | CGX1057880 | 222807-05 | 19-JAĻ -22 | 18-FEB-22 | 113.40 | 0.00 | 0.00 | 113.40 | 187 |
| 98561555760 | CGXM1058481 | 222902-10 | 19-JAĻ -22 | 18-FEB-22 | 212.40 | 0.00 | 0.00 | 212.40 | 187 |
| 23546178985 | DUTIES | 222881-21 | 21-JAĻ -22 | 21-FEB-22 | 20.20 | 0.00 | 0.00 | 20.20 | 184 |

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 3 of 12

**FLORAL LOGISTICS OF MIAMI, IĮ C**

3400 Į W 74 AVE UĮ IT 1
MIAMI FL-33122
PH :305-487-7777
FAX :

**3/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561555841 | CGXM1060488 | 222916-09 | 21-JAĮ -22 | 21-FEB-22 | 511.20 | 0.00 | 0.00 | 511.20 | 184 |
| 14508785394 | DUTIES | 222957-13 | 22-JAĮ -22 | 21-FEB-22 | 33.94 | 0.00 | 0.00 | 33.94 | 184 |
| 14508785394 | Į O-HAWB | 222957-06 | 22-JAĮ -22 | 21-FEB-22 | 759.45 | 0.00 | 0.00 | 759.45 | 184 |
| 36982680393 | CGX1062370 | 222989-04 | 25-JAĮ -22 | 24-FEB-22 | 1,953.00 | 0.00 | 0.00 | 1,953.00 | 181 |
| 02383143410 | CGX1062489 | 223005-03 | 26-JAĮ -22 | 25-FEB-22 | 2,825.64 | 0.00 | 0.00 | 2,825.64 | 180 |
| 40609041826 | CGX1063135 | 223042-03 | 27-JAĮ -22 | 28-FEB-22 | 3,947.40 | 0.00 | 0.00 | 3,947.40 | 177 |
| 40609041830 | CGX1064086 | 223088-11 | 28-JAĮ -22 | 28-FEB-22 | 4,325.40 | 0.00 | 0.00 | 4,325.40 | 177 |
| 40609041863 | CGX1065450 | 223120-04 | 29-JAĮ -22 | 28-FEB-22 | 1,433.70 | 0.00 | 0.00 | 1,433.70 | 177 |
| 14508785556 | DUTIES | 223126-31 | 30-JAĮ -22 | 01-MAR-22 | 51.82 | 0.00 | 0.00 | 51.82 | 176 |
| 14508785556 | Į O-HAWB | 223126-15 | 30-JAĮ -22 | 01-MAR-22 | 1,448.35 | 0.00 | 0.00 | 1,448.35 | 176 |
| 40609041874 | CGX1066081 | 223160-06 | 30-JAĮ -22 | 01-MAR-22 | 1,520.10 | 0.00 | 0.00 | 1,520.10 | 176 |
| 98561556412 | CGXM1066876 | 223317-09 | 31-JAĮ -22 | 02-MAR-22 | 388.80 | 0.00 | 0.00 | 388.80 | 175 |
| 72943080715 | CGX1066094 | 223205-03 | 31-JAĮ -22 | 02-MAR-22 | 1,045.20 | 0.00 | 0.00 | 1,045.20 | 175 |
| 14508858275 | DUTIES | 223290-26 | 01-FEB-22 | 03-MAR-22 | 24.28 | 0.00 | 0.00 | 24.28 | 174 |
| 14508858275 | Į O-HAWB | 223290-15 | 01-FEB-22 | 03-MAR-22 | 576.85 | 0.00 | 0.00 | 576.85 | 174 |
| 98561556434 | CGXM1070045 | 223311-07 | 02-FEB-22 | 04-MAR-22 | 1,090.80 | 0.00 | 0.00 | 1,090.80 | 173 |
| 40609042272 | CGX1067747 | 223254-07 | 02-FEB-22 | 04-MAR-22 | 1,641.60 | 0.00 | 0.00 | 1,641.60 | 173 |
| 40609041885 | CGX1067740 | 223231-11 | 02-FEB-22 | 04-MAR-22 | 2,208.60 | 0.00 | 0.00 | 2,208.60 | 173 |
| 14508785781 | DUTIES | 223316-22 | 03-FEB-22 | 07-MAR-22 | 28.36 | 0.00 | 0.00 | 28.36 | 170 |
| 40609041896 | CGX1068960 | 223296-11 | 03-FEB-22 | 07-MAR-22 | 2,686.50 | 0.00 | 0.00 | 2,686.50 | 170 |
| 14508785781 | Į O-HAWB | 223316-11 | 03-FEB-22 | 07-MAR-22 | 630.80 | 0.00 | 0.00 | 630.80 | 170 |
| 98561556460 | CGXM1070424 | 223382-10 | 03-FEB-22 | 07-MAR-22 | 140.40 | 0.00 | 0.00 | 140.40 | 170 |
| 40609041900 | CGX1069978 | 223295-12 | 04-FEB-22 | 07-MAR-22 | 1,790.10 | 0.00 | 0.00 | 1,790.10 | 170 |
| 14508858791 | DUTIES | 223419-31 | 05-FEB-22 | 07-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 170 |
| 14508858791 | Į O-HAWB | 223419-19 | 05-FEB-22 | 07-MAR-22 | 348.60 | 0.00 | 0.00 | 348.60 | 170 |
| 40609041911 | CGX1070608 | 223312-09 | 05-FEB-22 | 07-MAR-22 | 650.70 | 0.00 | 0.00 | 650.70 | 170 |
| 02383143583 | Į O-HAWB | 223469-07 | 10-FEB-22 | 14-MAR-22 | 147.84 | 0.00 | 0.00 | 147.84 | 163 |
| 99263045835 | DUTIES | 223510-11 | 11-FEB-22 | 14-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 163 |
| 99263045835 | Į O-HAWB | 223510-08 | 11-FEB-22 | 14-MAR-22 | 172.20 | 0.00 | 0.00 | 172.20 | 163 |
| 98561583432 | Į O-HAWB | 223625-11 | 15-FEB-22 | 17-MAR-22 | 969.00 | 0.00 | 0.00 | 969.00 | 160 |
| 40609171680 | Į O-HAWB | 223637-08 | 17-FEB-22 | 21-MAR-22 | 331.20 | 0.00 | 0.00 | 331.20 | 156 |
| 14505953220 | DUTIES | 223683-27 | 18-FEB-22 | 21-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 156 |
| 14505953220 | Į O-HAWB | 223683-14 | 18-FEB-22 | 21-MAR-22 | 174.25 | 0.00 | 0.00 | 174.25 | 156 |
| 02383143686 | Į O-HAWB | 223654-06 | 18-FEB-22 | 21-MAR-22 | 500.38 | 0.00 | 0.00 | 500.38 | 156 |
| 02383151821 | Į O-HAWB | 223748-05 | 22-FEB-22 | 24-MAR-22 | 504.30 | 0.00 | 0.00 | 504.30 | 153 |
| 98561583583 | Į O-HAWB | 223762-12 | 23-FEB-22 | 25-MAR-22 | 114.00 | 0.00 | 0.00 | 114.00 | 152 |

