# Exhibit C



**FLORA LOGISTICS**
3400 N.W. 74th Ave. Unit #1
Miami, FL 33122
Phone: 305-487-7777 Fax 305-487-8020

## APPLICATION FOR CREDIT

EXACT LEGAL NAME OF BUSINESS: *New York Garden Flower Wholesale Inc.*

ADDRESS: *171-10 39th Ave - Flushing, NY 11358*

TELEPHONE NUMBER: *718-886-1190*   FAX:

EMERGENCY CONTACT: *201-815-1040*   PHONE:

CORPORTATION *✓*   PARTNERSHIP   PROPRIETORSHIP   IN BUSINESS SINCE

NUMBER OF EMPLOYEES: *0*   FEDERAL ID#: *87-3811403*

### OWNER INFORMATION

1) OWNER/ DIRECTOR: *Dhan Paith*   EMERGENCY PHONE # *201-815-1040*
   HOME ADDRESS:

2) OWNER/ DIRECTOR: *John Paith*   EMERGENCY PHONE # *201-912-0919*
   HOME ADDRESS:

### BANK REFERENCES

1) NAME OF BANK/BRANCH: ▓▓▓▓▓   CKG.ACCT.#: ▓▓▓▓▓
   CONTACT: *Eun Kyo Kim*   TELEPHONE: *(718)353-8100*

### TRADE REFERENCES

| NAME | TELEPHONE | NAME | TELEPHONE |
|---|---|---|---|
| *Riverdale Farm* | *305)592-5760* | *Ken Rose* | *305)980-2328* |
| *Cosmopolitan Flowers* | *57 31058731 88* | *Edilberto* | *57 310 58731 88* |
| *Viva Flowers SAS* | *57 4 615 9924* | *Sandra* | *57 321 765 1811* |

As partial consideration for the extension of credit, the undersigned agrees to the following:

TERMS

1) All payments due under this agreement are to be made at our office in Miami-Dade County, Florida.
2) At the discretion of Floral Logistics of Miami, Inc. any documents received via fax or email may be considered as originals for all purposes.
3) Applicants(s) hereby authorize(s), without specific reference, all banks with which it (they) now has (have) an account or accounts, or may in the future have an account or accounts, to provide account information to Floral Logistics of Miami, on its demand.
4) Applicant(s) hereby authorize(s), Floral Logistics of Miami, Inc. and any of its agents to inquire of its (their) credit worthiness via all means, including credit reporting agencies.
5) Applicants(s) waive(s) all right to make claim or counter suit unless claims are made BOTH in writing by email or fax, and by telephone within 24 hours of receipt of shipment. Cargo liability is limited to $10.00 per case, unless declared value amount is specified on bill of lading. No liabilities for any delays or particular shipping schedule, other than reasonable dispatch. No liability to damages due to packaging integrity.
6) All charges incurred during any month are due and payable according to terms established by Floral Logistics of Miami, and in case payment is not made accordingly, 1.5% monthly interest on past due balances is authorized to be added to the amount due.
   In the event of litigation or in the event it becomes necessary to place the account for collection, applicant(s) agree(s) to pay all costs of collection, including, but not limited to, investigative fees accruing as a result of attempts to enforce judgment(s). Applicant(s) further agree(s) that, in the event of suit, venue is proper in Dade County, Florida.
7) Should there be any doubt as to the interpretation of this agreement, either in part or in the whole, by a court of law or otherwise, the benefit of interpretation will belong solely to Floral Logistics of Miami, Inc.
8) Applicant(s) agree(s) to immediately notify Floral Logistics of Miami, Inc. in writing at the above address of any change in ownership or form of its (their) business(es). This instrument shall remain in full force and effect even after a change of ownership or form of business(es) until actual written notice of revocation is received by Floral Logistics of Miami, Inc.
9) Floral Logistics of Miami, Inc. is not hereby committed to extend any credit whatsoever. If credit is extended, Floral Logistics of Miami, Inc., is hereby authorized and directed to continue or discontinue, with or without notice, in its sole discretion, such line of credit in any amount or amounts determined by Floral Logistics of Miami, Inc. and, in its sole discretion, with or without notice, to place these amounts on a C.O.D. basis and/or refuse sales entirely.
   I (We), the undersigned, notwithstanding any corporate title which may be indicated, personally, individually, and jointly and severally guarantee payment of applicant's past, present and future obligations to Floral Logistics of Miami, Inc. and agree to all of the terms herein.

DATE: *9/26/19*   SIGNED: _____

PRINT NAME: *Dhan Paith*