# Exhibit D



# <u>FINAL NOTICE OF INTENT TO FILE LAWSUIT</u>

August 23, 2022

New York Garden Flower Wholesale Inc.
c/o its Registered Agent, Daniel S. Bae
370 Livingston St.
Norwood, NJ 07648

Dhan Paih
171-10 39th Ave
Flushing, NY 11358

   **Re: Your Overdue Account with Floral Logistics of Miami, Inc.**
    **Account Balance: $181,649.46**

To Whom it May Concern:

  This law firm has been retained by Floral Logistics of Miami, Inc.. to collect on an open account with TJ Flowers Group, Inc. and any personal guarantors, including Dhan Paih ("you" or "your Company"). *See Exhibit "A" Credit Application.*

  Your Company's current outstanding balance is one hundred eighty-one thousand six hundred forty-nine dollars and forty-six cents ($181,649.46). *See Exhibit "B" Report of Invoices Dated August 23, 2022.*

  The undersigned as a matter of professional courtesy will be calendaring this matter for five (5) days from your receipt. If our office does not hear from you by then, we will be forced to file an action in Court with your Company named as Defendant.

  Be advised that this is a serious matter and that you should have this letter reviewed by an attorney. Failure to act within the time period described above (5 days) after receiving this notice could result in a lawsuit being filed against you, in which case it may be necessary for you to appear in court and retain counsel at your own expense, and if a judgment is obtained against you, you may be required to pay court charges and interest, and legal fees in addition to the money you now owe.

  If you have any questions please contact the undersigned by email at ryan@business-esq.com or at the address of our office set forth below.

       Respectfully,

       **AINSWORTH + CLANCY, PLLC**
       By: *s/ Ryan M. Clancy*
       Ryan M. Clancy, Esq.
       ryan@business-esq.com



# Exhibit "A"
Credit Application



**FLORA LOGISTICS**
3400 N.W. 74th Ave. Unit #1
Miami, FL 33122
Phone: 305-487-7777 Fax 305-487-8020

## APPLICATION FOR CREDIT

EXACT LEGAL NAME OF BUSINESS: New York Garden Flower Wholesale Inc.

ADDRESS: 171-10 39th Ave - Flushing, NY 11358

TELEPHONE NUMBER: 718-886-1190   FAX:

EMERGENCY CONTACT: 201-815-1040   PHONE:

CORPORTATION ✓   PARTNERSHIP   PROPRIETORSHIP   IN BUSINESS SINCE _____

NUMBER OF EMPLOYEES: 6   FEDERAL ID#: 87-3811403

### OWNER INFORMATION

1) OWNER/ DIRECTOR: Dhan Pash   EMERGENCY PHONE # 201-815-1040

HOME ADDRESS:

2) OWNER/ DIRECTOR: John Pash   EMERGENCY PHONE # 201-912-0919

HOME ADDRESS:

### BANK REFERENCES

1) NAME OF BANK/BRANCH: ▮▮▮▮   CKG.ACCT.#: ▮▮▮▮

CONTACT: Eun Kyo Kim   TELEPHONE: 718)353-8100

### TRADE REFERENCES

| NAME | TELEPHONE | NAME | TELEPHONE |
|---|---|---|---|
| Riverdale Farm | 305)592-5760 | Ken Rose | 305)980-2378 |
| Cosmopolitan Flowers | 57 310587388 | Edilberto | 57 310587318 |
| Viva Flowers SAS | 57 4 6159826 | Sandra. | 57321 765 1811 |

As partial consideration for the extension of credit, the undersigned agrees to the following:

### TERMS

1) All payments due under this agreement are to be made at our office in Miami-Dade County, Florida.
2) At the discretion of Floral Logistics of Miami, Inc. any documents received via fax or email may be considered as originals for all purposes.
3) Applicants(s) hereby authorize(s), without specific reference, all banks with which it (they) now has (have) an account or accounts, or may in the future have an account or accounts, to provide account information to Floral Logistics of Miami, on its demand.
4) Applicant(s) hereby authorize(s), Floral Logistics of Miami, Inc. and any of its agents to inquire of its (their) credit worthiness via all means, including credit reporting agencies.
5) Applicants(s) waive(s) all right to make claim or counter suit unless claims are made BOTH in writing by email or fax, and by telephone within 24 hours of receipt of shipment. Cargo liability is limited to $10.00 per case, unless declared value amount is specified on bill of lading. No liabilities for any delays or particular shipping schedule, other than reasonable dispatch. No liability to damages due to packaging integrity.
6) All charges incurred during any month are due and payable according to terms established by Floral Logistics of Miami, and in case payment is not made accordingly, 1.5% monthly interest on past due balances is authorized to be added to the amount due.
   In the event of litigation or in the event it becomes necessary to place the account for collection, applicant(s) agree(s) to pay all costs of collection, including, but not limited to, investigative fees accruing as a result of attempts to enforce judgment(s). Applicant(s) further agree(s) that, in the event of suit, venue is proper in Dade County, Florida.
7) Should there be any doubt as to the interpretation of this agreement, either in part or in the whole, by a court of law or otherwise, the benefit of interpretation will belong solely to Floral Logistics of Miami, Inc.
8) Applicant(s) agree(s) to immediately notify Floral Logistics of Miami, Inc. in writing at the above address of any change in ownership or form of its (their) business(es). This instrument shall remain in full force and effect even after a change of ownership or form of business(es) until actual written notice of revocation is received by Floral Logistics of Miami, Inc.
9) Floral Logistics of Miami, Inc. is not hereby committed to extend any credit whatsoever. If credit is extended, Floral Logistics of Miami, Inc., is hereby authorized and directed to continue or discontinue, with or without notice, in its sole discretion, such line of credit in any amount or amounts determined by Floral Logistics of Miami, Inc. and, in its sole discretion, with or without notice, to place these amounts on a C.O.D. basis and/or refuse sales entirely.
   I (We), the undersigned, notwithstanding any corporate title which may be indicated, personally, individually, and jointly and severally guarantee payment of applicant's past, present and future obligations to Floral Logistics of Miami, Inc. and agree to all of the terms herein.

DATE: 9/26/19

SIGNED: _____

PRINT NAME: Dhan Pash



# Exhibit "B"

Invoice Report

**FLORAL LOGISTICS OF MIAMI, INC**
**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

To :   NEW YORK GARDEN FLOWER WHOLESALE INC
Attn. : Accounts Payable Department
Date :  23-AUG-2022
Fax :
Subj. : Statement

Dear Sir or Madam,

Please find below the updated statement of your account with our company.
Please review the information mentioned below and contact us as soon as possible  for any discrepanies so that we may assist you.
Please inform us by return fax your payment confirmation with a description of which invoices will be paid, the invoice amount
and payment date.

We thank you for your business.

With kind regards,
Accounts Receivable Manager

FLORAL LOGISTICS OF MIAMI, INC

| | Past Due | $ 180,340.98 | Immediate payment required |
|---|---|---|---|
| | Total Balance Due | $ 181,649.46 | |

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40603055544 | CGX1012935 | 220918-05 | 04-NOV-21 | 06-DEC-21 | 1,242.00 | 218.43 | 0.00 | 1,023.57 | 261 |
| 02381262101 | CGX1013587 | 220969-11 | 05-NOV-21 | 06-DEC-21 | 502.20 | 0.00 | 0.00 | 502.20 | 261 |
| 14509408302 | 30603487929 | 221257-08 | 05-NOV-21 | 06-DEC-21 | 555.75 | 0.00 | 0.00 | 555.75 | 261 |
| 98561537453 | CGXM1014810 | 220966-11 | 05-NOV-21 | 06-DEC-21 | 577.60 | 0.00 | 0.00 | 577.60 | 261 |
| 02381262160 | CGX1014800 | 220970-12 | 06-NOV-21 | 06-DEC-21 | 126.00 | 0.00 | 0.00 | 126.00 | 261 |
| 98561537523 | CGXM1016536 | 221079-12 | 09-NOV-21 | 09-DEC-21 | 138.70 | 0.00 | 0.00 | 138.70 | 258 |
| 40603055592 | CGX1016555 | 221084-06 | 10-NOV-21 | 10-DEC-21 | 124.20 | 0.00 | 0.00 | 124.20 | 257 |
| 40600447580 | DUTIES | 221109-15 | 11-NOV-21 | 13-DEC-21 | 18.16 | 0.00 | 0.00 | 18.16 | 254 |
| 02382897603 | CGXM1032201 | 221665-10 | 02-DEC-21 | 03-JAN-22 | 342.00 | 0.00 | 0.00 | 342.00 | 233 |
| 02381260933 | CGX1030841 | 221648-02 | 02-DEC-21 | 03-JAN-22 | 653.40 | 0.00 | 0.00 | 653.40 | 233 |
| 02381260955 | CGX1031645 | 221664-12 | 03-DEC-21 | 03-JAN-22 | 1,053.00 | 0.00 | 0.00 | 1,053.00 | 233 |
| 14508782830 | DUTIES | 221756-23 | 04-DEC-21 | 03-JAN-22 | 39.58 | 0.00 | 0.00 | 39.58 | 233 |
| 14508782830 | NO-HAWB | 221756-09 | 04-DEC-21 | 03-JAN-22 | 477.65 | 0.00 | 0.00 | 477.65 | 233 |
| 14505498146 | NO-HAWB | 221736-31 | 07-DEC-21 | 06-JAN-22 | 23.60 | 0.00 | 0.00 | 23.60 | 230 |
| 98561545746 | CGXM1035482 | 221775-13 | 07-DEC-21 | 06-JAN-22 | 64.60 | 0.00 | 0.00 | 64.60 | 230 |
| 14505498146 | 30603524939 | 221736-14 | 07-DEC-21 | 06-JAN-22 | 174.25 | 0.00 | 0.00 | 174.25 | 230 |
| 23546615085 | CGX1035492 | 221774-11 | 08-DEC-21 | 07-JAN-22 | 82.80 | 0.00 | 0.00 | 82.80 | 229 |
| 02382897894 | CGXM1036365 | 221795-12 | 09-DEC-21 | 10-JAN-22 | 364.80 | 0.00 | 0.00 | 364.80 | 226 |
| 14505498474 | DUTIES | 221820-10 | 10-DEC-21 | 10-JAN-22 | 16.66 | 0.00 | 0.00 | 16.66 | 226 |
| 14505498511 | DUTIES | 221846-11 | 10-DEC-21 | 10-JAN-22 | 43.66 | 0.00 | 0.00 | 43.66 | 226 |

