UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORAL LOGISTICS OF MIAMI, INC.,
a Florida Profit Corporation,

                              Plaintiff,

-against-

NEW YORK GARDEN FLOWER WHOLESALE,
INC., a New York Profit Corporation, and DHAN
PAIH, an individual,

                              Defendants.
-------------------------------------------------------------------/

Case No.: 23-20073-CIV-ALTONAGA/Damian

**Defendants' Response to Plaintiff's "Statement of Facts" and Defendants' Additional Facts**

**I. Defendants' Response to Plaintiff's "Statement of Facts"**

1. Undisputed.

2. Disputed. Plaintiff agreed to deliver the goods via air transportation from Columbia to Florida and then ground courier from Florida to NY. ECF No. 42, ¶ 8 of the Counterclaims.

3. Undisputed.

4. Undisputed.

5. Disputed. Only Defendant New York Garden Wholesale, Inc. ("NY Garden") is in the business of purchasing and reselling business in the tri-state area. Defendant Paih is the president and owner of NY Garden. ECF No.42. ¶ 4 thru ¶ 10 of the Counterclaims and Defendant's Affidavit dated August 23, 2023 at ¶ 2.

6. Disputed. The correct Exhibit for Credit Application is Exhibit "C," and the Affidavit of Kathy Luna incorrectly identified it as Exhibit "B" in paragraph 8. ECF No. 50-1.

1

7.  Undisputed.

8.  Undisputed.

9.  Disputed. The correct Exhibit for Credit Application is Exhibit "C," and the Affidavit of Kathy Luna incorrectly identified it as Exhibit "B" in paragraph 8. ECF No. 50-1. Defendant did not sign the Personal Guaranty to personally guarantee the wrongful delivery of the Mother's Day sale. Defendant's Affidavit dated August 23, 2023 at ¶¶ 4, 19, 20, 21, 22, and 23.

10. Disputed. NY Garden and Defendant made complaints. Defendant's Affidavit dated August 23, 2023 at ¶ 20.

11. Disputed. Defendant's Affidavit dated August 23, 2023 at ¶¶ 20 and 21.

12. Disputed. Affiant Kathy Luna did not state that Defendants did not file any claims by either email, fax or telephone within 24 hours of receiving the goods. ECF No. 50-1 and Defendant's Affidavit dated August 23, 2023 at ¶ 20.

13. Disputed. Defendant's Affidavit dated August 23, 2023 at ¶¶ 20 and 21.

14. Disputed. Plaintiff's records are incorrect and, therefore, Exhibit D is also incorrect. Defendant's Affidavit dated August 23, 2023 at ¶¶ 22 and 23.

15. Disputed. Defendant's Affidavit dated August 23, 2023 at ¶¶ 9, 10, and 20.

## II. Additional Facts

16. Defendant Daniel Bae, a/k/a Dhan Paih ("Defendant"), is the president of Defendant New York Garden Flower Wholesale, Inc. ("NY Garden) (collectively "Defendants"). Defendant's Affidavit dated August 23, 2023 at ¶ .

17. On or about September 26, 2019, when Defendant signed the Credit Application (Exhibit "C"), he reasonably believed that Plaintiff required to check Defendant's

2

personal credit scores to approve the Credit Application. Defendant's Affidavit dated August 23, 2023 at ¶ 4.

17. When Defendant signed the Credit Application, he was not aware of paragraph 5, which required his company to file a written claim and a phone call within 24 hours. Nor could he have understood due to his lack of English skills. Defendant's Affidavit dated August 23, 2023 at ¶¶ 5 and 7.

18. To the best of Defendant's knowledge, Kathy Luna was never on the phone with Defendant when Defendant made phone calls to make complaints. Defendant's Affidavit dated August 23, 2023 at ¶ 6.

19. Paragraph 5 of the Credit Report has been waived by not requiring 24-hour notice by Plaintiff during the course of dealing. Defendant's Affidavit dated August 23, 2023 at ¶¶ 6, 7, 8, 9. and 10.

20. Plaintiff breached the contract or implied covenant of good faith and fair dealing caused damages. ECF No. 42 at ¶¶ 16 and 17.

21. In alternative pleading, NY Garden seeks additional damages for loss of profit in the amount of $51,081 and loss of business reputation and goodwill as to its relationships with customer retailers. ECF No. 42 at ¶ 63.

22. The Plaintiff's account stated as shown in Exhibit B is inaccurate. Defendant's Affidavit dated August 23, 2023 at ¶¶ 11 and 22.

23. Mother's Day Sales for May 8, 2022, is one of Defendant's busiest flower sale days. Defendant's Affidavit dated August 23, 2023 at ¶ 12.

24. Plaintiff's delay in delivery and damaged flowers caused havoc amid Mother's Day sale.

                    Respectfully submitted,

Law Offices of Daniel D. Kim
*Attorneys for Defendants*

*Daniel D. Kim*
By Daniel D. Kim

JOSE A. BLANCO, P.A.
*Attorneys for Defendants*

By: s/ Jose A. Blanco
Jose A. Blanco, Esq.
102 E. 49th St.,
Hialeah, FL 33013
(305) 349-3463

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of August 2023, a true and correct copy of the foregoing Statement was electronically filed with the Clerk of the Court using the CM/ECF system, and the Defendants' Brief In Opposition, Affidavit In Opposition, and Declaration of Counsel In Opposition are separately being filed simultaneously in accordance with the Local Rules. I also certify that the foregoing document is being served this day on counsel of record, via Notice of Electronic Filing generated by CM/ECF to: Ryan M. Clancy, Esq. (ryan@business-esq.com), Anne Victoria Kotlarz, Esq. (Anne@business-esq.com), & Yamila Lorenzo, Esq. (yamila@business-esq.com) AINSWORTH + CLANCY, PLLC, Attorneys for Plaintiff.

s/ Jose A. Blanco
_____
Jose A. Blanco, Esq.