**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 23-20073-CIV-ALTONAGA/Damian**

FLORAL LOGISTICS OF MIAMI, INC.,
a Florida Profit Corporation,

                         Plaintiff,

-against-

NEW YORK GARDEN FLOWER WHOLESALE,
INC., a New York Profit Corporation, and DHAN
PAIH, an individual,

                         Defendants.

-----------------------------------------------------------------/

**Declaration of Counsel
In Opposition**

Daniel D. Kim, an attorney duly admitted through Pro Hoc Vice, certifies under penalty of perjury in accordance with 28 U.S.C.§1746 the following:

1.     I am the attorney for the above-captioned Defendants, and as such, I am fully familiar with the facts and circumstances of this case.

2.     I have attached hereto true and accurate copies of my email to Plaintiff's counsel dated October 8, 2022, together with relevant attachments thereto.

3.     Notwithstanding my email on October 8, 2022, Plaintiff has not corrected its account stated Invoice in Exhibit "B."

4.     In this case at bar, Plaintiff just served over 2000 pages of documents last week, some of which are completely irrelevant and not addressed

to Defendant. As such, they are extremely difficult to comprehend, and I need additional time to review each document with my client to analyze them.

5.      Plaintiff's counsel and I have been working on discovery issues on a consent basis to accommodate each other's needs so as not to interfere with the scheduling Order issued on January 19, 2023.

Defendants respectfully request this Honorable Court denies Plaintiff's Summary Judgment motion in its entirety.

Respectfully submitted,

*Daniel D. Kim*

_____

Daniel D. Kim, Esq.

 Gmail

daniel kim <danieldkimlaw@gmail.com>

## Re: Your Client: Floral Logistics of Miami, Inc; Our Client: New York Garden Flower Wholesale Inc.

daniel kim <danieldkimlaw@gmail.com>
To: Yamila Lorenzo <yamila@business-esq.com>, "Ryan Clancy, ESQ." <ryan@business-esq.com>
Bcc: nyflowergarden@hotmail.om

Sat, Oct 8, 2022 at 4:51 PM

FIRST EMAIL.

Dear Yamila,

As per our previous emails, attached hereto, please find our client's documents as responses to your letter dated August 23, 2022.

The first attachment is relevant pages from your client's invoice statements. As you can see, I highlighted a point where our client claims that he paid up to $23,377.57 and therefore should have been deducted from your calculation. To support his client, our client's documents are attached as second and third attachments. However, I will gladly go over with my client early next week to show the breakdowns of his payments to correlate with your client's invoice statement if possible.

The last set of attachments is evidence showing that your client has wrongfully claimed $75,919.31 due to your client's delay in transporting the goods to the refrigerator causing the goods to become unsellable when they arrived in New York. As you can see from the attachments that the farm directed our client to claim against your client. Due to the voluminous attachments, I will send them in a series of emails.

As promised I am sending you all docs that I received from our client. However, please give us a few days early next week so that I can sort out credit issues and I will gladly discuss a settlement with you next Friday, 14th.

If you have any questions or comments, please feel free to contact me on my cell at (201) 741-1114.

Daniel

 **Payment Records II.pdf**

**Law Offices of Daniel D. Kim**
5 Penn Plaza, 23 Fl.,
New York, NY 10001
416 E. Central Blvd., 2nd Fl.
Palisades Park, NJ 07650
(201) 947-2188
(201) 741-1114 c.p.
(212) 849-6990
((646) 349-1732 *Fax*

[Quoted text hidden]

**2 attachments**

 **Floral Logistics of Miami statement.pdf**
1596K

 **Payment Records by NY Garden Flower.pdf**
6588K

| MAWB | HAWB | Invoice/CM # | Shipment Date | Due date | Invoice Amt. | Payments | Due | Past Due | Days Past Due |
|---|---|---|---|---|---|---|---|---|---|
| 98561555841 | CGXM1060488 | 222916-09 | 21-JAN-22 | 21-FEB-22 | 511.20 | 0.00 | 0.00 | 511.20 | 184 |
| 14508785394 | DUTIES | 222957-13 | 22-JAN-22 | 21-FEB-22 | 33.94 | 0.00 | 0.00 | 33.94 | 184 |
| 14508785394 | NO-HAWB | 222957-06 | 22-JAN-22 | 21-FEB-22 | 759.45 | 0.00 | 0.00 | 759.45 | 184 |
| 36982680393 | CGX1062370 | 222989-04 | 25-JAN-22 | 24-FEB-22 | 1,953.00 | 0.00 | 0.00 | 1,953.00 | 181 |
| 02383143410 | CGX1062489 | 223005-03 | 26-JAN-22 | 25-FEB-22 | 2,825.64 | 0.00 | 0.00 | 2,825.64 | 180 |
| 40609041826 | CGX1063135 | 223042-03 | 27-JAN-22 | 28-FEB-22 | 3,947.40 | 0.00 | 0.00 | 3,947.40 | 177 |
| 40609041830 | CGX1064086 | 223088-11 | 28-JAN-22 | 28-FEB-22 | 4,325.40 | 0.00 | 0.00 | 4,325.40 | 177 |
| 40609041863 | CGX1065450 | 223120-04 | 29-JAN-22 | 28-FEB-22 | 1,433.70 | 0.00 | 0.00 | 1,433.70 | 177 |
| 14508785556 | DUTIES | 223126-31 | 30-JAN-22 | 01-MAR-22 | 51.82 | 0.00 | 0.00 | 51.82 | 176 |
| 14508785556 | NO-HAWB | 223126-15 | 30-JAN-22 | 01-MAR-22 | 1,448.35 | 0.00 | 0.00 | 1,448.35 | 176 |
| 40609041874 | CGX1066081 | 223160-06 | 30-JAN-22 | 01-MAR-22 | 1,520.10 | 0.00 | 0.00 | 1,520.10 | 176 |
| 98561556412 | CGXM1066876 | 223317-09 | 31-JAN-22 | 02-MAR-22 | 388.80 | 0.00 | 0.00 | 388.80 | 175 |
| 72943080715 | CGX1066094 | 223205-03 | 31-JAN-22 | 02-MAR-22 | 1,045.20 | 0.00 | 0.00 | 1,045.20 | 175 |
| 14508858275 | DUTIES | 223290-26 | 01-FEB-22 | 03-MAR-22 | 24.28 | 0.00 | 0.00 | 24.28 | 174 |
| 14508858275 | NO-HAWB | 223290-15 | 01-FEB-22 | 03-MAR-22 | 576.85 | 0.00 | 0.00 | 576.85 | 174 |
| 98561556434 | CGXM1070045 | 223311-07 | 02-FEB-22 | 04-MAR-22 | 1,090.80 | 0.00 | 0.00 | 1,090.80 | 173 |
| 40609042272 | CGX1067747 | 223254-07 | 02-FEB-22 | 04-MAR-22 | 1,641.60 | 0.00 | 0.00 | 1,641.60 | 173 |
| 40609041885 | CGX1067740 | 223231-11 | 02-FEB-22 | 04-MAR-22 | 2,208.60 | 0.00 | 0.00 | 2,208.60 | 173 |
| 14508785781 | DUTIES | 223316-22 | 03-FEB-22 | 07-MAR-22 | 28.36 | 0.00 | 0.00 | 28.36 | 170 |
| 40609041896 | CGX1068960 | 223296-11 | 03-FEB-22 | 07-MAR-22 | 2,686.50 | 0.00 | 0.00 | 2,686.50 | 170 |
| 14508785781 | NO-HAWB | 223316-11 | 03-FEB-22 | 07-MAR-22 | 630.80 | 0.00 | 0.00 | 630.80 | 170 |
| 98561556460 | CGXM1070424 | 223382-10 | 03-FEB-22 | 07-MAR-22 | 140.40 | 0.00 | 0.00 | 140.40 | 170 |
| 40609041900 | CGX1069978 | 223295-12 | 04-FEB-22 | 07-MAR-22 | 1,790.10 | 0.00 | 0.00 | 1,790.10 | 170 |
| 14508858791 | DUTIES | 223419-31 | 05-FEB-22 | 07-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 170 |
| 14508858791 | NO-HAWB | 223419-19 | 05-FEB-22 | 07-MAR-22 | 348.60 | 0.00 | 0.00 | 348.60 | 170 |
| 40609041911 | CGX1070608 | 223312-09 | 05-FEB-22 | 07-MAR-22 | 650.70 | 0.00 | 0.00 | 650.70 | 170 |
| 02383143583 | NO-HAWB | 223469-07 | 10-FEB-22 | 14-MAR-22 | 147.84 | 0.00 | 0.00 | 147.84 | 170 |
| 99263045835 | DUTIES | 223510-11 | 11-FEB-22 | 14-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 163 |
| 99263045835 | NO-HAWB | 223510-08 | 11-FEB-22 | 14-MAR-22 | 172.20 | 0.00 | 0.00 | 172.20 | 163 |
| 98561583432 | NO-HAWB | 223625-11 | 15-FEB-22 | 17-MAR-22 | 969.00 | 0.00 | 0.00 | 969.00 | 163 |
| 40609171680 | NO-HAWB | 223637-08 | 17-FEB-22 | 21-MAR-22 | 331.20 | 0.00 | 0.00 | 331.20 | 160 |
| 14505953220 | DUTIES | 223683-27 | 18-FEB-22 | 21-MAR-22 | 20.20 | 0.00 | 0.00 | 20.20 | 156 |
| 14505953220 | NO-HAWB | 223683-14 | 18-FEB-22 | 21-MAR-22 | 174.25 | 0.00 | 0.00 | 174.25 | 156 |
| 02383143686 | NO-HAWB | 223654-06 | 18-FEB-22 | 21-MAR-22 | 500.38 | 0.00 | 0.00 | 500.38 | 156 |
| 02383151821 | NO-HAWB | 223748-05 | 22-FEB-22 | 24-MAR-22 | 504.30 | 0.00 | 0.00 | 504.30 | 156 |
| 98561583583 | NO-HAWB | 223762-12 | 23-FEB-22 | 25-MAR-22 | 114.00 | 0.00 | 0.00 | 114.00 | 153 |
|  |  |  |  |  |  |  |  |  | 152 |





















































































NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
1308



NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
1309



NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
1310







Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

Mon 01 2 2020 10 16 AM

To  nyflowergarden@hotmail.com  nyflowergarden@hotmail.com

Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment  when/if payment has been made  reference # of the payment  and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125-03 | 98561268642- | 8/4/2020 | $360.00 | | PAID | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-04 | 40600131176- | 8/4/2020 | $27 00 | | PAID | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205188-01 | 40602964566- | 8/5/2020 | $1,636 20 | RTS | 1218 | 2554 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205207-06 | 2377009030-- | 8/6/2020 | $27 00 | RTS | 1218 | 2554 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALL INC | 205367-03 | 98561268712 | 8/10/2020 | $508 50 | RTS | 1218 | 2554 20 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205269-08 | 98561268734- | 8/10/2020 | $382 50 | RTS | 1218 | 2554 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |

FLORAL LOGISTICS OF MIAMI

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI

FLORAL LOGISTICS OF MIAMI,

FLORAL LOGISTICS OF MIAMI, I

FLORAL LOGISTICS OF MIAMI, I

FLORAL LOGISTICS OF MIAMI, I

FLORAL LOGISTICS OF MIAMI, I

FLORAL LOGISTICS OF MIAMI, I

50-1421/260

**NEW YORK GARDEN FLOWER WHOLESALE INC.**
17110 39TH AVE
FLUSHING, NY 11358

1218

12/14/20

$ 2,554 20/100

Pay to the order of  RTS Financial Services

Only Twenty five hundred fifty four 20/100

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

205269-03
205367-03
205188-01, 205207-06

⑈026014⑈⑈⑈⑈⑈⑈0⑈⑈⑈50⑈540⑈⑈ 1218

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412 09 | 98561268885- | 8/21/2020 | $144 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205488-05 | 99263015864 | 8/21/2020 | $37 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390 00 | | | |
| FLORAL LOGISTICS OF MIAMI  INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538 07 | 14507815850- | 8/24/2020 | $51.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540 05 | 99263015875- | 8/24/2020 | $31 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-05 | 14507815942 | 8/24/2020 | $275.90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555-07 | 98561268023- | 8/24/2020 | $469 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176- | 8/24/2020 | $1,243.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045- | 8/25/2020 | $388 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543 09 | DUTY7815942 | 8/28/2020 | $77 66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410- | 8/28/2020 | $484 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912 | 8/28/2020 | $175.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683 04 | 99263015923- | 8/31/2020 | $52 70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582 | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19 52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75 14 | | | |

Team 22 Payment Status
Mon 6/31 2020 10:30 AM
To: nyflowergarden@hotmail.com
Hello,

I'm reaching out to get payme
RTS Financial at the below rer

REMIT TO ADDRESS
RTS Financial Services
PO Box 910267
Dallas, TX 75284-0267



| Client Name | | | | | | |
|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204103-03 | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204222-10 | 98561277381- | 6/22/2020 | $687 48 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204223-07 | 72964042591- | 6/22/2020 | $160.50 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204232-08 | 98561277613- | 6/23/2020 | $195 00 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204208-10 | 40600790543- | 6/24/2020 | $699 30 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204368-09 | 98561272271- | 6/30/2020 | $592 50 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204387-05 | 40601432104 | 6/30/2020 | $276.75 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204101-05 | 40602271231 | 7/1/2020 | $147 15 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204419-05 | 2376296522-- | 7/2/2020 | $45 90 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204422-05 | 40601251725- | 7/2/2020 | $60 75 | #1287 |

Account Representative
RTS Financial Service, Inc
Email  Team22payments1.rts@rtsfinancial.com
Website. www.rtsfinancial.com

This e-mail communication (including anv attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Thu 12/3/2020 3:11 PM
To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below standard list. If you please share the status of the payment, breakfine never has be a made reference all A the amount and that are a a a a a
RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1235

