UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-20073-CIV-ALTONAGA/Damian

FLORAL LOGISTICS OF MIAMI, INC.,

    *Plaintiff/Counter-Defendant*,

v.

NEW YORK GARDEN FLOWER
WHOLESALE, INC., and DHAN
PAIH, an individual,

    *Defendants/Counter-Plaintiff*.

_____/

**PLAINTIFF'S, FLORAL LOGISTICS OF MIAMI, INC.,
REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S
STATEMENT OF FACTS AND DEFENDANTS' ADDITIONAL FACTS [ECF No. 53]**

Plaintiff, FLORAL LOGISTICS OF MIAMI, INC. ("Floral Logistics" or "Plaintiff"), by and through the undersigned counsel, hereby files its Reply to Defendants, NEW YORK GARDEN FLOWER WHOLESALE, INC. ("NY Garden") and DHAN PAIH ("Paih") (collectively "Defendants") Response to Plaintiff's Statement of Facts and Defendants' Additional Facts (the "Additional Facts") [ECF No. 53]. Plaintiff states as follows:

16. Undisputed.

17. Disputed. Plaintiff has no knowledge of what Defendant "believed." However, the language in the Credit Application is clear as to its purpose and enforceability. *See* Exhibit C to Plaintiff's Statement of Material Facts [ECF No. 50-3].

17.[1] Disputed. The language in the Credit Application is clear as to the claim filing process. *See* Exhibit C to Plaintiff's Statement of Material Facts [ECF No. 50-3].

---

[1] Defendants' Additional Facts include two paragraph 17s.

1

18. Undisputed.

19. Disputed. Defendants did not complain or take issue with any of the services prior to the Plaintiff sending the Defendants a Debt Validation Notice of August 23, 2022, and thus, Plaintiff could not have waived this requirement. *See* Exhibit A ¶¶ 10-13 to Plaintiff's Statement of Material Facts [ECF No. 50-1] and Exhibit D to Plaintiff's Statement of Material Facts [ECF No. 50-4]. Regardless, this is a legal argument, not a material *fact* in dispute.

20. Disputed. It is disputed that Plaintiff breached the contract or implied covenant of good faith and fair dealing. *See* Exhibit A at ¶¶ 10-11 to Plaintiff's Statement of Material Facts [ECF No. 50-1]. Regardless, this is a legal argument, not a material *fact* in dispute.

21. Disputed. While it is undisputed that Defendant, NY Garden, seeks "additional damages for loss of profit in the amount of $51,081 and loss of business reputation and goodwill as to its relationships with customer retailers" in its Third Amended Counterclaim, it is disputed that Defendant is entitled to such relief. *See* Exhibit A at ¶¶ 10-13 to Plaintiff's Statement of Material Facts [ECF No. 50-1]. Regardless, this is a legal argument, not a material *fact* in dispute.

22. Disputed. Plaintiff merely represents that at the time of sending the Debt Validation Notice, Plaintiff's records showed that Defendants owed Plaintiff a balance of one hundred eighty-one thousand six hundred forty-nine dollars and forty-six cents ($181,649.46). Defendants allege that they have paid Plaintiff a total amount of twenty-three thousand three hundred seventy-seven dollars and fifty-seven cents ($23,377.57). For purposes of this Motion for Summary Judgment only, Plaintiff agrees to reduce the balance owed to it to one hundred fifty-eight thousand two hundred seventy-one dollars and eighty-nine cents ($158,271.89).

*See* Exhibit A at ¶¶ 13-15 to Plaintiff's Statement of Material Facts [ECF No. 50-1]. Thus, this fact is not in dispute.

23. Disputed. Plaintiff has no knowledge of Defendant's business. But Mother's Day is generally known to be one of the most important dates for floral companies.

24. Disputed. It is disputed that Plaintiff's delivery was delayed and that it damages flowers. *See* Exhibit A at ¶¶ 10-11 to Plaintiff's Statement of Material Facts [ECF No. 50-1].

Respectfully submitted on this 30th day of August 2023.

        **AINSWORTH + CLANCY, PLLC**
        *Attorneys for Plaintiff*
        801 Brickell Avenue, 8th Floor
        Miami, Florida 33131
        Telephone: (305) 600-3816
        Facsimile: (305) 600-3817

        By: *s/ Ryan Clancy*
        Ryan Clancy, Esq.
        Florida Bar No. 117650
        Email: ryan@business-esq.com
        Email: info@business-esq.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 30, 2023 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.

        By: *s/ Ryan Clancy*
        Ryan Clancy, Esq.