UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-20073-CIV-ALTONAGA/Damian

FLORAL LOGISTICS OF MIAMI, INC.,
a Florida Profit Corporation,

        Plaintiff,
-against-                                    **CIVIL ACTION**

NEW YORK GARDEN FLOWER WHOLESALE,
INC., a New York Profit Corporation, and DHAN
PAIH, an individual,

        Defendants.
-------------------------------------------------------------------/

**DEFENDANTS' COUNTER-DESIGNATIONS OF 30(b)(6) DEPOSITION TRANSCRIPT**

Defendants, NEW YORK GARDEN FLOWER WHOLESALE, INC., a New York Profit Corporation ("NY Garden") and DHAN PAIH a/k/a Daniel Bae, an individual ("PAIH") (collectively "Defendants"), by and through the undersigned counsel, Daniel D. Kim, Esq., PHV counsel, hereby submits this Defendants' Counter-Designation of Plaintiff FLORAL LOGISTICS OF MIAMI, INC's ("Plaintiff") 30(b)(6) Deposition Transcript as follows:

Plaintiff has not submitted any excerpts from Defendant Dhan Paih, a/k/a Daniel Bae's deposition transcript within 28 days.

Defendants may read any parts of the following excerpts at the time of trial:

Q.     T.8, Lines 11 and 12.

1

A. T.8, Line 13.

Q. T.8, Lines 18 – 20.

A. T.8, Line 21.

Q. T.8, Line 22 (Exhibit "KL-1" *Application For Credit*).

Q. T.10, Lines 13 – 15.

A. T,10, Line 16.

Q. T.13, Lines 19 and 20.

A. T.13, Lines 21 – 24.

Q. T.13, Line 25.

A. T.14, Line 1.

Q. T.14, Lines 7 – 12.

A. T.14 Lines 13 – 15.

Q. T.15, Lines 13 – 15.

A. T.15, Line 15.

Q. T.15, Lines 17 – 19.

A. T.15, Lines 20 – T.16, Line 2.

Q. T.17, Lines 15 – 17.

A. T.17 Lines 18 – T.18, Line 11.

Q. T.18, Lines 20 and 21.

A. T.18, Line 24.

Q. T.19, Line 17.

A. T.19, Line 18.

Q. T.19, Lines 19 – 22.

A. T.19, Line 23.

Q. T.19, Lines 24 – T.20, Line 1.

A. T.20, Line 2.

Q. T.20, Lines 8 – 10.

A. T.20, Line 11.

Q. T.20, Lines 12 – 14.

A. T.20, Line 15.

Q. T.20, Line 17.

A. T.20, Lines 18 – 22.

Q. T.23, Lines 20 and 21.

A. T.23, Lines 22 – 24.

Q. T.24, Lines 1 – 3.

A. T.24, Line 4.

Q. T.24, Lines 6 – 8.

A. T.24, Line 9.

Q. T.24, Line 12.

A. T.24, Line 13.

Q. T.28, Lines 22 and 23.

A. T.28, Line 24.

Q. T.31, Lines 5 – 9.

A. T.31, Line 10.

Q.  T.31, Line 11.

A.  T.31, Line 12.

Q.  T.31, Line 23.

A.  T. 31, Lines 24 – T.32, Line 8.

Q.  T.32, Lines 10,11, and 14.

A.  T.32, Line 15.

Q.  T.35, Lines 23 and 24.

A.  T.35, Line 25.

Q.  T.36, Lines 4 and 5.

A.  T.36, Line 6.

Q.  T.38, Lines 10 – 12.

A.  T.38, Line 13.

Q.  T.39, Lines 25 – T.40, Line 4.

A.  T.40, Lines 5 – 7.

Q.  T.40, Lines 8 – 10.

A.  T.40, Line 11.

Q.  T.48, Lines 17 – 20.

A.  T48, Lines 22 and 23.

Q.  T.49, Lines 23 and 24.

A.  T.49, Line 25.

Q.  T.50, Line 1.

A.  T.50, Lines 2 – 5.

Q. T.50, Lines 6 and 7.

A. T.50, Lines 8 and 9.

Q. T.50, Lines 10 – 12.

A. T.50, Lines 13 and 14.

Q. T.60, Lines 15 – 17.

A. T.60, Lines 19 and 20.

Q. T.60, Line 22.

A. T.60, Line 23.

Q. T.62, Lines 24 – T.63, Line 7.

A. T.63, Lines 8 – 11.

Q. T.67, Lines 18 and 19.

A. T.67, Lines 20 and 21.

Q. T.71, Lines 5 – 8.

A. T,71, Lines 9 and 10.

Q. T.71, Line 11.

A. T.72, Lines 2 – 8; Lines 19 – 24.

Q. T.72, Lines 25 – T.73, Line 1.

A. T.73, Line 2.

Q. T.75, Line 25 – T.76, Line 1.

A. T.76, Line 2.

Q. T.76, Line 3.

A. T.76, Line 4.

Q.  T.78, Lines 11 – 13.

A.  T.78, Line 14.

Q.  T.78, Line 15.

A.  T.78, Line 16.

Q.  T.78, Lines 20 – 22.

A.  T.78, Line 23.

Q.  T.78, Line 24.

A.  T.78, Line 25.

Q.  T.88, Lines 1 – 7.

A.  T.88, Line 8.

Q.  T.88, Lines 10 – 13.

A.  T.88, Line 14.

Dated: October 30, 2023  Respectfully submitted,

LAW OFFICES OF DANIEL D. KIM
PHV*Attorney for Defendants*
*/s/ Daniel Kim*
By: Daniel D. Kim
danieldkimlaw@gmail.com
(201) 741-1114 *c.p.*
(646) 349-1732 *fax*

JOSE A. BLANCO, P.A.
102 E 49th ST,
Hialeah, FL 33013
305-349-3463
jose@blancopa.com
By:*/s/ Jose A. Blanco, Esq.* | FBN: 062449

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on October 30, 2023. I also certify that the foregoing document is being served this day on counsel of record.

By: */s/ Jose A. Blanco*
JOSE A. BLANCO, ESQ.