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 4 of 12

**FLORAL LOGISTICS OF MIAMI, IḶ C**

**3400 Ḷ W 74 AVE UḶ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**4/11**

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 5 of 12

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40609171842 | Ḷ O-HAWB | 223761-08 | 23-FEB-22 | 25-MAR-22 | 124.20 | 0.00 | 0.00 | 124.20 | 152 |
| 98561583594 | Ḷ O-HAWB | 223850-15 | 24-FEB-22 | 28-MAR-22 | 197.60 | 0.00 | 0.00 | 197.60 | 149 |
| 40609171853 | Ḷ O-HAWB | 223774-10 | 24-FEB-22 | 28-MAR-22 | 482.40 | 0.00 | 0.00 | 482.40 | 149 |
| 14505953581 | DUTIES | 223798-26 | 25-FEB-22 | 28-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 149 |
| 98561582636 | CGXM1083359 | 223844-12 | 25-FEB-22 | 28-MAR-22 | 104.50 | 0.00 | 0.00 | 104.50 | 149 |
| 40609171864 | CGX1082364 | 223838-09 | 25-FEB-22 | 28-MAR-22 | 570.60 | 0.00 | 0.00 | 570.60 | 149 |
| 14505953581 | Ḷ O-HAWB | 223798-14 | 25-FEB-22 | 28-MAR-22 | 184.80 | 0.00 | 0.00 | 184.80 | 149 |
| 98561582942 | Ḷ O-HAWB | 223900-12 | 01-MAR-22 | 31-MAR-22 | 528.20 | 0.00 | 0.00 | 528.20 | 146 |
| 98561582986 | Ḷ O-HAWB | 223929-13 | 01-MAR-22 | 31-MAR-22 | 602.30 | 0.00 | 0.00 | 602.30 | 146 |
| 02383143793 | Ḷ O-HAWB | 223931-06 | 02-MAR-22 | 01-APR-22 | 382.08 | 0.00 | 0.00 | 382.08 | 145 |
| 99263049582 | DUTIES | 223911-10 | 03-MAR-22 | 04-APR-22 | 28.36 | 0.00 | 0.00 | 28.36 | 142 |
| 40609172063 | Ḷ O-HAWB | 224001-09 | 03-MAR-22 | 04-APR-22 | 669.60 | 0.00 | 0.00 | 669.60 | 142 |
| 98561583012 | Ḷ O-HAWB | 223956-13 | 03-MAR-22 | 04-APR-22 | 286.90 | 0.00 | 0.00 | 286.90 | 142 |
| 99263049582 | Ḷ O-HAWB | 223911-08 | 03-MAR-22 | 04-APR-22 | 349.80 | 0.00 | 0.00 | 349.80 | 142 |
| 14505953905 | DUTIES | 224006-22 | 04-MAR-22 | 04-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 142 |
| 98561583034 | Ḷ O-HAWB | 224011-11 | 04-MAR-22 | 04-APR-22 | 541.50 | 0.00 | 0.00 | 541.50 | 142 |
| 40609172074 | Ḷ O-HAWB | 224010-08 | 04-MAR-22 | 04-APR-22 | 487.80 | 0.00 | 0.00 | 487.80 | 142 |
| 14505953905 | Ḷ O-HAWB | 224006-14 | 04-MAR-22 | 04-APR-22 | 178.20 | 0.00 | 0.00 | 178.20 | 142 |
| 98561583071 | Ḷ O-HAWB | 224014-11 | 05-MAR-22 | 04-APR-22 | 948.10 | 0.00 | 0.00 | 948.10 | 142 |
| 98561583093 | Ḷ O-HAWB | 224069-02 | 06-MAR-22 | 05-APR-22 | 96.90 | 0.00 | 0.00 | 96.90 | 141 |
| 40609172225 | Ḷ O-HAWB | 224086-08 | 08-MAR-22 | 07-APR-22 | 32.40 | 0.00 | 0.00 | 32.40 | 139 |
| 40609172236 | Ḷ O-HAWB | 224081-11 | 09-MAR-22 | 08-APR-22 | 109.80 | 0.00 | 0.00 | 109.80 | 138 |
| 98561583130 | Ḷ O-HAWB | 224082-14 | 09-MAR-22 | 08-APR-22 | 995.60 | 0.00 | 0.00 | 995.60 | 138 |
| 98561583163 | Ḷ O-HAWB | 224220-12 | 10-MAR-22 | 11-APR-22 | 467.40 | 0.00 | 0.00 | 467.40 | 135 |
| 02383143966 | Ḷ O-HAWB | 224108-07 | 10-MAR-22 | 11-APR-22 | 585.60 | 0.00 | 0.00 | 585.60 | 135 |
| 40609172251 | Ḷ O-HAWB | 224225-04 | 11-MAR-22 | 11-APR-22 | 504.00 | 0.00 | 0.00 | 504.00 | 135 |
| 98561583233 | Ḷ O-HAWB | 224281-03 | 12-MAR-22 | 11-APR-22 | 533.90 | 0.00 | 0.00 | 533.90 | 135 |
| 72947031250 | DUTIES | 224270-20 | 15-MAR-22 | 14-APR-22 | 14.69 | 0.00 | 0.00 | 14.69 | 132 |
| 72947031250 | Ḷ O-HAWB | 224270-11 | 15-MAR-22 | 14-APR-22 | 50.60 | 0.00 | 0.00 | 50.60 | 132 |
| 40609172273 | Ḷ O-HAWB | 224235-05 | 15-MAR-22 | 14-APR-22 | 140.40 | 0.00 | 0.00 | 140.40 | 132 |
| 40609172446 | Ḷ O-HAWB | 224310-08 | 16-MAR-22 | 15-APR-22 | 195.70 | 0.00 | 0.00 | 195.70 | 131 |
| 98561583281 | Ḷ O-HAWB | 224282-13 | 16-MAR-22 | 15-APR-22 | 946.00 | 0.00 | 0.00 | 946.00 | 131 |
| 98561583303 | Ḷ O-HAWB | 224462-14 | 17-MAR-22 | 18-APR-22 | 482.00 | 0.00 | 0.00 | 482.00 | 128 |
| 40609172450 | Ḷ O-HAWB | 224452-06 | 17-MAR-22 | 18-APR-22 | 703.00 | 0.00 | 0.00 | 703.00 | 128 |
| 98561583325 | Ḷ O-HAWB | 224464-10 | 18-MAR-22 | 18-APR-22 | 14.00 | 0.00 | 0.00 | 14.00 | 128 |
| 72947031644 | DUTIES | 224459-18 | 18-MAR-22 | 18-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 128 |