Case 1:23-cv-20073-CMA Document 50-4 Entered on FLSD Docket 08/09/2023 Page 6 of 16

**FLORAL LOGISTICS OF MIAMI, INC**
**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**2/11**

Case 1:23-cv-20073-CMA  Document 50-4  Entered on FLSD Docket 08/09/2023  Page 7 of 16

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 14505498474 | NO-HAWB | 221820-05 | 10-DEC-21 | 10-JAN-22 | 120.95 | 0.00 | 0.00 | 120.95 | 226 |
| 14505498511 | NO-HAWB | 221846-05 | 10-DEC-21 | 10-JAN-22 | 549.40 | 0.00 | 0.00 | 549.40 | 226 |
| 36983108852 | DUTIES | 221828-19 | 11-DEC-21 | 10-JAN-22 | 35.57 | 0.00 | 0.00 | 35.57 | 226 |
| 36983108852 | NO-HAWB | 221828-04 | 11-DEC-21 | 10-JAN-22 | 348.50 | 0.00 | 0.00 | 348.50 | 226 |
| 98561545820 | CGXM1037815 | 221834-07 | 11-DEC-21 | 10-JAN-22 | 134.90 | 0.00 | 0.00 | 134.90 | 226 |
| 23546723574 | CGX1037825 | 221819-07 | 12-DEC-21 | 11-JAN-22 | 752.40 | 0.00 | 0.00 | 752.40 | 225 |
| 38200488272 | CGX1040007 | 221948-08 | 15-DEC-21 | 14-JAN-22 | 524.40 | 0.00 | 0.00 | 524.40 | 222 |
| 23546723611 | NO-HAWB | 221926-07 | 16-DEC-21 | 17-JAN-22 | 700.20 | 0.00 | 0.00 | 700.20 | 219 |
| 02381261250 | CGX1040843 | 222019-11 | 17-DEC-21 | 17-JAN-22 | 586.80 | 0.00 | 0.00 | 586.80 | 219 |
| 02382898141 | CGXM1041965 | 221964-02 | 17-DEC-21 | 17-JAN-22 | 864.50 | 0.00 | 0.00 | 864.50 | 219 |
| 98561545945 | CGXM1041953 | 221968-10 | 17-DEC-21 | 17-JAN-22 | 594.70 | 0.00 | 0.00 | 594.70 | 219 |
| 36983109014 | DUTIES | 222034-20 | 18-DEC-21 | 17-JAN-22 | 16.53 | 0.00 | 0.00 | 16.53 | 219 |
| 14508783456 | NO-HAWB | 222083-16 | 18-DEC-21 | 17-JAN-22 | 887.65 | 0.00 | 0.00 | 887.65 | 219 |
| 36983109014 | NO-HAWB | 222034-09 | 18-DEC-21 | 17-JAN-22 | 92.25 | 0.00 | 0.00 | 92.25 | 219 |
| 14508783456 | DUTIES | 222083-30 | 18-DEC-21 | 17-JAN-22 | 69.16 | 0.00 | 0.00 | 69.16 | 219 |
| 14508783876 | DUTIES | 222173-23 | 26-DEC-21 | 25-JAN-22 | 41.62 | 0.00 | 0.00 | 41.62 | 211 |
| 14508783876 | NO-HAWB | 222173-12 | 26-DEC-21 | 25-JAN-22 | 492.00 | 0.00 | 0.00 | 492.00 | 211 |
| 40608938241 | NO-HAWB | 222327-10 | 29-DEC-21 | 28-JAN-22 | 261.00 | 0.00 | 0.00 | 261.00 | 208 |
| 14508783950 | DUTIES | 222383-08 | 30-DEC-21 | 31-JAN-22 | 73.99 | 0.00 | 0.00 | 73.99 | 205 |
| 02383144611 | NO-HAWB | 222386-04 | 30-DEC-21 | 31-JAN-22 | 525.60 | 0.00 | 0.00 | 525.60 | 205 |
| 14508783950 | NO-HAWB | 222383-04 | 30-DEC-21 | 31-JAN-22 | 963.50 | 0.00 | 0.00 | 963.50 | 205 |
| 40608938366 | NO-HAWB | 222481-05 | 05-JAN-22 | 04-FEB-22 | 82.80 | 0.00 | 0.00 | 82.80 | 201 |
| 98561546531 | CGXM1050992 | 222539-13 | 06-JAN-22 | 07-FEB-22 | 58.90 | 0.00 | 0.00 | 58.90 | 198 |
| 40608938381 | NO-HAWB | 222505-03 | 06-JAN-22 | 07-FEB-22 | 586.80 | 0.00 | 0.00 | 586.80 | 198 |
| 23546177983 | DUTIES | 222541-12 | 07-JAN-22 | 07-FEB-22 | 44.68 | 0.00 | 0.00 | 44.68 | 198 |
| 02383144751 | CGX1051003 | 222548-13 | 07-JAN-22 | 07-FEB-22 | 709.20 | 0.00 | 0.00 | 709.20 | 198 |
| 23546177983 | NO-HAWB | 222541-04 | 07-JAN-22 | 07-FEB-22 | 553.50 | 0.00 | 0.00 | 553.50 | 198 |
| 36982681631 | NO-HAWB | 222667-07 | 12-JAN-22 | 11-FEB-22 | 70.20 | 0.00 | 0.00 | 70.20 | 194 |
| 98561555620 | CGXM1054975 | 222732-12 | 13-JAN-22 | 14-FEB-22 | 404.70 | 0.00 | 0.00 | 404.70 | 191 |
| 40608938521 | NO-HAWB | 222663-09 | 13-JAN-22 | 14-FEB-22 | 649.80 | 0.00 | 0.00 | 649.80 | 191 |
| 98561555631 | NO-HAWB | 223436-13 | 15-JAN-22 | 14-FEB-22 | 216.60 | 0.00 | 0.00 | 216.60 | 191 |
| 40608938613 | CGX1056266 | 222775-07 | 16-JAN-22 | 15-FEB-22 | 333.00 | 0.00 | 0.00 | 333.00 | 190 |
| 98561555734 | CGXM1057875 | 222897-08 | 18-JAN-22 | 17-FEB-22 | 1,026.00 | 0.00 | 0.00 | 1,026.00 | 188 |
| 40609041970 | CGX1057880 | 222807-05 | 19-JAN-22 | 18-FEB-22 | 113.40 | 0.00 | 0.00 | 113.40 | 187 |
| 98561555760 | CGXM1058481 | 222902-10 | 19-JAN-22 | 18-FEB-22 | 212.40 | 0.00 | 0.00 | 212.40 | 187 |
| 23546178985 | DUTIES | 222881-21 | 21-JAN-22 | 21-FEB-22 | 20.20 | 0.00 | 0.00 | 20.20 | 184 |

**FLORAL LOGISTICS OF MIAMI, INC**

**3400 NW 74 AVE UNIT 1**

**MIAMI FL-33122**

**PH :305-487-7777**

**FAX :**

**3/11**

Case 1:23-cv-20073-CMA   Document 50-4   Entered on FLSD Docket 08/09/2023   Page 8 of 16