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆026014216⑆0⎯⎯⎯⎯⎯⎯⎯⎯⎯⑈ 1235

| Client Name | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW INC | 205818-06 | 99263015960- | 9/4/2020 | $173.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205843-06 | 14507816546- | 9/8/2020 | $333.25 | RTS | 1235 | $3566 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205860-07 | 98561303745- | 9/8/2020 | $154.50 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205869-08 | 98561303793- | 9/8/2020 | $70.50 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205874-04 | 40605227353- | 9/8/2020 | $288.90 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205879-05 | 98561303712- | 9/8/2020 | $454.50 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205843-11 | DUTY7816546 | 9/11/2020 | $37.20 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205962-06 | 99263015820- | 9/11/2020 | $223.20 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205983-05 | 98561303874- | 9/11/2020 | $427.50 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206005-05 | 99263015772- | 9/14/2020 | $209.25 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206006-10 | 14507816815- | 9/14/2020 | $258.85 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206029-07 | 40600931173- | 9/14/2020 | $1,108.35 | RTS | 1235 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206036-11 | 98561303944- | 9/15/2020 | $462.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206053-04 | 40600930893- | 9/16/2020 | $18.90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205983-10 | 98561303874- | 9/17/2020 | $154.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206006-15 | DUTY7816815 | 9/17/2020 | $39.58 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206097-09 | 99263015842- | 9/17/2020 | $9.30 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206120-06 | 99263015831- | 9/18/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206152-08 | 99263015945- | 9/21/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206159-12 | 14507876783- | 9/21/2020 | $88.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206162-03 | 98561304025- | 9/21/2020 | $400.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206174-01 | 40604815462- | 9/21/2020 | $295.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206176-01 | 2377700490- | 9/21/2020 | $1,606.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEÑ FLOWER WHOLESALE INC | 206199-04 | 57667248031- | 9/22/2020 | $422.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206212-07 | 98561304121- | 9/23/2020 | $438.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205962-09 | DUTY3015820 | 9/24/2020 | $25.37 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206005-07 | DUTY3015772 | 9/24/2020 | $42.64 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206159-19 | DUTY7876783 | 9/24/2020 | $41.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206260-10 | 99263016026- | 9/25/2020 | $49.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206261-06 | 99263016030- | 9/25/2020 | $55.80 | | | |
| | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Thu 12/3/2020 3:11 PM
To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to
RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448.50 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 9*263015923- | 8/31/2020 | 552.70 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223.20 | RTS | 1234 | 7061 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582- | 8/31/2020 | $45.00 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978.00 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046.25 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19.52 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75.14 | RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205818-06 | 99263015960- | 9/4/2020 | $173.60 | - RTS | 1234 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE | 205842-06 | 14507816546- | 9/4/2020 | $333.25 | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
50-1421/260                          1234
02/18/21

Pay to the order of    RTS Financial Services    $ 7061 00
Three Thousand Sixty one & 91/100

NewBank
146-01 Northern Blvd.
Flushing, NY 11354
www.newbankusa.com

1:0 2601 4 2 1 6:0           1234

| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205983-10 | 98561303874- | 9/17/2020 | $154.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206006-15 | DUTY7816815 | 9/17/2020 | $39.58 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206097-09 | 99263015842- | 9/17/2020 | $9.30 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206120-06 | 99263015831- | 9/18/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206152-08 | 99263015945- | 9/21/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206159-12 | 14507876783- | 9/21/2020 | $88.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206162-03 | 98561304025- | 9/21/2020 | $400.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206174-01 | 40604815462- | 9/21/2020 | $295.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206176-01 | 2377700490-- | 9/21/2020 | $1,606.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206199-04 | 57667248031- | 9/22/2020 | $422.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206212-07 | 98561304121- | 9/23/2020 | $438.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205962-09 | DUTY3015820 | 9/24/2020 | $25.37 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206005-07 | DUTY3015772 | 9/24/2020 | $42.64 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206159-19 | DUTY7876783 | 9/24/2020 | $41.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206260-10 | 99263016026- | 9/25/2020 | $49.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206261-06 | 99263016030- | 9/25/2020 | $55.80 | | | |
| | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

Mon 11/16/2023 10:38 AM

To: nyflowergarden7hotmail.com  nyflowergarden7hotmail.com >

Hello

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205267-03 | 98561268717- | 8/10/2020 | $508 50 | | | |
| FLORAL LOGISTICS OF MIAN | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAN | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-13 | DUTY7733526 | 8/21/2020 | $18 98 | RTS | 1233 | $3787 14 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-09 | 98561268885- | 8/21/2020 | $144 25 | RTS | 1233 | $3787 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205488 05 | 99263015864- | 8/21/2020 | $37 20 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390 00 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538-07 | 14507815850- | 8/24/2020 | $51 15 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540-05 | 99263015875- | 8/24/2020 | $31 00 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-05 | 14507815947- | 8/24/2020 | $275 90 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555-07 | 98561268023- | 8/24/2020 | $469 50 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176- | 8/24/2020 | $1,243 35 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582 07 | 98561268045- | 8/25/2020 | $388 50 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-09 | DUTY7815942 | 8/28/2020 | $77 66 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410- | 8/28/2020 | $484 50 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912- | 8/28/2020 | $175.15 | RTS | 1233 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 99263015923- | 8/31/2020 | $52 70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582- | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737 03 | 40601764114- | 9/1/2020 | $1,046 75 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19 52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691 18 | DUTY7816255 | 9/4/2020 | $75.14 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205818 06 | 99263015960 | 9/4/2020 | $173 60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205843-06 | 14507816546- | 9/8/2020 | $333 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205860-07 | 98561303745- | 9/8/2020 | $154 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205869-08 | 98561303793- | 9/8/2020 | $70 50 | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260          1233

02/15/21          $ 3,787 14/100

Pay to the order of   RTS FINANCIAL SERVICES

Only Thirty seven hundred eighty seven

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

1:026014216:0          1233

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon, 1/2/2020 10.36 AM
To: myflowergarden@hotmail.com <myflowergarden-5hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125-03 | 98561268642- | 8/4/2020 | $360 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-04 | 40600131176- | 8/4/2020 | $27 00 | | | |
| FLORAL LOGISTICS OF r | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF r | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF I | | | | | | | | |
| FLORAL LOGISTICS OF | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205398-05 | 40601175226- | 8/16/2020 | $427 95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-04 | DUTY3015783 | 8/18/2020 | $146.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205420-04 | 40601173126- | 8/18/2020 | $2,458 35 | RTS | 1221 | 2458 85 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-13 | DUTY7733526 | 8/21/2020 | $18.98 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-09 | 98561268885- | 8/21/2020 | $144.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205488-05 | 99263015864- | 8/21/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538-07 | 14507815850- | 8/24/2020 | $51 15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540 05 | 99263015875- | 8/24/2020 | $31.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543 05 | 14507815942- | 8/24/2020 | $275 90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555-07 | 98561268023- | 8/24/2020 | $469 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176 | 8/24/2020 | $1,243.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045- | 8/25/2020 | $388 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-09 | DUTY7815942 | 8/28/2020 | $77.66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410- | 8/28/2020 | $484 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912- | 8/28/2020 | $175.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 99263015923- | 8/31/2020 | $52.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702 05 | 2377007582-- | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19 52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75 14 | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1221

Pay to the order of   RTS Financial Services   $ 2458 85

Twenty four hundred fifty eight

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆026014216⑆ ⑈1221

Heat Reactive Ink

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 11 2 2020 10:36 AM
To: nyflowergarden@hotmail.com; nyflowergarden-@hotmail.com
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-09 | 14507733526- | 8/17/2020 | $88 35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-03 | 99263015783- | 8/17/2020 | $1,064 85 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-07 | 98561268885- | 8/17/2020 | $372 00 | RTS | 1220 | 2863 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205398-05 | 40601175226- | 8/18/2020 | $427 95 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-04 | DUTY3015783 | 8/18/2020 | $146 00 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205420-04 | 40601173126- | 8/18/2020 | $2,458 35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-13 | DUTY7733526 | 8/21/2020 | $18.98 | RTS | 1220 | 3363 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-09 | 98561268885- | 8/21/2020 | $144 25 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205488-05 | 99263015864- | 8/21/2020 | $37.20 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390 00 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538-07 | 14507815850 | 8/24/2020 | $51 15 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540-05 | 99263015875- | 8/24/2020 | $31 00 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-05 | 14507815942 | 8/24/2020 | $275.90 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555-07 | 98561268023- | 8/24/2020 | $469 50 | RTS | 1220 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176- | 8/24/2020 | $1,243 35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045- | 8/25/2020 | $388 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-09 | DUTY7815942 | 8/28/2020 | $77 66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410- | 8/28/2020 | $484 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912- | 8/28/2020 | $175 15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 99263015923- | 9/31/2020 | $52.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582-- | 8/31/2020 | $45 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLFSALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19 52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLFSALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75 14 | | | |