**FLORAL LOGISTICS OF MIAMI, IẸ C**

**3400 Ị W 74 AVE UỊ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**5/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 02383144180 | Ị O-HAWB | 224463-05 | 18-MAR-22 | 18-APR-22 | 852.44 | 0.00 | 0.00 | 852.44 | 128 |
| 72947031644 | Ị O-HAWB | 224459-07 | 18-MAR-22 | 18-APR-22 | 184.80 | 0.00 | 0.00 | 184.80 | 128 |
| 14505954572 | DUTIES | 224566-17 | 23-MAR-22 | 22-APR-22 | 119.00 | 0.00 | 0.00 | 119.00 | 124 |
| 98561605644 | Ị O-HAWB | 224578-13 | 23-MAR-22 | 22-APR-22 | 128.00 | 0.00 | 0.00 | 128.00 | 124 |
| 14505954572 | Ị O-HAWB | 224566-11 | 23-MAR-22 | 22-APR-22 | 479.60 | 0.00 | 0.00 | 479.60 | 124 |
| 40609171606 | Ị O-HAWB | 224562-10 | 23-MAR-22 | 22-APR-22 | 174.80 | 0.00 | 0.00 | 174.80 | 124 |
| 02383996920 | Ị O-HAWB | 224579-05 | 24-MAR-22 | 25-APR-22 | 628.22 | 0.00 | 0.00 | 628.22 | 121 |
| 14505954686 | DUTIES | 224652-30 | 25-MAR-22 | 25-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 121 |
| 14505954686 | Ị O-HAWB | 224652-15 | 25-MAR-22 | 25-APR-22 | 198.00 | 0.00 | 0.00 | 198.00 | 121 |
| 40609042515 | Ị O-HAWB | 224637-06 | 25-MAR-22 | 25-APR-22 | 676.40 | 0.00 | 0.00 | 676.40 | 121 |
| 98561605095 | Ị O-HAWB | 224768-13 | 29-MAR-22 | 28-APR-22 | 154.00 | 0.00 | 0.00 | 154.00 | 118 |
| 98561605110 | Ị O-HAWB | 224765-11 | 30-MAR-22 | 29-APR-22 | 102.00 | 0.00 | 0.00 | 102.00 | 117 |
| 40609157750 | Ị O-HAWB | 224744-09 | 30-MAR-22 | 29-APR-22 | 174.80 | 0.00 | 0.00 | 174.80 | 117 |
| 72947031876 | DUTIES | 224831-09 | 31-MAR-22 | 02-MAY-22 | 45.70 | 0.00 | 0.00 | 45.70 | 114 |
| 40609157783 | Ị O-HAWB | 224764-04 | 31-MAR-22 | 02-MAY-22 | 596.60 | 0.00 | 0.00 | 596.60 | 114 |
| 99263049453 | DUTIES | 224762-09 | 31-MAR-22 | 02-MAY-22 | 122.06 | 0.00 | 0.00 | 122.06 | 114 |
| 99263049453 | Ị O-HAWB | 224762-04 | 31-MAR-22 | 02-MAY-22 | 742.90 | 0.00 | 0.00 | 742.90 | 114 |
| 72947031876 | Ị O-HAWB | 224831-04 | 31-MAR-22 | 02-MAY-22 | 295.20 | 0.00 | 0.00 | 295.20 | 114 |
| 14505955176 | DUTIES | 224835-24 | 01-APR-22 | 02-MAY-22 | 27.68 | 0.00 | 0.00 | 27.68 | 114 |
| 40609157816 | Ị O-HAWB | 224847-10 | 01-APR-22 | 02-MAY-22 | 414.20 | 0.00 | 0.00 | 414.20 | 114 |
| 14505955176 | Ị O-HAWB | 224835-15 | 01-APR-22 | 02-MAY-22 | 273.70 | 0.00 | 0.00 | 273.70 | 114 |
| 98561605176 | Ị O-HAWB | 224893-07 | 02-APR-22 | 02-MAY-22 | 112.00 | 0.00 | 0.00 | 112.00 | 114 |
| 40609157842 | Ị O-HAWB | 224843-07 | 02-APR-22 | 02-MAY-22 | 252.70 | 0.00 | 0.00 | 252.70 | 114 |
| 02383997255 | Ị O-HAWB | 224956-07 | 06-APR-22 | 06-MAY-22 | 58.58 | 0.00 | 0.00 | 58.58 | 110 |
| 14505954701 | Ị O-HAWB | 224961-09 | 06-APR-22 | 06-MAY-22 | 782.00 | 0.00 | 0.00 | 782.00 | 110 |
| 14505954701 | Ị O-HAWB | 224961-19 | 06-APR-22 | 06-MAY-22 | 121.72 | 0.00 | 0.00 | 121.72 | 110 |
| 36983767950 | DUTIES | 225041-22 | 07-APR-22 | 09-MAY-22 | 38.90 | 0.00 | 0.00 | 38.90 | 107 |
| 36983767950 | Ị O-HAWB | 225041-10 | 07-APR-22 | 09-MAY-22 | 154.10 | 0.00 | 0.00 | 154.10 | 107 |
| 40609157945 | Ị O-HAWB | 225032-08 | 07-APR-22 | 09-MAY-22 | 431.30 | 0.00 | 0.00 | 431.30 | 107 |
| 14505955471 | DUTIES | 225039-26 | 08-APR-22 | 09-MAY-22 | 49.10 | 0.00 | 0.00 | 49.10 | 107 |
| 40609157982 | Ị O-HAWB | 225030-06 | 08-APR-22 | 09-MAY-22 | 307.80 | 0.00 | 0.00 | 307.80 | 107 |
| 14505955471 | Ị O-HAWB | 225039-13 | 08-APR-22 | 09-MAY-22 | 294.40 | 0.00 | 0.00 | 294.40 | 107 |
| 14508933901 | Ị O-HAWB | 225062-20 | 10-APR-22 | 10-MAY-22 | - 344.40 | 0.00 | 0.00 | - 344.40 | 106 |
| 14508933901 | Ị O-HAWB | 225062-09 | 10-APR-22 | 10-MAY-22 | 721.60 | 0.00 | 0.00 | 721.60 | 106 |
| 14505955202 | DUTIES | 225116-20 | 12-APR-22 | 12-MAY-22 | 59.37 | 0.00 | 0.00 | 59.37 | 104 |
| 14505955202 | Ị O-HAWB | 225116-09 | 12-APR-22 | 12-MAY-22 | 765.60 | 0.00 | 0.00 | 765.60 | 104 |