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561555841 | CGXM1060488 | 222916-09 | 21-JAN-22 | 21-FEB-22 | 511.20 | 0.00 | 0.00 | 511.20 | 184 |
| 14508785394 | DUTIES | 222957-13 | 22-JAN-22 | 21-FEB-22 | 33.94 | 0.00 | 0.00 | 33.94 | 184 |
| 14508785394 | NO-HAWB | 222957-06 | 22-JAN-22 | 21-FEB-22 | 759.45 | 0.00 | 0.00 | 759.45 | 184 |
| 36982680393 | CGX1062370 | 222989-04 | 25-JAN-22 | 24-FEB-22 | 1,953.00 | 0.00 | 0.00 | 1,953.00 | 181 |
| 02383143410 | CGX1062489 | 223005-03 | 26-JAN-22 | 25-FEB-22 | 2,825.64 | 0.00 | 0.00 | 2,825.64 | 180 |
| 40609041826 | CGX1063135 | 223042-03 | 27-JAN-22 | 28-FEB-22 | 3,947.40 | 0.00 | 0.00 | 3,947.40 | 177 |
| 40609041830 | CGX1064086 | 223088-11 | 28-JAN-22 | 28-FEB-22 | 4,325.40 | 0.00 | 0.00 | 4,325.40 | 177 |
| 40609041863 | CGX1065450 | 223120-04 | 29-JAN-22 | 28-FEB-22 | 1,433.70 | 0.00 | 0.00 | 1,433.70 | 177 |
| 14508785556 | DUTIES | 223126-31 | 30-JAN-22 | 01-MAR-22 | 51.82 | 0.00 | 0.00 | 51.82 | 176 |
| 14508785556 | NO-HAWB | 223126-15 | 30-JAN-22 | 01-MAR-22 | 1,448.35 | 0.00 | 0.00 | 1,448.35 | 176 |
| 40609041874 | CGX1066081 | 223160-06 | 30-JAN-22 | 01-MAR-22 | 1,520.10 | 0.00 | 0.00 | 1,520.10 | 176 |
| 98561556412 | CGXM1066876 | 223317-09 | 31-JAN-22 | 02-MAR-22 | 388.80 | 0.00 | 0.00 | 388.80 | 175 |
| 72943080715 | CGX1066094 | 223205-03 | 31-JAN-22 | 02-MAR-22 | 1,045.20 | 0.00 | 0.00 | 1,045.20 | 175 |
| 14508858275 | DUTIES | 223290-26 | 01-FEB-22 | 03-MAR-22 | 24.28 | 0.00 | 0.00 | 24.28 | 174 |
| 14508858275 | NO-HAWB | 223290-15 | 01-FEB-22 | 03-MAR-22 | 576.85 | 0.00 | 0.00 | 576.85 | 174 |
| 98561556434 | CGXM1070045 | 223311-07 | 02-FEB-22 | 04-MAR-22 | 1,090.80 | 0.00 | 0.00 | 1,090.80 | 173 |
| 40609042272 | CGX1067747 | 223254-07 | 02-FEB-22 | 04-MAR-22 | 1,641.60 | 0.00 | 0.00 | 1,641.60 | 173 |
| 40609041885 | CGX1067740 | 223231-11 | 02-FEB-22 | 04-MAR-22 | 2,208.60 | 0.00 | 0.00 | 2,208.60 | 173 |
| 14508785781 | DUTIES | 223316-22 | 03-FEB-22 | 07-MAR-22 | 28.36 | 0.00 | 0.00 | 28.36 | 170 |
| 40609041896 | CGX1068960 | 223296-11 | 03-FEB-22 | 07-MAR-22 | 2,686.50 | 0.00 | 0.00 | 2,686.50 | 170 |
| 14508785781 | NO-HAWB | 223316-11 | 03-FEB-22 | 07-MAR-22 | 630.80 | 0.00 | 0.00 | 630.80 | 170 |
| 98561556460 | CGXM1070424 | 223382-10 | 03-FEB-22 | 07-MAR-22 | 140.40 | 0.00 | 0.00 | 140.40 | 170 |
| 40609041900 | CGX1069978 | 223295-12 | 04-FEB-22 | 07-MAR-22 | 1,790.10 | 0.00 | 0.00 | 1,790.10 | 170 |
| 14508858791 | DUTIES | 223419-31 | 05-FEB-22 | 07-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 170 |
| 14508858791 | NO-HAWB | 223419-19 | 05-FEB-22 | 07-MAR-22 | 348.60 | 0.00 | 0.00 | 348.60 | 170 |
| 40609041911 | CGX1070608 | 223312-09 | 05-FEB-22 | 07-MAR-22 | 650.70 | 0.00 | 0.00 | 650.70 | 170 |
| 02383143583 | NO-HAWB | 223469-07 | 10-FEB-22 | 14-MAR-22 | 147.84 | 0.00 | 0.00 | 147.84 | 163 |
| 99263045835 | DUTIES | 223510-11 | 11-FEB-22 | 14-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 163 |
| 99263045835 | NO-HAWB | 223510-08 | 11-FEB-22 | 14-MAR-22 | 172.20 | 0.00 | 0.00 | 172.20 | 163 |
| 98561583432 | NO-HAWB | 223625-11 | 15-FEB-22 | 17-MAR-22 | 969.00 | 0.00 | 0.00 | 969.00 | 160 |
| 40609171680 | NO-HAWB | 223637-08 | 17-FEB-22 | 21-MAR-22 | 331.20 | 0.00 | 0.00 | 331.20 | 156 |
| 14505953220 | DUTIES | 223683-27 | 18-FEB-22 | 21-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 156 |
| 14505953220 | NO-HAWB | 223683-14 | 18-FEB-22 | 21-MAR-22 | 174.25 | 0.00 | 0.00 | 174.25 | 156 |
| 02383143686 | NO-HAWB | 223654-06 | 18-FEB-22 | 21-MAR-22 | 500.38 | 0.00 | 0.00 | 500.38 | 156 |
| 02383151821 | NO-HAWB | 223748-05 | 22-FEB-22 | 24-MAR-22 | 504.30 | 0.00 | 0.00 | 504.30 | 153 |
| 98561583583 | NO-HAWB | 223762-12 | 23-FEB-22 | 25-MAR-22 | 114.00 | 0.00 | 0.00 | 114.00 | 152 |