Check image (overlaid on table):

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
50-1421/260
1220
12/30/20
Pay to the order of: RTS
$7,363.92
Only Twenty three hundred sixty three...
NewBank
146-01 Northern Blvd.
Flushing, NY 11354
www.newbankusa.com
⑈026014216⑈ ... 1220

From: RTS Payment Status <rtsar22pay@rtsfinancialgroup.com>
Sent: Thu 11-2-2020 10:36 AM

To: nyflowergarden@hotmail.com - nyflowergarden@hotmail.com -

Hello

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125-03 | 98561268642- | 8/4/2020 | $360.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-04 | 40600131176- | 8/4/2020 | $27.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205188-01 | 40602964566- | 8/5/2020 | $1,636.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205207-06 | 2377009030-- | 8/6/2020 | $27.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205267-03 | 98561268712- | 8/10/2020 | $508.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205269-08 | 98561268734- | 8/10/2020 | $382.50 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205270-09 | 98561268760- | 8/11/2020 | $387.00 | RTS | 1222 | 2602 94 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205273-07 | 40602232344- | 8/11/2020 | $33.75 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205274-05 | 40602192610- | 8/11/2020 | $364.50 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205291-07 | 40602232366- | 8/12/2020 | $40.50 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205311-05 | 98561268782- | 8/12/2020 | $49.50 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205394-06 | 98561268863 | 8/17/2020 | $192.00 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-09 | 14507733526- | 8/17/2020 | $88.35 | RTS | 1222 | 2602 94 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-03 | 99263015783 | 8/17/2020 | $1,064.85 | RTS | 1222 | 2602 95 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-07 | 98561268885- | 8/17/2020 | $372.00 | | | |

FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC
FLORAL LOGISTICS OF MIAMI, INC

NEW YORK GARDEN FLOWER WHOLESALE INC.
50-1421/260
No. 1222
17110 39TH AVE
FLUSHING, NY 11358
12/22/20

Pay to the order of _____ RTS Financial Services _____ $ 2602 95/100

Only Twenty Six Hundred Three X 95/100

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆026014216⑆ 50 5 1222

| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045- | 8/25/2020 | $388.50 | | | |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-09 | DUTY7815942 | 8/28/2020 | $77.66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410 | 8/28/2020 | $484.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912- | 8/28/2020 | $175.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 99263015923- | 8/31/2020 | $52.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582-- | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19.52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75.14 | | | |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

Mon, Jul 2, 2021, 10:36 AM

To: vince.vargas@floral.mod.com; nyflowergarden@gmail.com

Hello

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125-03 | 98561268642- | 8/4/2020 | $360.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-04 | 40600131176- | 8/4/2020 | $27.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205188-01 | 40602964566- | 8/5/2020 | $1,636.20 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205207-06 | 2377009030-- | 8/6/2020 | $27.00 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205267-03 | 98561268712- | 8/10/2020 | $508.50 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205269-08 | 98561268734- | 8/10/2020 | $382.50 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205270-09 | 98561268760- | 8/11/2020 | $387.00 | 11/29 | #1215 | 4774 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205273-07 | 40602232344 | 8/11/2020 | $33.75 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205274-05 | 40602192610- | 8/11/2020 | $364.50 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205291-07 | 40602232366- | 8/12/2020 | $40.50 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205311-05 | 98561268792- | 8/12/2020 | $49.50 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205394-06 | 98561268863- | 8/17/2020 | $192.00 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396-09 | 14507733526- | 8/17/2020 | $88.35 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-03 | 99263015783- | 8/17/2020 | $1,064.85 | 11/29 | #1215 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-07 | 98561268885- | 8/17/2020 | $372.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205398-05 | 40601175226- | 8/18/2020 | $427.95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400-04 | DUTY3015783 | 8/18/2020 | $146.00 | | | |
| FLORAL LOGISTIC- | NEW YORK GARDEN FLOWER WHOLESALE | 205412-04 | 40601175726 | 8/18/2020 | $2,458.35 | | | |

**NEW YORK GARDEN FLOWER WHOLESALE INC.**
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1215

11/29/20

Pay to the order of RTS Financial Service   $4,774.65

Only Forty seven hundred seventy four & 65/100

NewBank
146-01 Northern Blvd.
Flushing, NY 11354
www.newbankusa.com

205346-09 205400-03
20531/1-05 205394-06
205274-05 205291-07.
205188-01. 205269-08. 205270-09.
205207-06. 205269-08. 205273-07

⑆026014216⑆ ⑈50⑈ ⑆1215

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912- | 8/28/2020 | $175.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683-04 | 99263015923- | 8/31/2020 | $52.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582 | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19.52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75.14 | | | |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>

Hello

I'm reaching out to get payment status on the below loads. Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 2018-19-02 | 40600526573 | 7/21/2020 | $1,034.10 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 2048/1 04 | 98561237945 | 7/22/2020 | $313.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204950-07 | 98561292486 | 7/27/2020 | $810.00 | | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204951 05 | 98561292490 | 7/27/2020 | $535.50 | | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204962-03 | 40600273991 | 7/28/2020 | $1,432.35 | 4073⁴⁰ | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205002-04 | 40600165010 | 7/30/2020 | $869.40 | | #1208 | 4,073⁴⁰ |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205058-03 | 2376710535-- | 7/31/2020 | $39.15 | | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125 03 | 98561268642 | 8/1/2020 | $360.00 | | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-04 | 40600131176- | 8/4/2020 | $27.00 | | #1208 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205188-01 | 40602964566- | 8/5/2020 | $1,636.20 | | | |

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

FLORAL LOGISTICS

**NEW YORK GARDEN FLOWER WHOLESALE INC.**
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260     1208

10/31/20

Pay to the order of   RTS Financial Service. Inc   $ 4073⁴⁰⁄₁₀₀

Only Forty Hundred seventy, three

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆026014216⑆0 ⑈50161014⑈ 1208

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205398-05 | 40601175226- | 8/18/2020 | $427.95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205400 04 | DUTY3015783 | 8/18/2020 | $146.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205420-04 | 40601173126- | 8/18/2020 | $2,458.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205396 13 | DUTY7733526 | 8/21/2020 | $18.98 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412 09 | 98561268885- | 8/21/2020 | $144.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205488-05 | 99263015864- | 8/21/2020 | $37.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538-07 | 14507815850- | 8/24/2020 | $51.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540-05 | 99263015875- | 8/24/2020 | $31.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-05 | 14507815942 | 8/24/2020 | $275.90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555 07 | 98561268023- | 8/24/2020 | $469.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176- | 8/24/2020 | $1,243.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045 | 8/25/2020 | $388.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543 09 | DUTY7815942 | 8/28/2020 | $77.66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410- | 8/28/2020 | $484.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015917- | 8/28/2020 | $175.15 | | | |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

[illegible date line]

To: nyflowergarder@hotmail.com  nyflowergarden@hotmail.com

Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204460-08 | 98561238170- | 7/6/2020 | $244.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204528-06 | 40601251751 | 7/7/2020 | $56.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204529-04 | 40603470213- | 7/7/2020 | $369.90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204530-03 | 98561282115- | 7/7/2020 | $259.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204484-07 | 40601251795 | 7/8/2020 | $76.95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204640-04 | 40604823523- | 7/13/2020 | $43.20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204658-05 | 98561289992- | 7/13/2020 | $255.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204685-04 | 40601363891- | 7/14/2020 | $108.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204686-04 | 40600754622- | 7/14/2020 | $220.05 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204687-05 | 40600754600- | 7/14/2020 | $1,189.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204723-07 | 40600754644 | 7/15/2020 | $133.65 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204828-07 | 98561290176- | 7/20/2020 | $417.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204847-03 | 40600526536- | 7/21/2020 | $41.85 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204848-02 | 40600526551 | 7/21/2020 | $896.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204849-02 | 40600526573 | 7/21/2020 | $1,034.10 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204850-06 | 40600489333- | 7/21/2020 | $769.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204871-01 | 98561237945- | 7/22/2020 | $313.50 | | | |

Account Representative
RTS Financial Service, Inc
Email: team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.