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 6 of 12

**FLORAL LOGISTICS OF MIAMI, IĮ C**
**3400 Į W 74 AVE UĮ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**6/11**

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 7 of 12

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561605386 | Į O-HAWB | 225112-09 | 12-APR-22 | 12-MAY-22 | 492.10 | 0.00 | 0.00 | 492.10 | 104 |
| 14508933396 | DUTIES | 225145-16 | 13-APR-22 | 13-MAY-22 | 127.98 | 0.00 | 0.00 | 127.98 | 103 |
| 14508933396 | Į O-HAWB | 225145-09 | 13-APR-22 | 13-MAY-22 | 1,333.20 | 0.00 | 0.00 | 1,333.20 | 103 |
| 40609158133 | Į O-HAWB | 225142-06 | 13-APR-22 | 13-MAY-22 | 574.00 | 0.00 | 0.00 | 574.00 | 103 |
| 40605977882 | Į O-HAWB | 225147-10 | 14-APR-22 | 16-MAY-22 | 607.20 | 0.00 | 0.00 | 607.20 | 100 |
| 98561605482 | Į O-HAWB | 225143-16 | 14-APR-22 | 16-MAY-22 | 1,272.80 | 0.00 | 0.00 | 1,272.80 | 100 |
| 98561605504 | CGXM1108476 | 225230-10 | 14-APR-22 | 16-MAY-22 | 1,376.40 | 0.00 | 0.00 | 1,376.40 | 100 |
| 40609158155 | Į O-HAWB | 225132-12 | 14-APR-22 | 16-MAY-22 | 1,285.20 | 0.00 | 0.00 | 1,285.20 | 100 |
| 14508933470 | DUTIES | 225229-29 | 15-APR-22 | 16-MAY-22 | 198.84 | 0.00 | 0.00 | 198.84 | 100 |
| 14508933470 | Į O-HAWB | 225229-17 | 15-APR-22 | 16-MAY-22 | 2,318.80 | 0.00 | 0.00 | 2,318.80 | 100 |
| 40609158181 | CGX1108496 | 225226-07 | 15-APR-22 | 16-MAY-22 | 459.20 | 0.00 | 0.00 | 459.20 | 100 |
| 14508933820 | DUTIES | 225224-22 | 16-APR-22 | 16-MAY-22 | 27.34 | 0.00 | 0.00 | 27.34 | 100 |
| 14508933820 | Į O-HAWB | 225224-14 | 16-APR-22 | 16-MAY-22 | 220.00 | 0.00 | 0.00 | 220.00 | 100 |
| 40609158332 | Į O-HAWB | 225312-07 | 20-APR-22 | 20-MAY-22 | 1,573.60 | 0.00 | 0.00 | 1,573.60 | 96 |
| 14508934096 | Į O-HAWB | 225324-06 | 20-APR-22 | 20-MAY-22 | 3,036.00 | 0.00 | 0.00 | 3,036.00 | 96 |
| 40605908991 | DUTIES | 225328-06 | 21-APR-22 | 23-MAY-22 | 117.30 | 0.00 | 0.00 | 117.30 | 93 |
| 40605908991 | Į O-HAWB | 225328-01 | 21-APR-22 | 23-MAY-22 | 1,421.20 | 0.00 | 0.00 | 1,421.20 | 93 |
| 14508935102 | DUTIES | 225364-22 | 22-APR-22 | 23-MAY-22 | 148.31 | 0.00 | 0.00 | 148.31 | 93 |
| 14508935102 | Į O-HAWB | 225364-10 | 22-APR-22 | 23-MAY-22 | 1,922.80 | 0.00 | 0.00 | 1,922.80 | 93 |
| 40609158380 | Į O-HAWB | 225378-03 | 22-APR-22 | 23-MAY-22 | 1,657.60 | 0.00 | 0.00 | 1,657.60 | 93 |
| 98561603791 | Į O-HAWB | 225405-07 | 23-APR-22 | 23-MAY-22 | 1,017.50 | 0.00 | 0.00 | 1,017.50 | 93 |
| 14508934343 | DUTIES | 225486-21 | 24-APR-22 | 24-MAY-22 | 38.83 | 0.00 | 0.00 | 38.83 | 92 |
| 40609158542 | Į O-HAWB | 225479-05 | 24-APR-22 | 24-MAY-22 | 1,218.00 | 0.00 | 0.00 | 1,218.00 | 92 |
| 14508934450 | DUTIES | 225481-09 | 24-APR-22 | 24-MAY-22 | 369.72 | 0.00 | 0.00 | 369.72 | 92 |
| 14508934343 | Į O-HAWB | 225486-11 | 24-APR-22 | 24-MAY-22 | 462.00 | 0.00 | 0.00 | 462.00 | 92 |
| 40609158494 | Į O-HAWB | 225412-07 | 24-APR-22 | 24-MAY-22 | 1,685.60 | 0.00 | 0.00 | 1,685.60 | 92 |
| 40609158505 | Į O-HAWB | 225416-05 | 24-APR-22 | 24-MAY-22 | 7,420.00 | 0.00 | 0.00 | 7,420.00 | 92 |
| 14508934450 | Į O-HAWB | 225481-02 | 24-APR-22 | 24-MAY-22 | 2,868.80 | 0.00 | 0.00 | 2,868.80 | 92 |
| 36983119912 | DUTIES | 225508-06 | 25-APR-22 | 25-MAY-22 | 111.86 | 0.00 | 0.00 | 111.86 | 91 |
| 36983119912 | Į O-HAWB | 225508-03 | 25-APR-22 | 25-MAY-22 | 858.00 | 0.00 | 0.00 | 858.00 | 91 |
| 14508934520 | DUTIES | 225516-15 | 26-APR-22 | 26-MAY-22 | 304.78 | 0.00 | 0.00 | 304.78 | 90 |
| 14508934520 | Į O-HAWB | 225516-09 | 26-APR-22 | 26-MAY-22 | 2,618.00 | 0.00 | 0.00 | 2,618.00 | 90 |
| 14508934973 | DUTIES | 225582-14 | 27-APR-22 | 27-MAY-22 | 186.80 | 0.00 | 0.00 | 186.80 | 89 |
| 14508934973 | Į O-HAWB | 225582-08 | 27-APR-22 | 27-MAY-22 | 1,878.80 | 0.00 | 0.00 | 1,878.80 | 89 |
| 36983119595 | DUTIES | 225701-10 | 28-APR-22 | 30-MAY-22 | 374.00 | 0.00 | 0.00 | 374.00 | 86 |
| 36983119595 | Į O-HAWB | 225701-03 | 28-APR-22 | 30-MAY-22 | 3,370.40 | 0.00 | 0.00 | 3,370.40 | 86 |