# FLORAL LOGISTICS OF MIAMI, INC
### 3400 NW 74 AVE UNIT 1
### MIAMI FL-33122
### PH :305-487-7777
### FAX :

**4/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40609171842 | NO-HAWB | 223761-08 | 23-FEB-22 | 25-MAR-22 | 124.20 | 0.00 | 0.00 | 124.20 | 152 |
| 98561583594 | NO-HAWB | 223850-15 | 24-FEB-22 | 28-MAR-22 | 197.60 | 0.00 | 0.00 | 197.60 | 149 |
| 40609171853 | NO-HAWB | 223774-10 | 24-FEB-22 | 28-MAR-22 | 482.40 | 0.00 | 0.00 | 482.40 | 149 |
| 14505953581 | DUTIES | 223798-26 | 25-FEB-22 | 28-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 149 |
| 98561582636 | CGXM1083359 | 223844-12 | 25-FEB-22 | 28-MAR-22 | 104.50 | 0.00 | 0.00 | 104.50 | 149 |
| 40609171864 | CGX1082364 | 223838-09 | 25-FEB-22 | 28-MAR-22 | 570.60 | 0.00 | 0.00 | 570.60 | 149 |
| 14505953581 | NO-HAWB | 223798-14 | 25-FEB-22 | 28-MAR-22 | 184.80 | 0.00 | 0.00 | 184.80 | 149 |
| 98561582942 | NO-HAWB | 223900-12 | 01-MAR-22 | 31-MAR-22 | 528.20 | 0.00 | 0.00 | 528.20 | 146 |
| 98561582986 | NO-HAWB | 223929-13 | 01-MAR-22 | 31-MAR-22 | 602.30 | 0.00 | 0.00 | 602.30 | 146 |
| 02383143793 | NO-HAWB | 223931-06 | 02-MAR-22 | 01-APR-22 | 382.08 | 0.00 | 0.00 | 382.08 | 145 |
| 99263049582 | DUTIES | 223911-10 | 03-MAR-22 | 04-APR-22 | 28.36 | 0.00 | 0.00 | 28.36 | 142 |
| 40609172063 | NO-HAWB | 224001-09 | 03-MAR-22 | 04-APR-22 | 669.60 | 0.00 | 0.00 | 669.60 | 142 |
| 98561583012 | NO-HAWB | 223956-13 | 03-MAR-22 | 04-APR-22 | 286.90 | 0.00 | 0.00 | 286.90 | 142 |
| 99263049582 | NO-HAWB | 223911-08 | 03-MAR-22 | 04-APR-22 | 349.80 | 0.00 | 0.00 | 349.80 | 142 |
| 14505953905 | DUTIES | 224006-22 | 04-MAR-22 | 04-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 142 |
| 98561583034 | NO-HAWB | 224011-11 | 04-MAR-22 | 04-APR-22 | 541.50 | 0.00 | 0.00 | 541.50 | 142 |
| 40609172074 | NO-HAWB | 224010-08 | 04-MAR-22 | 04-APR-22 | 487.80 | 0.00 | 0.00 | 487.80 | 142 |
| 14505953905 | NO-HAWB | 224006-14 | 04-MAR-22 | 04-APR-22 | 178.20 | 0.00 | 0.00 | 178.20 | 142 |
| 98561583071 | NO-HAWB | 224014-11 | 05-MAR-22 | 04-APR-22 | 948.10 | 0.00 | 0.00 | 948.10 | 142 |
| 98561583093 | NO-HAWB | 224069-02 | 06-MAR-22 | 05-APR-22 | 96.90 | 0.00 | 0.00 | 96.90 | 141 |
| 40609172225 | NO-HAWB | 224086-08 | 08-MAR-22 | 07-APR-22 | 32.40 | 0.00 | 0.00 | 32.40 | 139 |
| 40609172236 | NO-HAWB | 224081-11 | 09-MAR-22 | 08-APR-22 | 109.80 | 0.00 | 0.00 | 109.80 | 138 |
| 98561583130 | NO-HAWB | 224082-14 | 09-MAR-22 | 08-APR-22 | 995.60 | 0.00 | 0.00 | 995.60 | 138 |
| 98561583163 | NO-HAWB | 224220-12 | 10-MAR-22 | 11-APR-22 | 467.40 | 0.00 | 0.00 | 467.40 | 135 |
| 02383143966 | NO-HAWB | 224108-07 | 10-MAR-22 | 11-APR-22 | 585.60 | 0.00 | 0.00 | 585.60 | 135 |
| 40609172251 | NO-HAWB | 224225-04 | 11-MAR-22 | 11-APR-22 | 504.00 | 0.00 | 0.00 | 504.00 | 135 |
| 98561583233 | NO-HAWB | 224281-03 | 12-MAR-22 | 11-APR-22 | 533.90 | 0.00 | 0.00 | 533.90 | 135 |
| 72947031250 | DUTIES | 224270-20 | 15-MAR-22 | 14-APR-22 | 14.69 | 0.00 | 0.00 | 14.69 | 132 |
| 72947031250 | NO-HAWB | 224270-11 | 15-MAR-22 | 14-APR-22 | 50.60 | 0.00 | 0.00 | 50.60 | 132 |
| 40609172273 | NO-HAWB | 224235-05 | 15-MAR-22 | 14-APR-22 | 140.40 | 0.00 | 0.00 | 140.40 | 132 |
| 40609172446 | NO-HAWB | 224310-08 | 16-MAR-22 | 15-APR-22 | 195.70 | 0.00 | 0.00 | 195.70 | 131 |
| 98561583281 | NO-HAWB | 224282-13 | 16-MAR-22 | 15-APR-22 | 946.00 | 0.00 | 0.00 | 946.00 | 131 |
| 98561583303 | NO-HAWB | 224462-14 | 17-MAR-22 | 18-APR-22 | 482.00 | 0.00 | 0.00 | 482.00 | 128 |
| 40609172450 | NO-HAWB | 224452-06 | 17-MAR-22 | 18-APR-22 | 703.00 | 0.00 | 0.00 | 703.00 | 128 |
| 98561583325 | NO-HAWB | 224464-10 | 18-MAR-22 | 18-APR-22 | 14.00 | 0.00 | 0.00 | 14.00 | 128 |
| 72947031644 | DUTIES | 224459-18 | 18-MAR-22 | 18-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 128 |

Case 1:23-cv-20073-CMA Document 50-4 Entered on FLSD Docket 08/09/2023 Page 9 of 16

# FLORAL LOGISTICS OF MIAMI, INC
### 3400 NW 74 AVE UNIT 1
### MIAMI FL-33122
### PH :305-487-7777
### FAX :

**5/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 02383144180 | NO-HAWB | 224463-05 | 18-MAR-22 | 18-APR-22 | 852.44 | 0.00 | 0.00 | 852.44 | 128 |
| 72947031644 | NO-HAWB | 224459-07 | 18-MAR-22 | 18-APR-22 | 184.80 | 0.00 | 0.00 | 184.80 | 128 |
| 14505954572 | DUTIES | 224566-17 | 23-MAR-22 | 22-APR-22 | 119.00 | 0.00 | 0.00 | 119.00 | 124 |
| 98561605644 | NO-HAWB | 224578-13 | 23-MAR-22 | 22-APR-22 | 128.00 | 0.00 | 0.00 | 128.00 | 124 |
| 14505954572 | NO-HAWB | 224566-11 | 23-MAR-22 | 22-APR-22 | 479.60 | 0.00 | 0.00 | 479.60 | 124 |
| 40609171606 | NO-HAWB | 224562-10 | 23-MAR-22 | 22-APR-22 | 174.80 | 0.00 | 0.00 | 174.80 | 124 |
| 02383996920 | NO-HAWB | 224579-05 | 24-MAR-22 | 25-APR-22 | 628.22 | 0.00 | 0.00 | 628.22 | 121 |
| 14505954686 | DUTIES | 224652-30 | 25-MAR-22 | 25-APR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 121 |
| 14505954686 | NO-HAWB | 224652-15 | 25-MAR-22 | 25-APR-22 | 198.00 | 0.00 | 0.00 | 198.00 | 121 |
| 40609042515 | NO-HAWB | 224637-06 | 25-MAR-22 | 25-APR-22 | 676.40 | 0.00 | 0.00 | 676.40 | 121 |
| 98561605095 | NO-HAWB | 224768-13 | 29-MAR-22 | 28-APR-22 | 154.00 | 0.00 | 0.00 | 154.00 | 118 |
| 98561605110 | NO-HAWB | 224765-11 | 30-MAR-22 | 29-APR-22 | 102.00 | 0.00 | 0.00 | 102.00 | 117 |
| 40609157750 | NO-HAWB | 224744-09 | 30-MAR-22 | 29-APR-22 | 174.80 | 0.00 | 0.00 | 174.80 | 117 |
| 72947031876 | DUTIES | 224831-09 | 31-MAR-22 | 02-MAY-22 | 45.70 | 0.00 | 0.00 | 45.70 | 114 |
| 40609157783 | NO-HAWB | 224764-04 | 31-MAR-22 | 02-MAY-22 | 596.60 | 0.00 | 0.00 | 596.60 | 114 |
| 99263049453 | DUTIES | 224762-09 | 31-MAR-22 | 02-MAY-22 | 122.06 | 0.00 | 0.00 | 122.06 | 114 |
| 99263049453 | NO-HAWB | 224762-04 | 31-MAR-22 | 02-MAY-22 | 742.90 | 0.00 | 0.00 | 742.90 | 114 |
| 72947031876 | NO-HAWB | 224831-04 | 31-MAR-22 | 02-MAY-22 | 295.20 | 0.00 | 0.00 | 295.20 | 114 |
| 14505955176 | DUTIES | 224835-24 | 01-APR-22 | 02-MAY-22 | 27.68 | 0.00 | 0.00 | 27.68 | 114 |
| 40609157816 | NO-HAWB | 224847-10 | 01-APR-22 | 02-MAY-22 | 414.20 | 0.00 | 0.00 | 414.20 | 114 |
| 14505955176 | NO-HAWB | 224835-15 | 01-APR-22 | 02-MAY-22 | 273.70 | 0.00 | 0.00 | 273.70 | 114 |
| 98561605176 | NO-HAWB | 224893-07 | 02-APR-22 | 02-MAY-22 | 112.00 | 0.00 | 0.00 | 112.00 | 114 |
| 40609157842 | NO-HAWB | 224843-07 | 02-APR-22 | 02-MAY-22 | 252.70 | 0.00 | 0.00 | 252.70 | 114 |
| 02383997255 | NO-HAWB | 224956-07 | 06-APR-22 | 06-MAY-22 | 58.58 | 0.00 | 0.00 | 58.58 | 110 |
| 14505954701 | NO-HAWB | 224961-09 | 06-APR-22 | 06-MAY-22 | 782.00 | 0.00 | 0.00 | 782.00 | 110 |
| 14505954701 | NO-HAWB | 224961-19 | 06-APR-22 | 06-MAY-22 | 121.72 | 0.00 | 0.00 | 121.72 | 110 |
| 36983767950 | DUTIES | 225041-22 | 07-APR-22 | 09-MAY-22 | 38.90 | 0.00 | 0.00 | 38.90 | 107 |
| 36983767950 | NO-HAWB | 225041-10 | 07-APR-22 | 09-MAY-22 | 154.10 | 0.00 | 0.00 | 154.10 | 107 |
| 40609157945 | NO-HAWB | 225032-08 | 07-APR-22 | 09-MAY-22 | 431.30 | 0.00 | 0.00 | 431.30 | 107 |
| 14505955471 | DUTIES | 225039-26 | 08-APR-22 | 09-MAY-22 | 49.10 | 0.00 | 0.00 | 49.10 | 107 |
| 40609157982 | NO-HAWB | 225030-06 | 08-APR-22 | 09-MAY-22 | 307.80 | 0.00 | 0.00 | 307.80 | 107 |
| 14505955471 | NO-HAWB | 225039-13 | 08-APR-22 | 09-MAY-22 | 294.40 | 0.00 | 0.00 | 294.40 | 107 |
| 14508933901 | NO-HAWB | 225062-20 | 10-APR-22 | 10-MAY-22 | -  344.40 | 0.00 | 0.00 | -  344.40 | 106 |
| 14508933901 | NO-HAWB | 225062-09 | 10-APR-22 | 10-MAY-22 | 721.60 | 0.00 | 0.00 | 721.60 | 106 |
| 14505955202 | DUTIES | 225116-20 | 12-APR-22 | 12-MAY-22 | 59.37 | 0.00 | 0.00 | 59.37 | 104 |
| 14505955202 | NO-HAWB | 225116-09 | 12-APR-22 | 12-MAY-22 | 765.60 | 0.00 | 0.00 | 765.60 | 104 |