NEW YORK GARDEN FLOWER WHOLESALE INC.
50-1421/260
17110 39TH AVE
FLUSHING, NY 11358
1297

10/03/20

Pay to the order of RTS Financial Service        $ 1,740 ²⁷/₁₀₀

Only Seventeen hundred forty

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆0260142216⑆                 1297

NEW YORK GARDEN FLOWER WHOLESALE INC.
50-1421/260
17110 39TH AVE
FLUSHING, NY 11358
1298

10/10/20

Pay to the order of RTS Financial Service        $ 1,707 ⁷⁵/₁₀₀

Only Seventeen hundred seven

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆0260142216⑆                 1298

NEW YORK GARDEN FLOWER WHOLESALE INC.
50-1421/260
17110 39TH AVE
FLUSHING, NY 11358
1299

10/17/20

Pay to the order of RTS Financial Service        $ 1,347 ⁶⁰/₁₀₀

Only Thirteen hundred forty seven

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

⑆026014⑆                 1299





















































NEW YORK GARDEN FLOWER WHOLESALE INC.  50-1421/260  1335
17110 39TH AVE
FLUSHING, NY 11358

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

NEW YORK GARDEN FLOWER WHOLESALE INC.  50-1421/260  1336
17110 39TH AVE
FLUSHING, NY 11358

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com



















































Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 11/2 2020 10:36 AM

To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>

Hello

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205125-03 | 98561268642- | 8/4/2020 | $360.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205127-03 | 40600131176- | 8/4/2020 | $27 00 | | PAID | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205188-01 | 40602964566- | 8/5/2020 | $1,636 20 | RTS | 1218 | 2541 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205207-06 | 2377009030-- | 8/6/2020 | $27 00 | RTS | 1218 | 2541 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205267-03 | 98561268712- | 8/10/2020 | $508 50 | RTS | 1218 | 2541 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205269-08 | 98561268734- | 8/10/2020 | $382 50 | RTS | 1218 | 2541 20 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE | | | | | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1218

Pay to the order of _RTS Financial Services_     $ 2,541 20

Only Twenty five hundred Forty one     100

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

205214-03
205267-03
205188-01, 205207-06

1218

⑈0 2 6 0 1 4 2 ⑈ 0 1 1 1 5 0 1 5 4 0 ⑈   1 2 1 8

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205412-09 | 98561268885- | 8/21/2020 | $144 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205489-05 | 99263015864 | 8/21/2020 | $37 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205535-08 | 98561268001- | 8/24/2020 | $390 00 | | | |
| FLORAL LOGISTICS OF MIAMI INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205538 07 | 14507815850- | 8/24/2020 | $51.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205540-05 | 99263015875- | 8/24/2020 | $31 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543-05 | 14507815942 | 8/24/2020 | $275.90 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205555-07 | 98561268023- | 8/24/2020 | $469 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205560-01 | 40603967176- | 8/24/2020 | $1,243 35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205582-07 | 98561268045- | 8/25/2020 | $388 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205543 09 | DUTY7815942 | 8/28/2020 | $77 66 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205646-06 | 98561268410 | 8/28/2020 | $484 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-06 | 99263015912 | 8/28/2020 | $175.15 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205678-04 | 98561268432- | 8/31/2020 | $448 50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205683 04 | 99263015923- | 8/31/2020 | $52.70 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-10 | 14507816255- | 8/31/2020 | $223 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205702-05 | 2377007582 | 8/31/2020 | $45.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205736-06 | 98561268480- | 9/1/2020 | $978 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205737-03 | 40601764114- | 9/1/2020 | $1,046 25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 205657-09 | DUTY3015912 | 9/4/2020 | $19.52 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 205691-18 | DUTY7816255 | 9/4/2020 | $75 14 | | | |

Team 22 Payment Status

To: myflowergardens@hotmail.com

Hello,

I'm reaching out to get payme

RTS Financial at the below rer

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas TX 75284-0267



| Client Name | | | | | | |
|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAM | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN INC | 204103-05 | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204222-10 | 98561277381- | 6/22/2020 | $687.48 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204223-07 | 72964042591- | 6/22/2020 | $160.50 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204232-08 | 98561277613- | 6/23/2020 | $195.00 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204208-10 | 40600790543- | 6/24/2020 | $699.30 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204368-09 | 98561272271- | 6/30/2020 | $592.50 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204387-05 | 40601432104 | 6/30/2020 | $276.75 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204101-05 | 40602271231 | 7/1/2020 | $147.15 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204119-05 | 2376296322-- | 7/2/2020 | $45.90 | #1287 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204122-05 | 40601251725- | 7/2/2020 | $60.75 | #1287 |

Account Representative
RTS Financial Service. Inc
Email: Team22payments@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

Mon 8 17 2020 11 24 AM

To  myflowergarden hotmail com - myflowergarden hotmail com ,

Hello,

I'm reaching out to get payment status on the below load(s)  Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203801-04 | 40600354056- | 6/1/2020 | $47 25 | | 1283 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 203860-06 | 40600354115- | 6/4/2020 | $14 85 | | 1283 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203954-08 | 99263009166- | 6/8/2020 | $18 60 | | 1283 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 204043-07 | 98561277112- | 6/12/2020 | $197 48 | | 1283 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204045 04 | 40601205654- | 6/12/2020 | $328 05 | | 1283 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 204103-05 | 40601354312- | 6/16/2020 | $99 90 | | 1283 | |

Total $ 706 13

Total 706 13

Account Representative
RTS Financial Service Inc
Email  Team22paymentstatus@rtsfinancial.com
Website  www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient  or the employee or agent responsible to deliver it to the intended recipient  you should immediately stop reading this message and delete it from your system. Any unauthorized reading  distribution, copying or other use of this communication (or its attachments) is strictly prohibited

NEW YORK GARDEN FLOWER WHOLESALE INC.