**FLORAL LOGISTICS OF MIAMI, IꞀ C**

**3400 Ꞁ W 74 AVE UꞀ IT 1**

**MIAMI FL-33122**

**PH :305-487-7777**

**FAX :**

**7/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40609158645 | Ꞁ O-HAWB | 225637-05 | 28-APR-22 | 30-MAY-22 | 1,366.40 | 0.00 | 0.00 | 1,366.40 | 86 |
| 36983120295 | DUTIES | 225702-06 | 29-APR-22 | 30-MAY-22 | 29.92 | 0.00 | 0.00 | 29.92 | 86 |
| 36983120295 | Ꞁ O-HAWB | 225702-01 | 29-APR-22 | 30-MAY-22 | 545.60 | 0.00 | 0.00 | 545.60 | 86 |
| 40609151251 | Ꞁ O-HAWB | 225662-10 | 30-APR-22 | 30-MAY-22 | 2,772.00 | 0.00 | 0.00 | 2,772.00 | 86 |
| 40609151240 | Ꞁ O-HAWB | 225711-09 | 30-APR-22 | 30-MAY-22 | 7,929.60 | 0.00 | 0.00 | 7,929.60 | 86 |
| 98561604502 | Ꞁ O-HAWB | 225743-07 | 01-MAY-22 | 31-MAY-22 | 580.90 | 0.00 | 0.00 | 580.90 | 85 |
| 36983882061 | Ꞁ O-HAWB | 225723-04 | 01-MAY-22 | 31-MAY-22 | 2,318.40 | 0.00 | 0.00 | 2,318.40 | 85 |
| 40609151413 | Ꞁ O-HAWB | 225762-04 | 05-MAY-22 | 06-JUꞀ -22 | 165.30 | 0.00 | 0.00 | 165.30 | 79 |
| 98561604561 | Ꞁ O-HAWB | 225861-09 | 07-MAY-22 | 06-JUꞀ -22 | 310.00 | 0.00 | 0.00 | 310.00 | 79 |
| 98561604642 | Ꞁ O-HAWB | 225940-12 | 10-MAY-22 | 09-JUꞀ -22 | 256.00 | 0.00 | 0.00 | 256.00 | 76 |
| 98561604701 | Ꞁ O-HAWB | 225938-06 | 11-MAY-22 | 10-JUꞀ -22 | 128.00 | 0.00 | 0.00 | 128.00 | 75 |
| 02384324100 | Ꞁ O-HAWB | 225980-05 | 11-MAY-22 | 10-JUꞀ -22 | 136.80 | 0.00 | 0.00 | 136.80 | 75 |
| 36983941336 | DUTIES | 226095-17 | 14-MAY-22 | 13-JUꞀ -22 | 102.96 | 0.00 | 0.00 | 102.96 | 72 |
| 98561604675 | Ꞁ O-HAWB | 226012-08 | 14-MAY-22 | 13-JUꞀ -22 | 192.00 | 0.00 | 0.00 | 192.00 | 72 |
| 36983941336 | Ꞁ O-HAWB | 226095-10 | 14-MAY-22 | 13-JUꞀ -22 | 752.10 | 0.00 | 0.00 | 752.10 | 72 |
| 98561556611 | Ꞁ O-HAWB | 226113-04 | 14-MAY-22 | 13-JUꞀ -22 | 556.00 | 0.00 | 0.00 | 556.00 | 72 |
| 98561516151 | Ꞁ O-HAWB | 226207-14 | 18-MAY-22 | 17-JUꞀ -22 | 216.00 | 0.00 | 0.00 | 216.00 | 68 |
| 98561537044 | Ꞁ O-HAWB | 226224-05 | 18-MAY-22 | 17-JUꞀ -22 | 254.00 | 0.00 | 0.00 | 254.00 | 68 |
| 02384324240 | Ꞁ O-HAWB | 226187-04 | 18-MAY-22 | 17-JUꞀ -22 | 931.22 | 0.00 | 0.00 | 931.22 | 68 |
| 36983941432 | DUTIES | 226301-24 | 19-MAY-22 | 20-JUꞀ -22 | 81.26 | 0.00 | 0.00 | 81.26 | 65 |
| 36983941281 | Ꞁ O-HAWB | 226198-03 | 19-MAY-22 | 20-JUꞀ -22 | 1,175.30 | 0.00 | 0.00 | 1,175.30 | 65 |
| 36983941432 | Ꞁ O-HAWB | 226301-15 | 19-MAY-22 | 20-JUꞀ -22 | 646.30 | 0.00 | 0.00 | 646.30 | 65 |
| 36983941281 | DUTIES | 226198-05 | 19-MAY-22 | 20-JUꞀ -22 | 168.24 | 0.00 | 0.00 | 168.24 | 65 |
| 40609150820 | Ꞁ O-HAWB | 226229-05 | 20-MAY-22 | 20-JUꞀ -22 | 161.50 | 0.00 | 0.00 | 161.50 | 65 |
| 14508995254 | Ꞁ O-HAWB | 226249-10 | 20-MAY-22 | 20-JUꞀ -22 | 1,796.30 | 0.00 | 0.00 | 1,796.30 | 65 |
| 14508995254 | DUTIES | 226249-15 | 20-MAY-22 | 20-JUꞀ -22 | 247.86 | 0.00 | 0.00 | 247.86 | 65 |
| 98561516560 | Ꞁ O-HAWB | 226279-11 | 20-MAY-22 | 20-JUꞀ -22 | 510.00 | 0.00 | 0.00 | 510.00 | 65 |
| 14508936045 | DUTIES | 226270-18 | 21-MAY-22 | 20-JUꞀ -22 | 60.05 | 0.00 | 0.00 | 60.05 | 65 |
| 14508995453 | Ꞁ O-HAWB | 226321-07 | 21-MAY-22 | 20-JUꞀ -22 | 1,071.80 | 0.00 | 0.00 | 1,071.80 | 65 |
| 98561516556 | Ꞁ O-HAWB | 226275-08 | 21-MAY-22 | 20-JUꞀ -22 | 360.00 | 0.00 | 0.00 | 360.00 | 65 |
| 14508936045 | Ꞁ O-HAWB | 226270-03 | 21-MAY-22 | 20-JUꞀ -22 | 354.20 | 0.00 | 0.00 | 354.20 | 65 |
| 14508995453 | DUTIES | 226321-16 | 21-MAY-22 | 20-JUꞀ -22 | 170.28 | 0.00 | 0.00 | 170.28 | 65 |
| 14508995512 | DUTIES | 226377-14 | 24-MAY-22 | 23-JUꞀ -22 | 96.50 | 0.00 | 0.00 | 96.50 | 62 |
| 14508995512 | Ꞁ O-HAWB | 226377-06 | 24-MAY-22 | 23-JUꞀ -22 | 572.70 | 0.00 | 0.00 | 572.70 | 62 |
| 98561658085 | Ꞁ O-HAWB | 226325-10 | 24-MAY-22 | 23-JUꞀ -22 | 608.00 | 0.00 | 0.00 | 608.00 | 62 |
| 36983945256 | DUTIES | 226393-14 | 25-MAY-22 | 24-JUꞀ -22 | 163.88 | 0.00 | 0.00 | 163.88 | 61 |