**FLORAL LOGISTICS OF MIAMI, INC**

**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**6/11**

Case 1:23-cv-20073-CMA Document 50-4 Entered on FLSD Docket 08/09/2023 Page 11 of 16

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561605386 | NO-HAWB | 225112-09 | 12-APR-22 | 12-MAY-22 | 492.10 | 0.00 | 0.00 | 492.10 | 104 |
| 14508933396 | DUTIES | 225145-16 | 13-APR-22 | 13-MAY-22 | 127.98 | 0.00 | 0.00 | 127.98 | 103 |
| 14508933396 | NO-HAWB | 225145-09 | 13-APR-22 | 13-MAY-22 | 1,333.20 | 0.00 | 0.00 | 1,333.20 | 103 |
| 40609158133 | NO-HAWB | 225142-06 | 13-APR-22 | 13-MAY-22 | 574.00 | 0.00 | 0.00 | 574.00 | 103 |
| 40605977882 | NO-HAWB | 225147-10 | 14-APR-22 | 16-MAY-22 | 607.20 | 0.00 | 0.00 | 607.20 | 100 |
| 98561605482 | NO-HAWB | 225143-16 | 14-APR-22 | 16-MAY-22 | 1,272.80 | 0.00 | 0.00 | 1,272.80 | 100 |
| 98561605504 | CGXM1108476 | 225230-10 | 14-APR-22 | 16-MAY-22 | 1,376.40 | 0.00 | 0.00 | 1,376.40 | 100 |
| 40609158155 | NO-HAWB | 225132-12 | 14-APR-22 | 16-MAY-22 | 1,285.20 | 0.00 | 0.00 | 1,285.20 | 100 |
| 14508933470 | DUTIES | 225229-29 | 15-APR-22 | 16-MAY-22 | 198.84 | 0.00 | 0.00 | 198.84 | 100 |
| 14508933470 | NO-HAWB | 225229-17 | 15-APR-22 | 16-MAY-22 | 2,318.80 | 0.00 | 0.00 | 2,318.80 | 100 |
| 40609158181 | CGX1108496 | 225226-07 | 15-APR-22 | 16-MAY-22 | 459.20 | 0.00 | 0.00 | 459.20 | 100 |
| 14508933820 | DUTIES | 225224-22 | 16-APR-22 | 16-MAY-22 | 27.34 | 0.00 | 0.00 | 27.34 | 100 |
| 14508933820 | NO-HAWB | 225224-14 | 16-APR-22 | 16-MAY-22 | 220.00 | 0.00 | 0.00 | 220.00 | 100 |
| 40609158332 | NO-HAWB | 225312-07 | 20-APR-22 | 20-MAY-22 | 1,573.60 | 0.00 | 0.00 | 1,573.60 | 96 |
| 14508934096 | NO-HAWB | 225324-06 | 20-APR-22 | 20-MAY-22 | 3,036.00 | 0.00 | 0.00 | 3,036.00 | 96 |
| 40605908991 | DUTIES | 225328-06 | 21-APR-22 | 23-MAY-22 | 117.30 | 0.00 | 0.00 | 117.30 | 93 |
| 40605908991 | NO-HAWB | 225328-01 | 21-APR-22 | 23-MAY-22 | 1,421.20 | 0.00 | 0.00 | 1,421.20 | 93 |
| 14508935102 | DUTIES | 225364-22 | 22-APR-22 | 23-MAY-22 | 148.31 | 0.00 | 0.00 | 148.31 | 93 |
| 14508935102 | NO-HAWB | 225364-10 | 22-APR-22 | 23-MAY-22 | 1,922.80 | 0.00 | 0.00 | 1,922.80 | 93 |
| 40609158380 | NO-HAWB | 225378-03 | 22-APR-22 | 23-MAY-22 | 1,657.60 | 0.00 | 0.00 | 1,657.60 | 93 |
| 98561603791 | NO-HAWB | 225405-07 | 23-APR-22 | 23-MAY-22 | 1,017.50 | 0.00 | 0.00 | 1,017.50 | 93 |
| 14508934343 | DUTIES | 225486-21 | 24-APR-22 | 24-MAY-22 | 38.83 | 0.00 | 0.00 | 38.83 | 92 |
| 40609158542 | NO-HAWB | 225479-05 | 24-APR-22 | 24-MAY-22 | 1,218.00 | 0.00 | 0.00 | 1,218.00 | 92 |
| 14508934450 | DUTIES | 225481-09 | 24-APR-22 | 24-MAY-22 | 369.72 | 0.00 | 0.00 | 369.72 | 92 |
| 14508934343 | NO-HAWB | 225486-11 | 24-APR-22 | 24-MAY-22 | 462.00 | 0.00 | 0.00 | 462.00 | 92 |
| 40609158494 | NO-HAWB | 225412-07 | 24-APR-22 | 24-MAY-22 | 1,685.60 | 0.00 | 0.00 | 1,685.60 | 92 |
| 40609158505 | NO-HAWB | 225416-05 | 24-APR-22 | 24-MAY-22 | 7,420.00 | 0.00 | 0.00 | 7,420.00 | 92 |
| 14508934450 | NO-HAWB | 225481-02 | 24-APR-22 | 24-MAY-22 | 2,868.80 | 0.00 | 0.00 | 2,868.80 | 92 |
| 36983119912 | DUTIES | 225508-06 | 25-APR-22 | 25-MAY-22 | 111.86 | 0.00 | 0.00 | 111.86 | 91 |
| 36983119912 | NO-HAWB | 225508-03 | 25-APR-22 | 25-MAY-22 | 858.00 | 0.00 | 0.00 | 858.00 | 91 |
| 14508934520 | DUTIES | 225516-15 | 26-APR-22 | 26-MAY-22 | 304.78 | 0.00 | 0.00 | 304.78 | 90 |
| 14508934520 | NO-HAWB | 225516-09 | 26-APR-22 | 26-MAY-22 | 2,618.00 | 0.00 | 0.00 | 2,618.00 | 90 |
| 14508934973 | DUTIES | 225582-14 | 27-APR-22 | 27-MAY-22 | 186.80 | 0.00 | 0.00 | 186.80 | 89 |
| 14508934973 | NO-HAWB | 225582-08 | 27-APR-22 | 27-MAY-22 | 1,878.80 | 0.00 | 0.00 | 1,878.80 | 89 |
| 36983119595 | DUTIES | 225701-10 | 28-APR-22 | 30-MAY-22 | 374.00 | 0.00 | 0.00 | 374.00 | 86 |
| 36983119595 | NO-HAWB | 225701-03 | 28-APR-22 | 30-MAY-22 | 3,370.40 | 0.00 | 0.00 | 3,370.40 | 86 |

**FLORAL LOGISTICS OF MIAMI, INC**

**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**7/11**

Case 1:23-cv-20073-CMA  Document 50-4  Entered on FLSD Docket 08/09/2023  Page 12 of 16