50-1421/260

1283

17110 39TH AVE
FLUSHING, NY 11358

08/28/20

Pay to the order of  RTS, Financial Service, Inc $ 706 13/100

Seven hundred six x 13/100

NewBank

146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

40600354056
406 00 354115
99263-09166
9856127711Z
40601205654
40601354312

1:0 260 14 2 1:  1 283









Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 7/27/2020 10:43 AM
To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203049-01 | 14507574291- | 4/27/2020 | $849.93 | RTS | 1274/08/07 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203050-09 | 36977443656- | 4/27/2020 | $6,051.95 | Duplicate Invoice with | | 203016-04 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203049-08 | OUTY7574291 | 5/4/2020 | $46.23 | RTS | 1274/08/07 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203050-13 | OUTY7443656 | 5/4/2020 | $620.82 | RTS | 1275/08/14 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203190-08 | 14507574335- | 5/4/2020 | $163.65 | RTS | 1275/08/14 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203194-06 | 99263007442- | 5/4/2020 | $187.45 | RTS | 1275/08/14 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203194-09 | OUTY3007442 | 5/6/2020 | $59.64 | RTS | 1276/08/21 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203499-06 | 57667244391- | 5/18/2020 | $603.00 | RTS | 1276/08/21 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203513-05 | 40604623113- | 5/19/2020 | $79.65 | RTS | 1276/08/21 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203585-04 | 98561266936- | 5/21/2020 | $20.03 | RTS | 1276/08/21 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203666-05 | 98561245144- | 5/26/2020 | $669.98 | RTS | 1277/08/28 | 2020 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203723-05 | 40604636693- | 5/28/2020 | $464.40 | RTS | 1277/08/28 | 2020 |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 6/22/2020 11:16 AM
To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to
RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 202875-06 | 99263007361- | 4/15/2020 | $1,213.65 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 202997-12 | 99263007232- | 4/23/2020 | $222.75 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203016-04 | 14507573786- | 4/23/2020 | $6,051.95 | | #1262 July 20 | 3051 21 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203039-06 | 14507574280- | 4/24/2020 | $23.80 | | | |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinancial
Website: www.rtsfinancial.com

This e-mail communication (including ar
recipient, or the employee or agent resp
unauthorized reading, distribution, copy



Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 6/22/2020 11:16 AM
To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 202875-06 | 99263007361- | 4/15/2020 | $1,213.65 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 202997-12 | 99263007232- | 4/23/2020 | $222.75 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203016-04 | 14507573786- | 4/23/2020 | $6,051.95 | | 1261. | $3000 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203039-06 | 14507574280- | 4/24/2020 | $23.80 | | | |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinan
Website: www.rtsfinancial.com

This e-mail communication (including
recipient, or the employee or agent re
unauthorized reading, distribution, cop



NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358
50-1421/260
No. 1261
07/10/20

Pay to the order of RTS Financial Service Inc   $3,000 00/100

Fifty Three Thousand

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com
20 3018-04

⑆026014 2⑆ ⑆0 ⑆⑆50⑆5404⑆ 1261

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 6/22/2020 11:16 AM
To: nyflowergarden@hotmail.com · nyflowergarden@hotmail.com ·
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date, | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 202875-06 | 99263007361 | 4/15/2020 | $1,213.65 | | 1260 /6/24 | 1213.65 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 202997-12 | 99261007232- | 4/23/2020 | $222.75 | | 1260 /6/24 | 222.75 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 203016-04 | 14507573786- | 4/23/2020 | $6,051.95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 203039-06 | 14507574280- | 4/24/2020 | $23.80 | | 1260 /6/24 | 23.80 |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinan
Website: www.rtsfinancial.com

This e-mail communication (including recipient, or the employee or agent re unauthorized reading, distribution, co





## FORMAL CARGO CLAIM NOTIFICATION

Bill of lading order: _(TM)_

Date of shipment: _09-01-20._

Description of goods (Quality, Size, Quantity, lost or damage).

_99 Leather Box   697 kilo-Med (1.50 × 697)_

_Total $1045_

_Add. Fred Anthony Truck Miami - New York_

_(99 LB × $4.50) = 445_

_Grand Total $1491._

Reason of claim: Choose an option: (Mishandle, damage Product, Shortage)

_Wrong shipment to Wrong Customer_

_Ekral logistic Miami does wrong shipment._

_Have to go California - not to New York_

- _In most cases, The freight must be paid before a claim is finalized_

- _Provide the original vendor's invoice for damaged/loss merchandise been claimed._

- _If the damaged goods were repairable provide the receipt for repair_

- _It is the shipper/consignee responsibility to minimize the overall loss by savaging the goods. Please advise what was done. Thrown away, repaired, sold at discount price include the dollar amount_

- Surveyor report (if Applicable)
- Dump Certificate
- Cession of rights
- Pictures, Evidences of receiving or rejection
- If the shipment is no longer for sale, it can't be thrown to the garbage. It has to be officially destroyed.

- An Official Destruction report must be attached to the claim.
- In case the product arrived in medium conditions and can be sold in a lower price, the bills of sale should be send, and claim the amount lost.
- Copies of customer's claims and evidence of invoices credit of a ledge request

Signature                    Title                    Date



By mail payment must be made to

**RTS Financial Service**
P.O. Box 840267
Dallas, TX, 752840267

www.RTSFinancial.com   1-800-??-7777

PH 305-487 7777
FAX 786-464 5757

TO   NEW YORK GARDEN FLOWER WHOLESALE 1
171-10 30 AVENUE
FLUSHING NY 11358 USA

| INVOICE NO. | INVOICE DATE | PAYMENT DUE ON |
|---|---|---|
| 200285-04 | 09-JAN-20 | 09-JAN-20 |

| PIECES | WEIGHT | DESCRIPTION |
|---|---|---|
| 129 | 908.32 | CUT FLOWERS |

| EQUIV | IN AWB / BOL | HOUSE AWB / BOL |
|---|---|---|
| 32.25 | 98561216562 | 7845 |

| SHIPPER | CONSIGNEE |
|---|---|
| PANALPINA MEDELLIN | NEW YORK GARDEN FLOWER WHOLESALE INC |

| ORIGIN | | DESTINATION | ARRIVAL DATE |
|---|---|---|---|
| MED | MIA | | 09-JAN-20 |

| DELIVERED TO | DELIVERY DATE | DELIVERY TIME |
|---|---|---|
| ANTHONY S TRUCKING | | |

| OUT AWB / BOL | | #T | ID |
|---|---|---|---|
| | | | 1 |

| DESCRIPTION OF CHARGES | AMOUNT |
|---|---|
| CONSOLIDATION RATE PER KILO-MED (1.5000 X 908.32) | $ 1,362.48 |

*99 pieces pick up.*

*Return*   *ATC*
*7184546310*
*Hudent Cash*
*35x100 93 Box*

PLEASE PAY THIS AMOUNT ⟹   $ 1,362.48

THIS ORDER IS SUBJECT TO THE TERMS AND CONDITIONS ON NEXT PAGE

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Ch |
|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 2121920094 | 98561211555- | 12/20/2019 | $405.00 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 2121923095 | 98561222420- | 12/24/2019 | $105.30 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 2121918093 | 98561222372- | 12/26/2019 | $63.45 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 2121929096 | 98561211721- | 12/30/2019 | $494.99 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 2121931097 | 98561222475- | 12/31/2019 | $70.88 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 200150-08 | 98561211850- | 1/7/2020 | $129.99 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLFSALE INC | 200189 09 | 98561211983 | 1/8/2020 | $30.00 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 200191-06 | 98561222523- | 1/8/2020 | $119.25 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 200285 04 | 98561216562 | 1/10/2020 | $1,362.48 — | | |

→ Attached Claim Document

Account Representative
RTS Financial Service, Inc
Email: team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient  you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

INC. - DBA UTOPIA IMPORT FLOWER
WHOLESALE OR, NY

DATE 03/16/20

PAY TO THE
ORDER OF  RTS Financial Services                    $ 1418 86/70

Only Fourteen hundred eighteen                          DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

MP





ENDORSE HERE

C-8102 59
20210408
003490674221
722 DAL-840267
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