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 8 of 12

**FLORAL LOGISTICS OF MIAMI, I̧ C**

**3400 I̧ W 74 AVE U̧ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**8/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|------|------|------|------|------|------|------|------|------|------|
| 40609150945 | I̧ O-HAWB | 226375-10 | 25-MAY-22 | 24-JU̧ -22 | 169.10 | 0.00 | 0.00 | 169.10 | 61 |
| 36983945256 | I̧ O-HAWB | 226393-10 | 25-MAY-22 | 24-JU̧ -22 | 924.60 | 0.00 | 0.00 | 924.60 | 61 |
| 02384324365 | I̧ O-HAWB | 226444-02 | 25-MAY-22 | 24-JU̧ -22 | 850.42 | 0.00 | 0.00 | 850.42 | 61 |
| 98561658096 | I̧ O-HAWB | 226373-09 | 25-MAY-22 | 24-JU̧ -22 | 200.00 | 0.00 | 0.00 | 200.00 | 61 |
| 14508995921 | DUTIES | 226447-20 | 26-MAY-22 | 27-JU̧ -22 | 70.45 | 0.00 | 0.00 | 70.45 | 58 |
| 98561658166 | I̧ O-HAWB | 226394-13 | 26-MAY-22 | 27-JU̧ -22 | 752.00 | 0.00 | 0.00 | 752.00 | 58 |
| 14508995921 | I̧ O-HAWB | 226447-11 | 26-MAY-22 | 27-JU̧ -22 | 416.30 | 0.00 | 0.00 | 416.30 | 58 |
| 98561658192 | I̧ O-HAWB | 226436-09 | 27-MAY-22 | 27-JU̧ -22 | 128.00 | 0.00 | 0.00 | 128.00 | 58 |
| 02384717032 | I̧ O-HAWB | 226423-03 | 27-MAY-22 | 27-JU̧ -22 | 623.50 | 0.00 | 0.00 | 623.50 | 58 |
| 40609151004 | I̧ O-HAWB | 226446-05 | 27-MAY-22 | 27-JU̧ -22 | 345.80 | 0.00 | 0.00 | 345.80 | 58 |
| 14508995976 | DUTIES | 226401-17 | 28-MAY-22 | 27-JU̧ -22 | 28.16 | 0.00 | 0.00 | 28.16 | 58 |
| 14508995976 | I̧ O-HAWB | 226401-05 | 28-MAY-22 | 27-JU̧ -22 | 121.90 | 0.00 | 0.00 | 121.90 | 58 |
| 40609151052 | I̧ O-HAWB | 226487-02 | 29-MAY-22 | 28-JU̧ -22 | 30.40 | 0.00 | 0.00 | 30.40 | 57 |
| 14508995604 | I̧ O-HAWB | 226441-09 | 29-MAY-22 | 28-JU̧ -22 | 207.00 | 0.00 | 0.00 | 207.00 | 57 |
| 14508995604 | DUTIES | 226441-16 | 29-MAY-22 | 28-JU̧ -22 | 37.34 | 0.00 | 0.00 | 37.34 | 57 |
| 98561657481 | I̧ O-HAWB | 226522-03 | 31-MAY-22 | 30-JU̧ -22 | 192.00 | 0.00 | 0.00 | 192.00 | 55 |
| 36983941443 | DUTIES | 226595-15 | 01-JU̧ -22 | 01-JUL-22 | 34.89 | 0.00 | 0.00 | 34.89 | 54 |
| 98561657503 | I̧ O-HAWB | 226548-09 | 01-JU̧ -22 | 01-JUL-22 | 486.00 | 0.00 | 0.00 | 486.00 | 54 |
| 14508995582 | I̧ O-HAWB | 226528-13 | 01-JU̧ -22 | 01-JUL-22 | 1,267.30 | 0.00 | 0.00 | 1,267.30 | 54 |
| 14508995582 | DUTIES | 226528-23 | 01-JU̧ -22 | 01-JUL-22 | 209.85 | 0.00 | 0.00 | 209.85 | 54 |
| 36983941443 | I̧ O-HAWB | 226595-08 | 01-JU̧ -22 | 01-JUL-22 | 149.50 | 0.00 | 0.00 | 149.50 | 54 |
| 98561657525 | I̧ O-HAWB | 226542-08 | 02-JU̧ -22 | 04-JUL-22 | 144.00 | 0.00 | 0.00 | 144.00 | 51 |
| 40601045472 | I̧ O-HAWB | 226547-11 | 02-JU̧ -22 | 04-JUL-22 | 598.50 | 0.00 | 0.00 | 598.50 | 51 |
| 14508996164 | DUTIES | 226666-21 | 03-JU̧ -22 | 04-JUL-22 | 29.11 | 0.00 | 0.00 | 29.11 | 51 |
| 14508996164 | I̧ O-HAWB | 226666-12 | 03-JU̧ -22 | 04-JUL-22 | 121.90 | 0.00 | 0.00 | 121.90 | 51 |
| 40601045505 | I̧ O-HAWB | 226597-07 | 03-JU̧ -22 | 04-JUL-22 | 661.20 | 0.00 | 0.00 | 661.20 | 51 |
| 98561657540 | I̧ O-HAWB | 226598-10 | 03-JU̧ -22 | 04-JUL-22 | 272.00 | 0.00 | 0.00 | 272.00 | 51 |
| 98561657540 | CGXM1135867H | 226598-22 | 03-JU̧ -22 | 04-JUL-22 | 168.00 | 0.00 | 0.00 | 168.00 | 51 |
| 98561657595 | I̧ O-HAWB | 226588-12 | 04-JU̧ -22 | 04-JUL-22 | 328.00 | 0.00 | 0.00 | 328.00 | 51 |
| 98561657654 | I̧ O-HAWB | 226664-09 | 06-JU̧ -22 | 06-JUL-22 | 128.00 | 0.00 | 0.00 | 128.00 | 49 |
| 14508996341 | DUTIES | 226774-11 | 08-JU̧ -22 | 08-JUL-22 | 45.22 | 0.00 | 0.00 | 45.22 | 47 |
| 40601045612 | I̧ O-HAWB | 226716-08 | 08-JU̧ -22 | 08-JUL-22 | 163.40 | 0.00 | 0.00 | 163.40 | 47 |
| 98561657680 | I̧ O-HAWB | 226717-07 | 08-JU̧ -22 | 08-JUL-22 | 398.00 | 0.00 | 0.00 | 398.00 | 47 |
| 14508996341 | I̧ O-HAWB | 226774-06 | 08-JU̧ -22 | 08-JUL-22 | 273.70 | 0.00 | 0.00 | 273.70 | 47 |
| 40601045645 | I̧ O-HAWB | 226711-08 | 09-JU̧ -22 | 11-JUL-22 | 583.30 | 0.00 | 0.00 | 583.30 | 44 |
| 40601045671 | I̧ O-HAWB | 226776-06 | 10-JU̧ -22 | 11-JUL-22 | 298.30 | 0.00 | 0.00 | 298.30 | 44 |

Case 1:23-cv-20073-CMA   Document 50-2   Entered on FLSD Docket 08/09/2023   Page 9 of 12

**FLORAL LOGISTICS OF MIAMI, IĮ C**
**3400 Į W 74 AVE UĮ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**9/11**

Case 1:23-cv-20073-CMA  Document 50-2  Entered on FLSD Docket 08/09/2023  Page 10 of 12