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40609158645 | NO-HAWB | 225637-05 | 28-APR-22 | 30-MAY-22 | 1,366.40 | 0.00 | 0.00 | 1,366.40 | 86 |
| 36983120295 | DUTIES | 225702-06 | 29-APR-22 | 30-MAY-22 | 29.92 | 0.00 | 0.00 | 29.92 | 86 |
| 36983120295 | NO-HAWB | 225702-01 | 29-APR-22 | 30-MAY-22 | 545.60 | 0.00 | 0.00 | 545.60 | 86 |
| 40609151251 | NO-HAWB | 225662-10 | 30-APR-22 | 30-MAY-22 | 2,772.00 | 0.00 | 0.00 | 2,772.00 | 86 |
| 40609151240 | NO-HAWB | 225711-09 | 30-APR-22 | 30-MAY-22 | 7,929.60 | 0.00 | 0.00 | 7,929.60 | 86 |
| 98561604502 | NO-HAWB | 225743-07 | 01-MAY-22 | 31-MAY-22 | 580.90 | 0.00 | 0.00 | 580.90 | 85 |
| 36983882061 | NO-HAWB | 225723-04 | 01-MAY-22 | 31-MAY-22 | 2,318.40 | 0.00 | 0.00 | 2,318.40 | 85 |
| 40609151413 | NO-HAWB | 225762-04 | 05-MAY-22 | 06-JUN-22 | 165.30 | 0.00 | 0.00 | 165.30 | 79 |
| 98561604561 | NO-HAWB | 225861-09 | 07-MAY-22 | 06-JUN-22 | 310.00 | 0.00 | 0.00 | 310.00 | 79 |
| 98561604642 | NO-HAWB | 225940-12 | 10-MAY-22 | 09-JUN-22 | 256.00 | 0.00 | 0.00 | 256.00 | 76 |
| 98561604701 | NO-HAWB | 225938-06 | 11-MAY-22 | 10-JUN-22 | 128.00 | 0.00 | 0.00 | 128.00 | 75 |
| 02384324100 | NO-HAWB | 225980-05 | 11-MAY-22 | 10-JUN-22 | 136.80 | 0.00 | 0.00 | 136.80 | 75 |
| 36983941336 | DUTIES | 226095-17 | 14-MAY-22 | 13-JUN-22 | 102.96 | 0.00 | 0.00 | 102.96 | 72 |
| 98561604675 | NO-HAWB | 226012-08 | 14-MAY-22 | 13-JUN-22 | 192.00 | 0.00 | 0.00 | 192.00 | 72 |
| 36983941336 | NO-HAWB | 226095-10 | 14-MAY-22 | 13-JUN-22 | 752.10 | 0.00 | 0.00 | 752.10 | 72 |
| 98561556611 | NO-HAWB | 226113-04 | 14-MAY-22 | 13-JUN-22 | 556.00 | 0.00 | 0.00 | 556.00 | 72 |
| 98561516151 | NO-HAWB | 226207-14 | 18-MAY-22 | 17-JUN-22 | 216.00 | 0.00 | 0.00 | 216.00 | 68 |
| 98561537044 | NO-HAWB | 226224-05 | 18-MAY-22 | 17-JUN-22 | 254.00 | 0.00 | 0.00 | 254.00 | 68 |
| 02384324240 | NO-HAWB | 226187-04 | 18-MAY-22 | 17-JUN-22 | 931.22 | 0.00 | 0.00 | 931.22 | 68 |
| 36983941432 | DUTIES | 226301-24 | 19-MAY-22 | 20-JUN-22 | 81.26 | 0.00 | 0.00 | 81.26 | 65 |
| 36983941281 | NO-HAWB | 226198-03 | 19-MAY-22 | 20-JUN-22 | 1,175.30 | 0.00 | 0.00 | 1,175.30 | 65 |
| 36983941432 | NO-HAWB | 226301-15 | 19-MAY-22 | 20-JUN-22 | 646.30 | 0.00 | 0.00 | 646.30 | 65 |
| 36983941281 | DUTIES | 226198-05 | 19-MAY-22 | 20-JUN-22 | 168.24 | 0.00 | 0.00 | 168.24 | 65 |
| 40609150820 | NO-HAWB | 226229-05 | 20-MAY-22 | 20-JUN-22 | 161.50 | 0.00 | 0.00 | 161.50 | 65 |
| 14508995254 | NO-HAWB | 226249-10 | 20-MAY-22 | 20-JUN-22 | 1,796.30 | 0.00 | 0.00 | 1,796.30 | 65 |
| 14508995254 | DUTIES | 226249-15 | 20-MAY-22 | 20-JUN-22 | 247.86 | 0.00 | 0.00 | 247.86 | 65 |
| 98561516560 | NO-HAWB | 226279-11 | 20-MAY-22 | 20-JUN-22 | 510.00 | 0.00 | 0.00 | 510.00 | 65 |
| 14508936045 | DUTIES | 226270-18 | 21-MAY-22 | 20-JUN-22 | 60.05 | 0.00 | 0.00 | 60.05 | 65 |
| 14508995453 | NO-HAWB | 226321-07 | 21-MAY-22 | 20-JUN-22 | 1,071.80 | 0.00 | 0.00 | 1,071.80 | 65 |
| 98561516556 | NO-HAWB | 226275-08 | 21-MAY-22 | 20-JUN-22 | 360.00 | 0.00 | 0.00 | 360.00 | 65 |
| 14508936045 | NO-HAWB | 226270-03 | 21-MAY-22 | 20-JUN-22 | 354.20 | 0.00 | 0.00 | 354.20 | 65 |
| 14508995453 | DUTIES | 226321-16 | 21-MAY-22 | 20-JUN-22 | 170.28 | 0.00 | 0.00 | 170.28 | 65 |
| 14508995512 | DUTIES | 226377-14 | 24-MAY-22 | 23-JUN-22 | 96.50 | 0.00 | 0.00 | 96.50 | 62 |
| 14508995512 | NO-HAWB | 226377-06 | 24-MAY-22 | 23-JUN-22 | 572.70 | 0.00 | 0.00 | 572.70 | 62 |
| 98561658085 | NO-HAWB | 226325-10 | 24-MAY-22 | 23-JUN-22 | 608.00 | 0.00 | 0.00 | 608.00 | 62 |
| 36983945256 | DUTIES | 226393-14 | 25-MAY-22 | 24-JUN-22 | 163.88 | 0.00 | 0.00 | 163.88 | 61 |