>111000025<
CR PAYEE ACCT
LACK END GTD
BANK OF AMERICA

| Account | Date | Date | City | Number | Ref | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 207627-06 | 11/18/20 | 11/18/20 | NEW YORK | 9856133716 | 4051 | $152.00 | $152.00 R |
| 207635-08 | 11/19/20 | 11/19/20 | NEW YORK | 9856133720 | 4591 | $76.80 | $76.80 R |
| 207633-08 | 11/20/20 | 11/20/20 | NEW YORK | 40608678493 | 4642 | $391.50 | $391.50 R |
| 207620-08 | 11/21/20 | 11/23/20 | NEW YORK | 1450795042 3 | 5079 | $41.25 | $41.25 R |
| 207791-06 | 11/27/20 | 11/27/20 | NEW YORK | 9856133871 | 8283 | $248.00 | $248.00 R |
| 207794-08 | 11/28/20 | 11/30/20 | NEW YORK | 40608678880 | 9064 | $804.75 | $804.75 R |
| 207883-04 | 12/02/20 | 12/02/20 | NEW YORK | 40608679005 | 0741 | $121.80 | $121.80 R |
| 207953-05 | 12/03/20 | 12/03/20 | NEW YORK | 9856134601 4 | 1685 | $161.60 | $161.60 R |
| 207972-05 | 12/04/20 | 12/04/20 | NEW YORK | 40608679053 | 1857 | $278.40 | $278.40 R |
| 207992-03 | 12/05/20 | 12/07/20 | NEW YORK | 40608679086 | 2787 | $829.40 | $829.40 R |
| 207973-05 | 12/06/20 | 12/07/20 | NEW YORK | 02378047270 | 3354 | $102.95 | $102.95 R |
| 208061-02 | 12/09/20 | 12/09/20 | NEW YORK | 40608678294 | 4481 | $120.35 | $120.35 R |
| 208085-04 | 12/10/20 | 12/10/20 | NEW YORK | 40608678320 | CGX82520 | $117.45 | $117.45 R |
| 208114-05 | 12/10/20 | 12/10/20 | NEW YORK | 9856134609 5 | 5684 | $416.00 | $416.00 R |
| 208143-04 | 12/12/20 | 12/14/20 | NEW YORK | 40608678865 | 6687 | $374.10 | $374.10 R |
| 208147-05 | 12/13/20 | 12/14/20 | NEW YORK | 40608678854 | 7250 | $536.50 | $536.50 R |

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 2/22/2021 11:22 AM
To: myflowergarden@hotmail.com <myflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below Inv[s]. Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207620-08 | 14507930423 | 11/23/2020 | $41.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207627-06 | 98561318716 | 11/23/2020 | $152.03 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207631-08 | 40600678493 | 11/24/2020 | $393.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207635-08 | 98561111720 | 11/24/2020 | | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING NY 11358

No. 1305
04/00/21

RTS Financial Services     $ 5092 ??

only four thousand ninty two 3?/...

NewBank

12/18/20    12/31/20
(20 8 z 31-06) ~ z0 8 50 9 ks)

⑈0 2 6 0 ⑈    ⑈ 1305

| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208281-06 | 40607757402 | 12/18/2020 | $224.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208284-01 | 98561346101 | 12/21/2020 | $100.80 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208300-03 | 40607717435 | 12/22/2020 | $640.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208302-08 | 7378047734 | 12/22/2020 | $1,230.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208303-03 | 713829196D | 12/22/2020 | $1/1.10 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208350-02 | 98561346206 | 12/23/2020 | $352.35 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208353-05 | 98561346283 | 12/24/2020 | $312.00 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208479-04 | 40607737715 | 12/28/2020 | $201.55 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208406-05 | 40607737741 | 12/29/2020 | $1,039.65 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208407-08 | 40407737734 | 12/29/2020 | $674.25 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208508-06 | 98561346666 | 12/31/2020 | $158.40 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208509-05 | 40600738552 | 12/31/2020 | $276.95 | | 1305 | |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Mon 2/22/2021 10:22 AM
To: myflowergarden@hotmail.com <myflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207620-08 | 14507950423- | 11/23/2020 | $41.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207627-06 | 98561333716- | 11/23/2020 | $152.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207633-08 | 40608678493- | 11/24/2020 | $391.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207635-08 | 98561333720- | 11/24/2020 | | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1305

04/07/21

RTS Financial Services    $ 5092 20/100

Only Five Thousand ninty three × 30/100

NewBank
145-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

12/18/20

12/31/20

(208231-06) ~ (208509-05)

1:026014 640111 50 5400 1305

| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208231-06 | 40607737402- | 12/18/2020 | $224.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208264-01 | 98561346165- | 12/21/2020 | $100.80 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208300-05 | 40607737435- | 12/22/2020 | $340.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208302-06 | 2378047734- | 12/22/2020 | $1,239.75 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208303-03 | 7138291960- | 12/22/2020 | $171.10 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208350-02 | 98561346235- | 12/23/2020 | $352.35 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208353-05 | 98561346283- | 12/24/2020 | $312.00 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208379-04 | 40607737715- | 12/28/2020 | $201.55 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208406-05 | 40607737741- | 12/29/2020 | $1,039.65 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208407-08 | 40607737774- | 12/29/2020 | $674.25 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208508-06 | 98561346666- | 12/31/2020 | $158.40 | | 1305 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208509-05 | 40608678552- | 12/31/2020 | $276.95 | | 1305 | |

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>

Mon 2/22/2021 10:22 AM

To: nyflowergarden@hotmail.com <nyflowergarden@hotmail.com>

Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207620-08 | 14507950423- | 11/23/2020 | $41.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207627-06 | nn561333716- | 11/23/2020 | $152.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207633-08 | 40608678493- | 11/24/2020 | $391.50 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207635-08 | 98561333720- | 11/24/2020 | $76.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207791-06 | 98561333871- | 11/30/2020 | $248.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207794-08 | 40608678880- | 12/1/2020 | $804.75 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207883-04 | 40608679005- | 12/3/2020 | $121.80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207953-05 | 98561346014- | 12/7/2020 | $161.60 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207972-05 | 40608679053- | 12/8/2020 | $278.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207973-05 | 2378047270-- | 12/8/2020 | $102.95 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207992-03 | 40608679086- | 12/8/2020 | $829.40 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208061-02 | 40608678294- | 12/10/2020 | $120.35 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208085-04 | 40608678320- | 12/11/2020 | $117.45 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208114-05 | 98561346095- | 12/14/2020 | $416.00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208143-04 | 40608678865- | 12/15/2020 | $374.10 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 208147-05 | 40608678854- | 12/16/2020 | $536.50 | | | |

FLORAL LOGISTICS OF MIAI
FLORAL LOGISTICS OF MIA
FLORAL LOGISTICS OF MIA
FLORAL LOGISTICS OF MIA
FLORAL LOGISTICS OF MIA
FLORAL LOGISTICS OF MI
FLORAL LOGISTICS OF MI
FLORAL LOGISTICS OF MI.
FLORAL LOGISTICS OF MI
FLORAL LOGISTICS OF MI
FLORAL LOGISTICS OF M
FLORAL LOGISTICS OF M
FLORAL LOGISTICS OF N

NEW YORK GARDEN FLOWER WHOLESALE INC.   50-1421/260
17110 39TH AVE
FLUSHING, NY 11358
1304
03/31/71

RTS Financial Services
Only Forty seven hundred seventy two & 85

NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com

1304

Account Representative
RTS Financial Service, Inc
Email: Team22paymentstatus@rtsfinancial.com
Website: www.rtsfinancial.com