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561657746 | Į O-HAWB | 226763-07 | 10-JUĮ -22 | 11-JUL-22 | 468.00 | 0.00 | 0.00 | 468.00 | 44 |
| 02384324553 | Į O-HAWB | 226770-03 | 11-JUĮ -22 | 11-JUL-22 | 238.36 | 0.00 | 0.00 | 238.36 | 44 |
| 40601045774 | Į O-HAWB | 226816-07 | 14-JUĮ -22 | 14-JUL-22 | 30.40 | 0.00 | 0.00 | 30.40 | 41 |
| 72947069956 | Į O-HAWB | 226837-04 | 14-JUĮ -22 | 14-JUL-22 | 307.20 | 0.00 | 0.00 | 307.20 | 41 |
| 98561657816 | Į O-HAWB | 226850-11 | 14-JUĮ -22 | 14-JUL-22 | 340.00 | 0.00 | 0.00 | 340.00 | 41 |
| 40601045800 | Į O-HAWB | 226840-09 | 15-JUĮ -22 | 15-JUL-22 | 125.40 | 0.00 | 0.00 | 125.40 | 40 |
| 98561657831 | Į O-HAWB | 226882-07 | 15-JUĮ -22 | 15-JUL-22 | 212.00 | 0.00 | 0.00 | 212.00 | 40 |
| 40602741270 | DUTIES | 226932-10 | 16-JUĮ -22 | 18-JUL-22 | 101.46 | 0.00 | 0.00 | 101.46 | 37 |
| 40601045833 | Į O-HAWB | 226873-04 | 16-JUĮ -22 | 18-JUL-22 | 644.10 | 0.00 | 0.00 | 644.10 | 37 |
| 40602741270 | Į O-HAWB | 226932-04 | 16-JUĮ -22 | 18-JUL-22 | 460.00 | 0.00 | 0.00 | 460.00 | 37 |
| 98561657853 | Į O-HAWB | 226890-12 | 16-JUĮ -22 | 18-JUL-22 | 342.00 | 0.00 | 0.00 | 342.00 | 37 |
| 14508996982 | DUTIES | 226923-17 | 17-JUĮ -22 | 18-JUL-22 | 16.12 | 0.00 | 0.00 | 16.12 | 37 |
| 40601045903 | Į O-HAWB | 226925-06 | 17-JUĮ -22 | 18-JUL-22 | 482.60 | 0.00 | 0.00 | 482.60 | 37 |
| 98561657901 | Į O-HAWB | 226919-06 | 17-JUĮ -22 | 18-JUL-22 | 120.00 | 0.00 | 0.00 | 120.00 | 37 |
| 14508996982 | Į O-HAWB | 226923-09 | 17-JUĮ -22 | 18-JUL-22 | 103.50 | 0.00 | 0.00 | 103.50 | 37 |
| 98561657923 | Į O-HAWB | 226970-04 | 18-JUĮ -22 | 18-JUL-22 | 146.00 | 0.00 | 0.00 | 146.00 | 37 |
| 98561657923 | CGXM1145040H | 226970-08 | 18-JUĮ -22 | 18-JUL-22 | 150.50 | 0.00 | 0.00 | 150.50 | 37 |
| 14508996315 | DUTIES | 226983-23 | 20-JUĮ -22 | 20-JUL-22 | 22.85 | 0.00 | 0.00 | 22.85 | 35 |
| 14508996315 | Į O-HAWB | 226983-11 | 20-JUĮ -22 | 20-JUL-22 | 98.90 | 0.00 | 0.00 | 98.90 | 35 |
| 98561657971 | Į O-HAWB | 227012-09 | 21-JUĮ -22 | 21-JUL-22 | 134.00 | 0.00 | 0.00 | 134.00 | 34 |
| 40601045995 | Į O-HAWB | 227010-03 | 22-JUĮ -22 | 22-JUL-22 | 131.10 | 0.00 | 0.00 | 131.10 | 33 |
| 40601046021 | Į O-HAWB | 227027-04 | 22-JUĮ -22 | 22-JUL-22 | 811.30 | 0.00 | 0.00 | 811.30 | 33 |
| 40601046054 | Į O-HAWB | 227084-06 | 23-JUĮ -22 | 25-JUL-22 | 461.70 | 0.00 | 0.00 | 461.70 | 30 |
| 98561658004 | Į O-HAWB | 227051-13 | 23-JUĮ -22 | 25-JUL-22 | 488.00 | 0.00 | 0.00 | 488.00 | 30 |
| 14508996886 | DUTIES | 227064-25 | 24-JUĮ -22 | 25-JUL-22 | 57.87 | 0.00 | 0.00 | 57.87 | 30 |
| 98561658030 | Į O-HAWB | 227077-11 | 24-JUĮ -22 | 25-JUL-22 | 180.00 | 0.00 | 0.00 | 180.00 | 30 |
| 14508996886 | Į O-HAWB | 227064-13 | 24-JUĮ -22 | 25-JUL-22 | 338.10 | 0.00 | 0.00 | 338.10 | 30 |
| 98561658063 | Į O-HAWB | 227106-09 | 25-JUĮ -22 | 25-JUL-22 | 74.00 | 0.00 | 0.00 | 74.00 | 30 |
| 14508996993 | DUTIES | 227129-25 | 26-JUĮ -22 | 26-JUL-22 | 44.54 | 0.00 | 0.00 | 44.54 | 29 |
| 14508996993 | Į O-HAWB | 227129-12 | 26-JUĮ -22 | 26-JUL-22 | 259.90 | 0.00 | 0.00 | 259.90 | 29 |
| 98561656232 | Į O-HAWB | 227123-08 | 27-JUĮ -22 | 27-JUL-22 | 106.00 | 0.00 | 0.00 | 106.00 | 28 |
| 36983954986 | DUTIES | 227139-10 | 29-JUĮ -22 | 29-JUL-22 | 24.42 | 0.00 | 0.00 | 24.42 | 26 |
| 36983954986 | Į O-HAWB | 227139-03 | 29-JUĮ -22 | 29-JUL-22 | 234.60 | 0.00 | 0.00 | 234.60 | 26 |
| 14508997483 | Į O-HAWB | 227194-13 | 29-JUĮ -22 | 29-JUL-22 | 1,083.30 | 0.00 | 0.00 | 1,083.30 | 26 |
| 02384323131 | Į O-HAWB | 227144-04 | 29-JUĮ -22 | 29-JUL-22 | 630.24 | 0.00 | 0.00 | 630.24 | 26 |
| 98561656291 | Į O-HAWB | 227212-13 | 29-JUĮ -22 | 29-JUL-22 | 332.00 | 0.00 | 0.00 | 332.00 | 26 |

**FLORAL LOGISTICS OF MIAMI, IӀ C**

**3400 Ӏ W 74 AVE UӀ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**10/11**

Case 1:23-cv-20073-CMA Document 50-2 Entered on FLSD Docket 08/09/2023 Page 11 of 12