**FLORAL LOGISTICS OF MIAMI, INC**

**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**8/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|------|------|--------------|---------------|----------|--------------|----------|-----|----------|---------------|
| 40609150945 | NO-HAWB | 226375-10 | 25-MAY-22 | 24-JUN-22 | 169.10 | 0.00 | 0.00 | 169.10 | 61 |
| 36983945256 | NO-HAWB | 226393-10 | 25-MAY-22 | 24-JUN-22 | 924.60 | 0.00 | 0.00 | 924.60 | 61 |
| 02384324365 | NO-HAWB | 226444-02 | 25-MAY-22 | 24-JUN-22 | 850.42 | 0.00 | 0.00 | 850.42 | 61 |
| 98561658096 | NO-HAWB | 226373-09 | 25-MAY-22 | 24-JUN-22 | 200.00 | 0.00 | 0.00 | 200.00 | 61 |
| 14508995921 | DUTIES | 226447-20 | 26-MAY-22 | 27-JUN-22 | 70.45 | 0.00 | 0.00 | 70.45 | 58 |
| 98561658166 | NO-HAWB | 226394-13 | 26-MAY-22 | 27-JUN-22 | 752.00 | 0.00 | 0.00 | 752.00 | 58 |
| 14508995921 | NO-HAWB | 226447-11 | 26-MAY-22 | 27-JUN-22 | 416.30 | 0.00 | 0.00 | 416.30 | 58 |
| 98561658192 | NO-HAWB | 226436-09 | 27-MAY-22 | 27-JUN-22 | 128.00 | 0.00 | 0.00 | 128.00 | 58 |
| 02384717032 | NO-HAWB | 226423-03 | 27-MAY-22 | 27-JUN-22 | 623.50 | 0.00 | 0.00 | 623.50 | 58 |
| 40609151004 | NO-HAWB | 226446-05 | 27-MAY-22 | 27-JUN-22 | 345.80 | 0.00 | 0.00 | 345.80 | 58 |
| 14508995976 | DUTIES | 226401-17 | 28-MAY-22 | 27-JUN-22 | 28.16 | 0.00 | 0.00 | 28.16 | 58 |
| 14508995976 | NO-HAWB | 226401-05 | 28-MAY-22 | 27-JUN-22 | 121.90 | 0.00 | 0.00 | 121.90 | 58 |
| 40609151052 | NO-HAWB | 226487-02 | 29-MAY-22 | 28-JUN-22 | 30.40 | 0.00 | 0.00 | 30.40 | 57 |
| 14508995604 | NO-HAWB | 226441-09 | 29-MAY-22 | 28-JUN-22 | 207.00 | 0.00 | 0.00 | 207.00 | 57 |
| 14508995604 | DUTIES | 226441-16 | 29-MAY-22 | 28-JUN-22 | 37.34 | 0.00 | 0.00 | 37.34 | 57 |
| 98561657481 | NO-HAWB | 226522-03 | 31-MAY-22 | 30-JUN-22 | 192.00 | 0.00 | 0.00 | 192.00 | 55 |
| 36983941443 | DUTIES | 226595-15 | 01-JUN-22 | 01-JUL-22 | 34.89 | 0.00 | 0.00 | 34.89 | 54 |
| 98561657503 | NO-HAWB | 226548-09 | 01-JUN-22 | 01-JUL-22 | 486.00 | 0.00 | 0.00 | 486.00 | 54 |
| 14508995582 | NO-HAWB | 226528-13 | 01-JUN-22 | 01-JUL-22 | 1,267.30 | 0.00 | 0.00 | 1,267.30 | 54 |
| 14508995582 | DUTIES | 226528-23 | 01-JUN-22 | 01-JUL-22 | 209.85 | 0.00 | 0.00 | 209.85 | 54 |
| 36983941443 | NO-HAWB | 226595-08 | 01-JUN-22 | 01-JUL-22 | 149.50 | 0.00 | 0.00 | 149.50 | 54 |
| 98561657525 | NO-HAWB | 226542-08 | 02-JUN-22 | 04-JUL-22 | 144.00 | 0.00 | 0.00 | 144.00 | 51 |
| 40601045472 | NO-HAWB | 226547-11 | 02-JUN-22 | 04-JUL-22 | 598.50 | 0.00 | 0.00 | 598.50 | 51 |
| 14508996164 | DUTIES | 226666-21 | 03-JUN-22 | 04-JUL-22 | 29.11 | 0.00 | 0.00 | 29.11 | 51 |
| 14508996164 | NO-HAWB | 226666-12 | 03-JUN-22 | 04-JUL-22 | 121.90 | 0.00 | 0.00 | 121.90 | 51 |
| 40601045505 | NO-HAWB | 226597-07 | 03-JUN-22 | 04-JUL-22 | 661.20 | 0.00 | 0.00 | 661.20 | 51 |
| 98561657540 | NO-HAWB | 226598-10 | 03-JUN-22 | 04-JUL-22 | 272.00 | 0.00 | 0.00 | 272.00 | 51 |
| 98561657540 | CGXM1135867H | 226598-22 | 03-JUN-22 | 04-JUL-22 | 168.00 | 0.00 | 0.00 | 168.00 | 51 |
| 98561657595 | NO-HAWB | 226588-12 | 04-JUN-22 | 04-JUL-22 | 328.00 | 0.00 | 0.00 | 328.00 | 51 |
| 98561657654 | NO-HAWB | 226664-09 | 06-JUN-22 | 06-JUL-22 | 128.00 | 0.00 | 0.00 | 128.00 | 49 |
| 14508996341 | DUTIES | 226774-11 | 08-JUN-22 | 08-JUL-22 | 45.22 | 0.00 | 0.00 | 45.22 | 47 |
| 40601045612 | NO-HAWB | 226716-08 | 08-JUN-22 | 08-JUL-22 | 163.40 | 0.00 | 0.00 | 163.40 | 47 |
| 98561657680 | NO-HAWB | 226717-07 | 08-JUN-22 | 08-JUL-22 | 398.00 | 0.00 | 0.00 | 398.00 | 47 |
| 14508996341 | NO-HAWB | 226774-06 | 08-JUN-22 | 08-JUL-22 | 273.70 | 0.00 | 0.00 | 273.70 | 47 |
| 40601045645 | NO-HAWB | 226711-08 | 09-JUN-22 | 11-JUL-22 | 583.30 | 0.00 | 0.00 | 583.30 | 44 |
| 40601045671 | NO-HAWB | 226776-06 | 10-JUN-22 | 11-JUL-22 | 298.30 | 0.00 | 0.00 | 298.30 | 44 |

Case 1:23-cv-20073-CMA  Document 50-4  Entered on FLSD Docket 08/09/2023  Page 13 of 16

# FLORAL LOGISTICS OF MIAMI, INC
### 3400 NW 74 AVE UNIT 1
### MIAMI FL-33122
### PH :305-487-7777
### FAX :

9/11

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561657746 | NO-HAWB | 226763-07 | 10-JUN-22 | 11-JUL-22 | 468.00 | 0.00 | 0.00 | 468.00 | 44 |
| 02384324553 | NO-HAWB | 226770-03 | 11-JUN-22 | 11-JUL-22 | 238.36 | 0.00 | 0.00 | 238.36 | 44 |
| 40601045774 | NO-HAWB | 226816-07 | 14-JUN-22 | 14-JUL-22 | 30.40 | 0.00 | 0.00 | 30.40 | 41 |
| 72947069956 | NO-HAWB | 226837-04 | 14-JUN-22 | 14-JUL-22 | 307.20 | 0.00 | 0.00 | 307.20 | 41 |
| 98561657816 | NO-HAWB | 226850-11 | 14-JUN-22 | 14-JUL-22 | 340.00 | 0.00 | 0.00 | 340.00 | 41 |
| 40601045800 | NO-HAWB | 226840-09 | 15-JUN-22 | 15-JUL-22 | 125.40 | 0.00 | 0.00 | 125.40 | 40 |
| 98561657831 | NO-HAWB | 226882-07 | 15-JUN-22 | 15-JUL-22 | 212.00 | 0.00 | 0.00 | 212.00 | 40 |
| 40602741270 | DUTIES | 226932-10 | 16-JUN-22 | 18-JUL-22 | 101.46 | 0.00 | 0.00 | 101.46 | 37 |
| 40601045833 | NO-HAWB | 226873-04 | 16-JUN-22 | 18-JUL-22 | 644.10 | 0.00 | 0.00 | 644.10 | 37 |
| 40602741270 | NO-HAWB | 226932-04 | 16-JUN-22 | 18-JUL-22 | 460.00 | 0.00 | 0.00 | 460.00 | 37 |
| 98561657853 | NO-HAWB | 226890-12 | 16-JUN-22 | 18-JUL-22 | 342.00 | 0.00 | 0.00 | 342.00 | 37 |
| 14508996982 | DUTIES | 226923-17 | 17-JUN-22 | 18-JUL-22 | 16.12 | 0.00 | 0.00 | 16.12 | 37 |
| 40601045903 | NO-HAWB | 226925-06 | 17-JUN-22 | 18-JUL-22 | 482.60 | 0.00 | 0.00 | 482.60 | 37 |
| 98561657901 | NO-HAWB | 226919-06 | 17-JUN-22 | 18-JUL-22 | 120.00 | 0.00 | 0.00 | 120.00 | 37 |
| 14508996982 | NO-HAWB | 226923-09 | 17-JUN-22 | 18-JUL-22 | 103.50 | 0.00 | 0.00 | 103.50 | 37 |
| 98561657923 | NO-HAWB | 226970-04 | 18-JUN-22 | 18-JUL-22 | 146.00 | 0.00 | 0.00 | 146.00 | 37 |
| 98561657923 | CGXM1145040H | 226970-08 | 18-JUN-22 | 18-JUL-22 | 150.50 | 0.00 | 0.00 | 150.50 | 37 |
| 14508996315 | DUTIES | 226983-23 | 20-JUN-22 | 20-JUL-22 | 22.85 | 0.00 | 0.00 | 22.85 | 35 |
| 14508996315 | NO-HAWB | 226983-11 | 20-JUN-22 | 20-JUL-22 | 98.90 | 0.00 | 0.00 | 98.90 | 35 |
| 98561657971 | NO-HAWB | 227012-09 | 21-JUN-22 | 21-JUL-22 | 134.00 | 0.00 | 0.00 | 134.00 | 34 |
| 40601045995 | NO-HAWB | 227010-03 | 22-JUN-22 | 22-JUL-22 | 131.10 | 0.00 | 0.00 | 131.10 | 33 |
| 40601046021 | NO-HAWB | 227027-04 | 22-JUN-22 | 22-JUL-22 | 811.30 | 0.00 | 0.00 | 811.30 | 33 |
| 40601046054 | NO-HAWB | 227084-06 | 23-JUN-22 | 25-JUL-22 | 461.70 | 0.00 | 0.00 | 461.70 | 30 |
| 98561658004 | NO-HAWB | 227051-13 | 23-JUN-22 | 25-JUL-22 | 488.00 | 0.00 | 0.00 | 488.00 | 30 |
| 14508996886 | DUTIES | 227064-25 | 24-JUN-22 | 25-JUL-22 | 57.87 | 0.00 | 0.00 | 57.87 | 30 |
| 98561658030 | NO-HAWB | 227077-11 | 24-JUN-22 | 25-JUL-22 | 180.00 | 0.00 | 0.00 | 180.00 | 30 |
| 14508996886 | NO-HAWB | 227064-13 | 24-JUN-22 | 25-JUL-22 | 338.10 | 0.00 | 0.00 | 338.10 | 30 |
| 98561658063 | NO-HAWB | 227106-09 | 25-JUN-22 | 25-JUL-22 | 74.00 | 0.00 | 0.00 | 74.00 | 30 |
| 14508996993 | DUTIES | 227129-25 | 26-JUN-22 | 26-JUL-22 | 44.54 | 0.00 | 0.00 | 44.54 | 29 |
| 14508996993 | NO-HAWB | 227129-12 | 26-JUN-22 | 26-JUL-22 | 259.90 | 0.00 | 0.00 | 259.90 | 29 |
| 98561656232 | NO-HAWB | 227123-08 | 27-JUN-22 | 27-JUL-22 | 106.00 | 0.00 | 0.00 | 106.00 | 28 |
| 36983954986 | DUTIES | 227139-10 | 29-JUN-22 | 29-JUL-22 | 24.42 | 0.00 | 0.00 | 24.42 | 26 |
| 36983954986 | NO-HAWB | 227139-03 | 29-JUN-22 | 29-JUL-22 | 234.60 | 0.00 | 0.00 | 234.60 | 26 |
| 14508997483 | NO-HAWB | 227194-13 | 29-JUN-22 | 29-JUL-22 | 1,083.30 | 0.00 | 0.00 | 1,083.30 | 26 |
| 02384323131 | NO-HAWB | 227144-04 | 29-JUN-22 | 29-JUL-22 | 630.24 | 0.00 | 0.00 | 630.24 | 26 |
| 98561656291 | NO-HAWB | 227212-13 | 29-JUN-22 | 29-JUL-22 | 332.00 | 0.00 | 0.00 | 332.00 | 26 |