This e-mail communication (including any attachments) is intended only for use by the individual or entity named above and is considered confidential. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Tue 1/19/2021 9:57 AM
To  nyflowergarden@hotmail.com  < nyflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/if payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206792-07 | 99263016074- | 10/19/2020 | $160 05 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206801-05 | 98561322321- | 10/19/2020 | $256 00 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206806-03 | 2377695531-- | 10/19/2020 | $827 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206809-02 | 98561322380- | 10/19/2020 | $852 80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206793-08 | 14507878452- | 10/20/2020 | $107.25 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206814-05 | 40608667772- | 10/20/2020 | $169.65 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206817-09 | 40608667805- | 10/20/2020 | $1,049 80 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | | | | | | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207158-09 | 99263016262- | 11/2/2020 | $110.55 | | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207165-06 | 14507948802- | 11/2/2020 | $16.50 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207186-06 | 40608668170 | 11/3/2020 | $410.35 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207189-05 | 40608668203- | 11/3/2020 | $1,271.65 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207275-06 | 40608668376- | 11/5/2020 | $126.15 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207158-18 | DUTY3016262 | 11/6/2020 | $46.85 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207306-04 | 14507948986- | 11/6/2020 | $367.95 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207317-09 | 14507949141- | 11/9/2020 | $52 80 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207351-07 | 40608668461- | 11/10/2020 | $639.45 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207432-07 | 99263016354 | 11/12/2020 | $28 05 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207449-03 | 98561333576- | 11/13/2020 | $520.00 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207473-11 | 14507949616- | 11/16/2020 | $99 00 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207480-10 | 14507949815- | 11/16/2020 | $52 80 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207485-09 | 98561333591- | 11/16/2020 | $411 20 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207511-09 | 40608592835- | 11/17/2020 | $606 10 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207518-05 | 40608668063- | 11/17/2020 | $342.20 | 1303 | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207572-04 | 40608678434- | 11/19/2020 | $543.75 | 1303 | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.    50-1421/260    1303
17110 39TH AVE
FLUSHING, NY 11358
RTS Financial Services    $ 5530.80
Only Fifty Five Hundred Thirty Four & 80/100
NewBank
146-01 Northern Blvd
Flushing, NY 11354
www.newbankusa.com
⑈026014218⑈ 01111501540⑈ 1303

Account Representative

Team 22 Payment Status <team22paymentstatus@rtsfinancial.com>
Tue, 19 2021 9:57 AM
To: myflowergardeni@hotmail.com <myflowergarden@hotmail.com>
Hello,

I'm reaching out to get payment status on the below load(s). Would you please advise the status of the payment, when/ f payment has been made, reference # of the payment, and that payment went to RTS Financial at the below remittance?

REMIT TO ADDRESS
RTS Financial Services
PO Box 840267
Dallas, TX 75284-0267

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206792-07 | 99263016074- | 10/19/2020 | $160 05 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206801-05 | 98561322321 | 10/19/2020 | $256 00 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206806-03 | 2377695531-- | 10/19/2020 | $827 20 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206809-02 | 98561322380- | 10/19/2020 | $852 80 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206793-08 | 14507878452- | 10/20/2020 | $107 25 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206814-05 | 40608667772- | 10/20/2020 | $169 65 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206817-09 | 40608667805- | 10/20/2020 | $1,049 80 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206837-05 | 40608667831- | 10/20/2020 | $265 35 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206759-13 | DUTY3016063 | 10/22/2020 | $20.61 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206792-10 | DUTY3016074 | 10/22/2020 | $30 54 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206793-14 | DUTY7878452 | 10/22/2020 | $38 85 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206910-05 | 2377700943 | 10/22/2020 | $121 80 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206913-08 | 99263016214- | 10/23/2020 | $66 00 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206972-05 | 99263016225- | 10/26/2020 | $57 75 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206975-06 | 99263016236- | 10/26/2020 | $14.85 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207013-09 | 98561322505- | 10/27/2020 | $507 20 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206913 11 | DUTY3016214 | 10/29/2020 | $18.16 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207100-02 | 40608668015- | 10/29/2020 | $922 20 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207124-09 | 40608667934- | 10/30/2020 | $216 05 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207158-09 | 99263016262 | 11/2/2020 | $110 55 | | 1302 | |
| FLORAL LOGISTICS OF MIAMI, | | | | | | | | |

NEW YORK GARDEN FLOWER WHOLESALE INC.
17110 39TH AVE
FLUSHING, NY 11358

50-1421/260

1302

03/17/21

RTS Financial Services $ 58,512 67/100

Pay to the order of

One Fifty eight hundred twelve *87/100

NewBank
146-01 Northern Blvd.
Flushing, NY 11354
www.newbankusa.com

10/19/20   11/02/20
(206792-07) ~ (207158-09)

⑈026014216⑈ ⑉01115015404⑉ 1302

| Client Name | Debtor Name | Invoice # | Load # | Date Billed | Amount | Pay Status/Remit To | Check #/Date | Pay Amount |
|---|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 207511-09 | 40608592835- | 11/17/2020 | $606.10 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207518-05 | 40608668063- | 11/17/2020 | $342 20 | | | |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 207572-04 | 40608678434 | 11/19/2020 | $543 75 | | | |

Account Representative
RTS Financial Service, Inc.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206005-07 | DUTY3015772 | 9/24/2020 | $42.64 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206159-19 | DUTY7876783 | 9/24/2020 | $41.90 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206260-10 | 99263016026- | 9/25/2020 | $49.60 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206261-06 | 99263016030- | 9/25/2020 | $55.80 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206273-05 | 40608592463- | 9/25/2020 | $49.30 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206274-05 | 40608592485- | 9/25/2020 | $44.95 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206316-06 | 99263016085- | 9/28/2020 | $37.20 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206319-12 | 14507877144- | 9/28/2020 | $83.70 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206324-03 | 98561303465- | 9/28/2020 | $392.00 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206325-03 | 98561303480- | 9/28/2020 | $321.60 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206329-04 | 98561303513- | 9/28/2020 | $150.40 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206336-07 | 40608592511- | 9/29/2020 | $1,299.20 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206337-06 | 40608592566- | 9/29/2020 | $131.95 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206349-06 | 40608592533- | 9/29/2020 | $39.15 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206390-05 | 40608592883- | 10/1/2020 | $207.35 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206436-08 | 99263016111- | 10/2/2020 | $108 50 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206494-11 | 72964950760- | 10/5/2020 | $108.50 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206501-05 | 14507877752- | 10/5/2020 | $9.30 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206530-06 | 40608593001- | 10/6/2020 | $767.05 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206603-04 | 36979332584- | 10/9/2020 | $18.15 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206494-17 | DUTY4950760 | 10/12/2020 | $34.62 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE | 206637-06 | 99263016181- | 10/12/2020 | $39.60 | | 1301 |

20870-03

3774987/10/12/20 265 60

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206675-08 | 40608593200- | 10/13/2020 | $965.70 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206692-05 | 98561322715- | 10/13/2020 | $163.20 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206716-03 | 40608593233- | 10/14/2020 | $207.35 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC | NEW YORK GARDEN FLOWER WHOLESALE INC | 206717-03 | 57667385264- | 10/14/2020 | $191.40 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206726-07 | 14507878043- | 10/14/2020 | $14.85 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206672-08 | 57667248134- | 10/15/2020 | $265.60 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206759-06 | 99263016063- | 10/16/2020 | $52.80 | | 1301 |
| FLORAL LOGISTICS OF MIAMI, INC. | NEW YORK GARDEN FLOWER WHOLESALE INC | 206773-05 | 40608667746- | 10/16/2020 | $226.20 | | 1301 |