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40601045181 | Ӏ O-HAWB | 227145-06 | 29-JUӀ -22 | 29-JUL-22 | 174.80 | 0.00 | 0.00 | 174.80 | 26 |
| 14508997483 | DUTIES | 227194-26 | 29-JUӀ -22 | 29-JUL-22 | 159.12 | 0.00 | 0.00 | 159.12 | 26 |
| 98561656582 | Ӏ O-HAWB | 227209-10 | 30-JUӀ -22 | 01-AUG-22 | 156.00 | 0.00 | 0.00 | 156.00 | 23 |
| 98561656276 | Ӏ O-HAWB | 227146-12 | 30-JUӀ -22 | 01-AUG-22 | 370.00 | 0.00 | 0.00 | 370.00 | 23 |
| 40601045240 | Ӏ O-HAWB | 227206-08 | 01-JUL-22 | 01-AUG-22 | 497.80 | 0.00 | 0.00 | 497.80 | 23 |
| 36983954533 | Ӏ O-HAWB | 227179-05 | 02-JUL-22 | 01-AUG-22 | 96.60 | 0.00 | 0.00 | 96.60 | 23 |
| 14509063843 | DUTIES | 227243-08 | 05-JUL-22 | 04-AUG-22 | 130.09 | 0.00 | 0.00 | 130.09 | 20 |
| 14509063843 | Ӏ O-HAWB | 227243-03 | 05-JUL-22 | 04-AUG-22 | 913.10 | 0.00 | 0.00 | 913.10 | 20 |
| 40601045365 | Ӏ O-HAWB | 227330-08 | 06-JUL-22 | 05-AUG-22 | 174.80 | 0.00 | 0.00 | 174.80 | 19 |
| 14508997822 | Ӏ O-HAWB | 227324-09 | 06-JUL-22 | 05-AUG-22 | 653.20 | 0.00 | 0.00 | 653.20 | 19 |
| 40608938790 | Ӏ O-HAWB | 227329-07 | 07-JUL-22 | 08-AUG-22 | 359.10 | 0.00 | 0.00 | 359.10 | 16 |
| 40609151306 | Ӏ O-HAWB | 227370-11 | 08-JUL-22 | 08-AUG-22 | 963.30 | 0.00 | 0.00 | 963.30 | 16 |
| 40603106040 | Ӏ O-HAWB | 227417-08 | 12-JUL-22 | 11-AUG-22 | 266.00 | 0.00 | 0.00 | 266.00 | 13 |
| 14509064602 | DUTIES | 227463-27 | 13-JUL-22 | 12-AUG-22 | 38.90 | 0.00 | 0.00 | 38.90 | 12 |
| 40603106073 | Ӏ O-HAWB | 227446-09 | 13-JUL-22 | 12-AUG-22 | 174.80 | 0.00 | 0.00 | 174.80 | 12 |
| 98561656836 | Ӏ O-HAWB | 227484-13 | 13-JUL-22 | 12-AUG-22 | 144.00 | 0.00 | 0.00 | 144.00 | 12 |
| 14509064602 | Ӏ O-HAWB | 227463-11 | 13-JUL-22 | 12-AUG-22 | 96.60 | 0.00 | 0.00 | 96.60 | 12 |
| 40603106106 | Ӏ O-HAWB | 227465-09 | 14-JUL-22 | 15-AUG-22 | 554.80 | 0.00 | 0.00 | 554.80 | 9 |
| 98561656862 | Ӏ O-HAWB | 227522-08 | 14-JUL-22 | 15-AUG-22 | 574.00 | 0.00 | 0.00 | 574.00 | 9 |
| 98561656884 | Ӏ O-HAWB | 227511-12 | 15-JUL-22 | 15-AUG-22 | 202.00 | 0.00 | 0.00 | 202.00 | 9 |
| 40603106132 | Ӏ O-HAWB | 227521-11 | 15-JUL-22 | 15-AUG-22 | 290.70 | 0.00 | 0.00 | 290.70 | 9 |
| 98561656932 | Ӏ O-HAWB | 227570-10 | 18-JUL-22 | 17-AUG-22 | 78.00 | 0.00 | 0.00 | 78.00 | 7 |
| 98561656980 | Ӏ O-HAWB | 227655-10 | 20-JUL-22 | 19-AUG-22 | 124.00 | 0.00 | 0.00 | 124.00 | 5 |
| 98561656965 | Ӏ O-HAWB | 227599-07 | 20-JUL-22 | 19-AUG-22 | 262.00 | 0.00 | 0.00 | 262.00 | 5 |
| 40606472933 | Ӏ O-HAWB | 227601-08 | 20-JUL-22 | 19-AUG-22 | 155.80 | 0.00 | 0.00 | 155.80 | 5 |
| 14509064355 | DUTIES | 227626-18 | 21-JUL-22 | 22-AUG-22 | 38.90 | 0.00 | 0.00 | 38.90 | 2 |
| 14509064355 | Ӏ O-HAWB | 227626-08 | 21-JUL-22 | 22-AUG-22 | 94.30 | 0.00 | 0.00 | 94.30 | 2 |
| 98561657013 | Ӏ O-HAWB | 227663-09 | 22-JUL-22 | 22-AUG-22 | 142.00 | 0.00 | 0.00 | 142.00 | 2 |
| 40606472992 | Ӏ O-HAWB | 227657-09 | 22-JUL-22 | 22-AUG-22 | 220.40 | 0.00 | 0.00 | 220.40 | 2 |
| 98561657024 | Ӏ O-HAWB | 227670-11 | 23-JUL-22 | 22-AUG-22 | 268.00 | 0.00 | 0.00 | 268.00 | 2 |
| 14509064510 | DUTIES | 227703-14 | 24-JUL-22 | 23-AUG-22 | 31.08 | 0.00 | 31.08 | 0.00 | 1 |
| 14509064510 | Ӏ O-HAWB | 227703-06 | 24-JUL-22 | 23-AUG-22 | 195.50 | 0.00 | 195.50 | 0.00 | 1 |
| 98561657105 | Ӏ O-HAWB | 227746-12 | 26-JUL-22 | 25-AUG-22 | 400.00 | 0.00 | 400.00 | 0.00 | |
| 14509060822 | DUTIES | 227745-23 | 27-JUL-22 | 26-AUG-22 | 38.90 | 0.00 | 38.90 | 0.00 | |
| 40603114204 | Ӏ O-HAWB | 227749-04 | 27-JUL-22 | 26-AUG-22 | 207.10 | 0.00 | 207.10 | 0.00 | |
| 98561694592 | Ӏ O-HAWB | 227759-11 | 27-JUL-22 | 26-AUG-22 | 314.00 | 0.00 | 314.00 | 0.00 | |

**FLORAL LOGISTICS OF MIAMI, IĮ C**
**3400 ĮW 74 AVE UĮ IT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 14509060822 | Į O-HAWB | 227745-11 | 27-JUL-22 | 26-AUG-22 | 98.90 | 0.00 | 98.90 | 0.00 | |
| 36984684320 | Į O-HAWB | 228121-10 | 11-AUG-22 | 12-SEP-22 | 23.00 | 0.00 | 23.00 | 0.00 | |
| **Total USD $:** | | | | | $ 181,867.89 | $ 218.43 | $ 1,308.48 | $ 180,340.98 | |