Case 1:23-cv-20073-CMA   Document 50-4   Entered on FLSD Docket 08/09/2023   Page 14 of 16

**FLORAL LOGISTICS OF MIAMI, INC**

**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**10/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 40601045181 | NO-HAWB | 227145-06 | 29-JUN-22 | 29-JUL-22 | 174.80 | 0.00 | 0.00 | 174.80 | 26 |
| 14508997483 | DUTIES | 227194-26 | 29-JUN-22 | 29-JUL-22 | 159.12 | 0.00 | 0.00 | 159.12 | 26 |
| 98561656582 | NO-HAWB | 227209-10 | 30-JUN-22 | 01-AUG-22 | 156.00 | 0.00 | 0.00 | 156.00 | 23 |
| 98561656276 | NO-HAWB | 227146-12 | 30-JUN-22 | 01-AUG-22 | 370.00 | 0.00 | 0.00 | 370.00 | 23 |
| 40601045240 | NO-HAWB | 227206-08 | 01-JUL-22 | 01-AUG-22 | 497.80 | 0.00 | 0.00 | 497.80 | 23 |
| 36983954533 | NO-HAWB | 227179-05 | 02-JUL-22 | 01-AUG-22 | 96.60 | 0.00 | 0.00 | 96.60 | 23 |
| 14509063843 | DUTIES | 227243-08 | 05-JUL-22 | 04-AUG-22 | 130.09 | 0.00 | 0.00 | 130.09 | 20 |
| 14509063843 | NO-HAWB | 227243-03 | 05-JUL-22 | 04-AUG-22 | 913.10 | 0.00 | 0.00 | 913.10 | 20 |
| 40601045365 | NO-HAWB | 227330-08 | 06-JUL-22 | 05-AUG-22 | 174.80 | 0.00 | 0.00 | 174.80 | 19 |
| 14508997822 | NO-HAWB | 227324-09 | 06-JUL-22 | 05-AUG-22 | 653.20 | 0.00 | 0.00 | 653.20 | 19 |
| 40608938790 | NO-HAWB | 227329-07 | 07-JUL-22 | 08-AUG-22 | 359.10 | 0.00 | 0.00 | 359.10 | 16 |
| 40609151306 | NO-HAWB | 227370-11 | 08-JUL-22 | 08-AUG-22 | 963.30 | 0.00 | 0.00 | 963.30 | 16 |
| 40603106040 | NO-HAWB | 227417-08 | 12-JUL-22 | 11-AUG-22 | 266.00 | 0.00 | 0.00 | 266.00 | 13 |
| 14509064602 | DUTIES | 227463-27 | 13-JUL-22 | 12-AUG-22 | 38.90 | 0.00 | 0.00 | 38.90 | 12 |
| 40603106073 | NO-HAWB | 227446-09 | 13-JUL-22 | 12-AUG-22 | 174.80 | 0.00 | 0.00 | 174.80 | 12 |
| 98561656836 | NO-HAWB | 227484-13 | 13-JUL-22 | 12-AUG-22 | 144.00 | 0.00 | 0.00 | 144.00 | 12 |
| 14509064602 | NO-HAWB | 227463-11 | 13-JUL-22 | 12-AUG-22 | 96.60 | 0.00 | 0.00 | 96.60 | 12 |
| 40603106106 | NO-HAWB | 227465-09 | 14-JUL-22 | 15-AUG-22 | 554.80 | 0.00 | 0.00 | 554.80 | 9 |
| 98561656862 | NO-HAWB | 227522-08 | 14-JUL-22 | 15-AUG-22 | 574.00 | 0.00 | 0.00 | 574.00 | 9 |
| 98561656884 | NO-HAWB | 227511-12 | 15-JUL-22 | 15-AUG-22 | 202.00 | 0.00 | 0.00 | 202.00 | 9 |
| 40603106132 | NO-HAWB | 227521-11 | 15-JUL-22 | 15-AUG-22 | 290.70 | 0.00 | 0.00 | 290.70 | 9 |
| 98561656932 | NO-HAWB | 227570-10 | 18-JUL-22 | 17-AUG-22 | 78.00 | 0.00 | 0.00 | 78.00 | 7 |
| 98561656980 | NO-HAWB | 227655-10 | 20-JUL-22 | 19-AUG-22 | 124.00 | 0.00 | 0.00 | 124.00 | 5 |
| 98561656965 | NO-HAWB | 227599-07 | 20-JUL-22 | 19-AUG-22 | 262.00 | 0.00 | 0.00 | 262.00 | 5 |
| 40606472933 | NO-HAWB | 227601-08 | 20-JUL-22 | 19-AUG-22 | 155.80 | 0.00 | 0.00 | 155.80 | 5 |
| 14509064355 | DUTIES | 227626-18 | 21-JUL-22 | 22-AUG-22 | 38.90 | 0.00 | 0.00 | 38.90 | 2 |
| 14509064355 | NO-HAWB | 227626-08 | 21-JUL-22 | 22-AUG-22 | 94.30 | 0.00 | 0.00 | 94.30 | 2 |
| 98561657013 | NO-HAWB | 227663-09 | 22-JUL-22 | 22-AUG-22 | 142.00 | 0.00 | 0.00 | 142.00 | 2 |
| 40606472992 | NO-HAWB | 227657-09 | 22-JUL-22 | 22-AUG-22 | 220.40 | 0.00 | 0.00 | 220.40 | 2 |
| 98561657024 | NO-HAWB | 227670-11 | 23-JUL-22 | 22-AUG-22 | 268.00 | 0.00 | 0.00 | 268.00 | 2 |
| 14509064510 | DUTIES | 227703-14 | 24-JUL-22 | 23-AUG-22 | 31.08 | 0.00 | 31.08 | 0.00 | 1 |
| 14509064510 | NO-HAWB | 227703-06 | 24-JUL-22 | 23-AUG-22 | 195.50 | 0.00 | 195.50 | 0.00 | 1 |
| 98561657105 | NO-HAWB | 227746-12 | 26-JUL-22 | 25-AUG-22 | 400.00 | 0.00 | 400.00 | 0.00 | |
| 14509060822 | DUTIES | 227745-23 | 27-JUL-22 | 26-AUG-22 | 38.90 | 0.00 | 38.90 | 0.00 | |
| 40603114204 | NO-HAWB | 227749-04 | 27-JUL-22 | 26-AUG-22 | 207.10 | 0.00 | 207.10 | 0.00 | |
| 98561694592 | NO-HAWB | 227759-11 | 27-JUL-22 | 26-AUG-22 | 314.00 | 0.00 | 314.00 | 0.00 | |

Case 1:23-cv-20073-CMA Document 50-4 Entered on FLSD Docket 08/09/2023 Page 15 of 16

**FLORAL LOGISTICS OF MIAMI, INC**
**3400 NW 74 AVE UNIT 1**
**MIAMI FL-33122**
**PH :305-487-7777**
**FAX :**

**11/11**

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 14509060822 | NO-HAWB | 227745-11 | 27-JUL-22 | 26-AUG-22 | 98.90 | 0.00 | 98.90 | 0.00 | |
| 36984684320 | NO-HAWB | 228121-10 | 11-AUG-22 | 12-SEP-22 | 23.00 | 0.00 | 23.00 | 0.00 | |
| Total USD $: | | | | | $ 181,867.89 | $ 218.43 | $ 1,308.48 | $ 180,340.98 | |