Katherine Luna
October 13, 2023

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 23-20073-CIV

----------------------------------------------X

FLORAL LOGISTICS OF MIAMI, INC.

a Florida Profit Corporation,

Plaintiff/Counter-Defendant

vs.

NEW YORK GARDEN FLOWER

WHOLESALE, INC., a New York

Profit Corporation, and DHAN

PAIH, an individual,

Defendants/Counter-Plaintiff.

----------------------------------------------X

                        DATED: FRIDAY, OCTOBER 13, 2023

                        HELD: VIA ZOOM VIDEOCONFERENCE

Katherine Luna
October 13, 2023

Page 2

DEPOSITION of Katherine Luna, a witness in the above-entitled matter, taken by and before Luann Galarza, a Certified Court Reporter of the State of New Jersey, held via Zoom, on Friday, October 13, 2023 and commencing at 10:30 A.M.

Page 3

A P P E A R A N C E S:

AINSWORTH & CLANCY, PLLC
801 Brickell Ave., 8th Floor
Miami, Florida 33131
Telephone: 305-600-3816
Facsimile: 305-600-3817
Counsel for Plaintiff / Counter-Defendant
By: Anne Kotlarz, Esq.


THE SANDERS LAW FIRM
1019 Avenue P
Brooklyn, NY 11223
Attorneys for Defendants
By: Daniel Kim, Esq.

Page 4

                    I N D E X

WITNESS:
KATHERINE LUNA

EXAMINATION BY
        MR. KIM:                     5

EXHIBITS
K-L 1
K-L 2
(Retained by Mr. Kim.)

Requests
11, 24

Page 5

MS. KOTLARZ:  Anne Kotlarz here on behalf of the plaintiff, Floral Logistics of Miami.

MR. KIM:  Daniel Kim for the defendants.

THE COURT REPORTER:  All right.  I'll swear in the witness.  Please raise -- anyone else?

THE WITNESS:  Katherine Luna, with Floral Logistics.

THE COURT REPORTER:  Can you spell your last name?

THE WITNESS:  L-U-N-A.

THE COURT REPORTER:  All right.  Thank you.

K A T H E R I N E   L U N A, having been sworn, testifies as follows:

        (Witness sworn.)

MR. KIM:  Thank you.

BY MR. KIM:

Q    Good morning, Ms. Luna.

A    Good morning.

Q    My name is Daniel Kim, I represent Defendants.  Before today, have you been deposed before?

Katherine Luna
October 13, 2023

Page 6

A     Yes.

Q     Okay.

But nevertheless let me give you some rules, my general rules.  All my questions will be verbal, and I expect you to answer verbally.  If you made any gestures, such as nodding, we have a madam reporter who's taking my questions and your answers down.  She's not going to be able to do that.  Okay?

A     Okay.

Q     Now, if you need to take a break, at any time, yes, just let me know.  You could take a break, but I would ask you to just answer the pending question and then take a break.  Is that okay with you?

A     Yes.

Q     Okay.

At any time if you don't understand any of my questions, please let me know, because I don't want you to guess my question.  I will rephrase them, so that you can understand.

A     Okay.

Q     Now, from time to time if I ask you to make your best estimation.  That's the only time you make estimation, such a measurement, you know.  Here's an example:  Approximately five years ago

Page 7

means five -- approximately five years ago, as opposed to the exact year.  Does that make sense to you?

A     Correct.

Q     Now, this year, when I say this year, 2023?

A     Say it again, I couldn't hear you.  Sorry.

Q     Yeah, I'm sorry.  I will speak louder.  Thank you.

This year, 2023 --

A     Yes.

Q     How many times have you been deposed?

A     First time.

Q     First time, okay.

So when you say you were deposed before, when was the last time you were deposed?

A     A couple years ago.  Exact date I can't remember, I do know the client's name.

Q     That's okay.  That's okay.

That was the only time?

A     Yes.

Q     That was only time, okay.

Was that also for Floral Logistics?

A     That's correct.

Page 8

Q     All right.

I'm going to show you a document.  Okay?

A     Okay.

MR. KIM:  Give me a second.  Off the record.

(A discussion was held off the record.)

MR. KIM:  Back on the record.

BY MR. KIM:

Q     Okay.

You're familiar with this document, correct?

A     Yes.

Q     Okay.

This document was attached to the complaint.  Okay?

A     Okay.

Q     In fact, this is a part of the complaint, but I just want to show you this document.  Okay?

A     Okay.

Q     We're going to mark this as KL-1.

(Whereupon a document was marked KL-1 for identification.)

MR. KIM:  Anne, I know you saw this

Page 9

document.  For the purposes of today's deposition, please mark it as KL-1.

MS. KOTLARZ:  Understood.

MR. KIM:  Thank you.

BY MR. KIM:

Q     This particular document, when was it executed, if you know?

A     Meaning, sorry -- meaning, when was this received?

Q     Thank you for asking that question.  I'll rephrase.

When was this document executed by Mr. Paih?

A     Well, from what I can see, when he signed it, it was on 09-26 of '19.

THE COURT REPORTER:  Can you spell the last name?  Is that P-A-I?

MR. KIM:  H.

THE COURT REPORTER:  P-A-I-H?

MR. KIM:  Yes, Madam Reporter, P-A-I-H.  We established that he is also known as Mr. Bae, B-A-E.  Okay?

THE COURT REPORTER:  Okay.

MR. KIM:  Anne, would you stipulate that, for the purpose of today's deposition, I

Katherine Luna
October 13, 2023

Page 10

will call Mr. Bae, meaning he's Paih, also known as P-A-I-H?

MS. KOTLARZ:  Yeah.  So Kathy, from this point forward, Paih and Bae are going to be synonymous.

MR. KIM:  Exactly.  I just want to -- so, Madam Reporter, every time I say Mr. Bae, we are talking about this Mr. Bae.  Okay?  And the first name is spelled D-H-A-N, as well as Daniel.

BY MR. KIM:

Q    So going back to you, Ms. Luna.

Yes, I see the date September 26, 2019.  Do you know when this document was forwarded to Mr. Bae, from Floral Logistics?

A    No, I wouldn't know that.

Q    Okay.

Do you know the person by the name Linda?

A    Yes.

Q    What is her last name?

A    Nunez.

Q    Could you spell that for the record?

A    Sure.  N-U-N-E-Z.

Q    Okay.

Page 11

MR. KIM:  Anne, this is to Counsel. Anne, if you notice, I put Linda's name as one of Defendant's witness at trial.  Will your office be accepting subpoena on behalf of Linda Nunez?

MS. KOTLARZ:  I would need to speak with the client about that, but at this time, I don't see it being an issue.  But I'm going to need to check with the client.

MR. KIM:  Okay.

BY MR. KIM:

Q    So for that reason, Ms. Luna, do you know Ms. Linda Nunez, her home address?

A    No, I don't know it.

Q    Okay.  Fine.

We'll leave space and if Anne agrees to accept service, I don't need her home address, okay?  Because I'll just serve the Counsel.  But in any case, if by any chance, if an Anne does not -- Anne or her firm is not willing to accept subpoena, then I would need to serve her for the trials. Okay?

RQ

So we'll leave a space on the transcript you can provide us that address.  Okay?

Page 12

MS. KOTLARZ:  We're not going to agree at this time to provide her personal address. We can speak about that at a different time.

MR. KIM:  What I'm saying is, if you would accept subpoena, then I don't need her home address.  So I will, you know, I'll -- I don't need that.  But if your firm, for any reason, doesn't want to accept subpoena, then I would need her home address.

MS. KOTLARZ:  Okay.  But the deponent just answered that she does not know the home address.  I don't know the home address.  So...

MR. KIM:  I understand.  Okay.  Let's go back to Ms. Luna.

BY MR. KIM:

Q    Ms. Luna what is your title for the company?

A    I am the accounting manager.

Q    As accounting manager, do you have access to Ms. Linda Nunez's home address?

A    No, that's only human resource.

Q    Okay.

And who is in charge of human resources?

A    Ari.  A-R-I -- let me get the spelling

Page 13

of his last name, I don't want to say it wrong. A-F-E-K.

Q    Ms. Luna, what is Ms. Linda's -- can I call Ms. Nunez, Linda?  Do you mind?

A    Oh, sure.

Q    Can I call you Kathy?

A    Yes, of course.

Q    Thank you.

Kathy, so what is Linda's title, if you know?

A    Well, when she was here, she's no longer with the company, she was a sales person.

Q    She was sales person.  She's no longer there, I see.  When did she leave the job?

A    Exact date, don't know.  Last year. Last year, maybe at the beginning.  I don't know the exact date.

Q    I see.  Okay.

Do you know whether Linda was the one who forwarded this document to Mr. Bae?

A    The procedure that we work with is normally like that:  The sales person contacts the customer and sends this information to the customer, and receives it from the customer.

Q    That's a protocol, correct?

Katherine Luna
October 13, 2023

Page 14

A    Yes.

Q    Now, after sending this -- this document, and if this document was returned, executed, is there protocol where you keep the logs or data anywhere?

A    That I what?

Q    Is there protocol in your company where, if this document is returned to Floral Logistics with the signature and information, do Floral Logistics keep this document saved in the computer system, or do they print out, or is there such a protocol?

A    Okay.  With Linda's protocol, I don't know.  For my accounting purposes, yes, we do have a procedure of how we store it, and it's in paper.

Q    Okay.

So it's in the hard drive as well as in the papers; is that correct?

A    Well, with Linda's part, I'm sure because she sent it by email.  If I'm not wrong, Mr. Daniel is in New York, so I would figure it's by email, yes.  When I receive it, I receive it in paper form.  They don't email me.

Q    Kathy, you can call me Daniel.  You don't have to call me Mr. Daniel.  Call me Daniel.

Page 15

It's okay.

A    All right.

Q    So, that I can understand, if you can help me, when she saves this document, either in computer or papers, are there notation as to when she sent it out and when she received it?

A    I wouldn't know because I don't have access to her information.  I could only tell you when I receive it from her because we date it.

Q    I see.

So did you see that -- strike that let me go back.

Kathy, I'm sorry but help me out, maybe I didn't understand correctly.  So did you receive this from Linda, this document?

A    Yes, correct.

Q    When you received this document, did you -- is this the only thing you received or was there any history or notes, anything like that?

A    No.  We also received -- with every credit application, we received what is called an internal customer profile, and the customer profile always comes with the credit app, and the customer profile gets the authorization from sales director, from everything, the rates, everything

Page 16

about the customer, and we get it in physical paper.

Q    I see.

So, in front of you, do you have my client's customer profile?

A    Yes.

Q    Okay.

Could you put that on the screen if you can?

A    Sure.

Q    Let's see if I can see it?

MS. KOTLARZ:  I'm going to object to this.

MR. KIM:  Why?

MS. KOTLARZ:  You can still do it, but this should have been a duces tecum, asking for documents.

MR. KIM:  Yeah, but -- I understand your firm cannot produce this document?

THE WITNESS:  Yes, it's there.

MR. KIM:  You did?

THE WITNESS:  Yes.  Right where the application is, it was on the page before.  It was --

MR. KIM:  Thank you, Kathy.  I'm

Page 17

sorry.  It was over 2000 pages, maybe I skipped it.  Okay.  So it was produced.  It was produced, no problem.

Anne, thank you for letting me know that. I -- thank you for letting me know that, Kathy. Great.

Give me one second.  I want to go get it. I want to go get the document.  Give me one second.  Okay?

(A recess was taken.)

BY MR. KIM:

Q    Kathy?

A    Yes.

Q    I'm back.

Now that document, I don't have it in front of me, but what does -- what information does the document contain?

A    Okay.  So it basically tells me effective date.  What it means is because in the airline business rates could be daily, they could change by the day, it's very important that the effective date of the rate is noted.  So it says the effective date, the contact information on the customer, the name of the customer, email, phone number.

Katherine Luna
October 13, 2023

Page 18

It says to credit terms.  It says whether the product is coming from, the rates, some notations about extra charges of fumigations, duties.  A trucking company that they are using at the time, that can change, depending on the customer.  And then it's approved and signed by Dan -- the sales director, Linda the sales person, and then I sign when I receive this document, because in sales, let's say I give it to you this day, and then they gave it to me on another day.  So we sign and we date when we physically received it from them.

Q     So Kathy, when you said you sign it, do you sign on the form?

A     I sign on the customer profile.  Yes.

Q     Now, when you sign on the form is that -- is that the process approving this credit application or something else?

A     No.  The customer profile.  I did not sign anything with the credit app.

Q     Then who was -- who is in charge of approving this credit application?

A     That would be --

Q     Let me finish it.

A     Dan Boiangin.

Q     I'm sorry Kathy.  Let me just put my

Page 19

question back on the record.  I'm sorry, but try to wait until I finish my question.  I know you anticipate it, okay?

A     No, no.

Q     My question was:  Who is the person who was in charge of approving credit applications?

Now answer, please.

A     It would have to be Dan.

Q     Dan, what's his last name?

A     Boiangin.

THE COURT REPORTER:  Can you spell that?

BY MR. KIM:

Q     Can you spell that for the record?

A     Yes.  B-O-I-A-N-G-I-N.

Q     What is his title?

A     Sales director.

Q     He's a sales director.  I see.

In process of approving the credit application, do you know what procedures he takes to approve someone with credit application?

A     No.

Q     Did he send you any documents, any notes as to how he determined to approve this

Page 20

particular person?

A     No.

Q     No.  Okay.  Good.

Now in that application, the form -- well, anywhere on the profile, does it have -- contain history of Mr. Bae or his company?

A     No.

Q     Do you know whether or not -- did you know whether or not Mr. Bae or his company was approved previously?

A     No.

Q     Do you know whether Mr. Bae or his company had relations dealing with your company before this application?

A     Yes.

Q     Oh, you do know.

How would you know that?

A     Well, because I've been working with Dan, Linda for 24 years.  Prior to being in this company we were in another company, and Mr. Daniel with another company, he had a different name, used to be Linda's customer.

Q     Right.

When you say different name, but his last name is also known as Daniel Bae, correct?

Page 21

A     I've always known as the one Paih, with the P.

Q     Paih.

A     Paih.

Q     P-A-I-H.

A     That's how I've always known him.

Q     I understand.

But what I'm saying to you is:  But besides you personally knowing it, is there anything in terms of hard paper, hard copies or records in your company that indicates when he was the customer of Floral Logistics before this transaction.

MS. KOTLARZ:  Objection.

BY MR. KIM:

Q     I'm sorry?

A     Yes.

Q     Okay.

Oh, so where is it?  Is that in hard copies or is it computer?

A     Computer.

Q     Computer.

And where in the computer?

A     In our accounting -- our accounting system.

Q     Accounting system.

Katherine Luna
October 13, 2023

Page 22

Did you also send that in part of discovery?

A     Nobody -- nobody asked me for anything like that.

Q     Okay.  I know Kathy.

Can you print that?  Is there a way you can print that?

MS. KOTLARZ:  Are you asking her to print it?

MR. KIM:  I'm asking is it capable of printing.  I'm asking her.

THE WITNESS:  Am I capable of printing information of an old customer?

BY MR. KIM:

Q     Yes.

A     Yes, it's possible, yes.

Q     Okay.  Very good.

MR. KIM:  Then I'm going to -- Anne, I'm going to call for production of that -- that information that relates to my client and plaintiff.

MS. KOTLARZ:  I'm going to object.  The deadline for written discovery is -- we're well past it, and the Judge only allowed us to take depositions today, which we are here

Page 23

doing.

MR. KIM:  Yeah, Kathy.  I understand your objection.  And I'll deal with that for you, but I'll get that.

BY MR. KIM:

Q     So this document, what would you call this information Kathy?

A     What document?  What information?

Q     This information, previous history with Mr. Bae and Floral Logistics that you just testified to, you just described, the past history.

A     When we used to bill him an invoice.

Q     Just an invoice.  Old invoice, is that --

A     As long as everything they -- we have -- we have an accounting software.  It has history, so yes.

Q     Okay.

In that accounting history, did you also find credit application?

A     I don't know what word I can use that's going to be correct, but at the time, at this moment, I don't recall.  I don't know.

Q     Okay.

Page 24

Back in the past, when you review Mr. Bae previously, do you know whether the company required credit application?

A     I just said I don't know.

Q     Okay.  Fine.  Fair enough.

Back then, when Mr. Bae had relationship with plaintiff, was there also sales director who's in charge of approving credits?

A     Yes.

MS. KOTLARZ:  Objection to form.

BY MR. KIM:

Q     Do you know who that person was?

A     The same one, Dan.

Q     Okay.  The same person.  Okay.  Very good.

Does he still work there?

A     That's correct.

Q     Okay.  Good.

MR. KIM:  Madam Reporter.

THE COURT REPORTER:  Yeah, I'm here.

MR. KIM:  When we're done with deposition, just give me the full name of this person in charge.

RQ

THE COURT REPORTER:  Okay.  You want a

Page 25

request in the transcript for the name of the person?

MR. KIM:  I know, but it's a lot of reading the transcript.  If you could just give me his full name on the check box later, I would appreciate that.

THE COURT REPORTER:  Okay.

MR. KIM:  Thank you.

BY MR. KIM:

Q     All right.

So looking at this document, KL-1, do you know since when Floral Logistics utilized this application for credit?

A     I don't remember right now.  I don't remember.

Q     I understand.

So you don't remember, is it because it's been a long time ago or something else?

A     Well, no.  From the 24 years that I've worked in this business, I know we started it not too long ago, so the exact date, I don't have it with me.  But in the past, it was not used.  It's new.

Q     Right.

So when you started 24 years ago,

Katherine Luna
October 13, 2023

Page 26

correct me if I'm wrong, you don't have this application credit form; am I correct?

A    No.  That's correct.  We didn't have it.

Q    Thank you.
So did there come a time when Floral Logistics utilized this application for credit, correct?

A    Correct.

Q    Now, I know as I give you instruction, I'm just going to ask you to do your best estimation.
Approximately how long ago did Floral Logistics utilize -- begin to utilize this form?

A    I don't want to give a range that I don't have in my brain right now.  I --

Q    I see.
Was it more than ten years?

A    No.

Q    Less than ten years.  Okay.

A    Less than ten years.

Q    So, but was it more than five years ago?

A    I just don't -- I don't want to give an exact date.  I don't want to say something that

Page 27

then I'm totally wrong with.  I --

Q    I understand.  I understand.
So within ten years; is that fair?  Within ten years?

A    Yeah.

Q    Okay.  That's fine.
Do you know who created this form?

A    No.

Q    Okay.
When you came across this document for the first time, if you recall.  Okay.  I know it's been a while, how did you come across this application for credit?

A    Well, it has to be the same way, through the sales person.  It's given to me like that since the beginning.
The customer profile and the credit app comes together.  When it started -- when I told that I don't remember the name --

Q    I understand.

A    But it comes at the -- the sales person provides it to me.

Q    So when you got this for the first time -- since you got this for the first time, were you -- did you ever inquire as to the

Page 28

contents of the -- meanings of -- contents of this document?

A    Unfortunately, no.

Q    Okay.  That's okay.
So, as you sit here today, have you been told by anyone from plaintiff, your company, exact meanings of the documentations?

A    The what?

Q    Have you been told by anyone in your company for today, the meanings of the terms of the -- strike that.
Have you been told, before today, the meanings of the terms that are in this document?

MS. KOTLARZ:  Objection, form.
BY MR. KIM:

Q    Go ahead, Kathy.
Do you understand my question?

A    I do understand your question, and, no.  They told me nothing about the contents of this.

Q    I see okay.  Very good.  All right.
So, did you ever read this terms that are, which I'm showing you the screen, before today?

A    Yes.

Q    Okay.

Page 29

A    I mean, just like -- like detail?  No.

Q    I understand.
When for the first time did you read this terms?

A    Maybe like, I don't even know.  To tell you the truth, I don't -- I just get this document, I put it away.  So, I don't know.  I don't remember.

Q    Right.
So, I want to make sure, did you ever sit down and start reading one through nine by yourself?

A    No.

Q    Okay.
Is there a reason why you did not?

A    Once it's approved by my boss, Dan there's no reason for me to do anything.

Q    Right.
But did you ever inquire the meanings of terms contained in this document to, you know, that sales director?

A    No.

Q    Did you ever inquire the meaning of the terms to anybody in your company?

A    No.

Katherine Luna
October 13, 2023

Page 30

Q    Okay.

Let me bring your attention to number four.  Do you see number four?

A    Yes.

Q    It states, "Applicants hereby authorize Floral Logistics of Miami, Inc. and any of its agent to inquire of its or their credit worthiness -- "

THE COURT REPORTER:  Wait, wait.  Mr. Kim.  Inquire of what?  You lost me.

MR. KIM:  I'm sorry.

THE COURT REPORTER:  "Hereby authorized..."

BY MR. KIM:

Q    "Inquire of its or their credit worthiness via all means, including credit reporting agencies."

Did I read that correctly?

Kathy, did I read that correctly?

A    Yes.

Q    Okay.

So, within your information you described earlier, did you find any credit scores or history of Mr. Bae?

A    This was given to me by Linda Nunez.

Page 31

I don't question anything about this.  Don't know any reference there.  I don't look at this document.  I just hold it with my customer profile.

Q    I understand.  I understand.

But my question Kathy is that:  That profile information you received, does it contain any credit history or credit scores?  That's what I'm asking.

A    The customer profile?

Q    Yes.

A    No.

Q    Okay.

Do you know -- Kathy, do you know what due diligence undertaken by sales director to approve or disprove this particular applicant?

A    No.

Q    Let's look at number five.  Kathy?

A    Yes.

Q    Would you be kind enough to read this five?

A    I'm sorry.

Q    Can you read number five statement.

A    "Applicants waive all right to make claim or countersuit, unless claims are made both

Page 32

in writing, or by email or fax, and by telephone within 24 hours of receipt of the shipment.  Cargo liability is limited to ten dollars per case unless declared value amount is specified on the bill of lading.  No liabilities for any delays or particular shipments scheduled other than a reasonable dispatch.  No liability to damages due to packaging integrity."

Q    Thank you.

Now, the last sentence, "other than reasonable dispatch."  Do you know what that means?

MS. KOTLARZ:  Objection, form.

BY MR. KIM:

Q    I'm asking you, Kathy, if you know.

A    No.

Q    Let's go back to five a second.

"All right to make claim," or you said counter, what was the word that you read?

A    Where are you again, I'm sorry.  Five?

Q    Five, the first sentence.

"Applicants waive all right to make claim or," what was the next word?

A    "Countersuit unless claims are made."

Q    How would you make out that to be countersuit.  Do you see countersuit in this

Page 33

document?

A    I don't understand what your question to me.  I don't make this form.

Q    I understand.

But what I'm saying is:  You were able to say this was countersuit, correct?

A    I'm reading out of what is already there.

Q    I understand.

That's what I'm asking you.  Because in my screen, if you look at it...

A    Well, I'm sorry but I have glasses and --

Q    But the document that you have exactly -- and Kathy, this is the reason why I brought this exact document that was attached to the complaint.

When I see this document, I see the word C-O-U-N-L-E-R-S-U-R, exclamation point.  Do you agree with that or do you disagree?

A    Give me one second, because I last night typed it up in big words for myself because I can't read.  I tell you, I have vision problems.  If you don't believe me, look.

So if -- I might have done a typo,

Katherine Luna
October 13, 2023

Page 34

then let me go back to my big thing here, because I could have, I'm human.  I could have made a mistake and wrote it wrong for myself.  So give me a minute, please.

Q     Sure.  Sure.

Kathy, when you look at it, I want you to try and look at the exact document that was provided in the complaint.  Yes, thank you.

A     Okay.  So tell me.  Say again.

Q     My question goes to after the word "claim or," what words do you see?

A     Claim what?  Say the word.

Q     After the word "claim or," what is the word that you see on the document?

A     Okay.  "Claim or countersuit unless claims are both made."  I mean, "made both."

Q     Kathy, let's stop there for a second.

You were able to state countersuit, correct?

A     Yes.

Q     So, how did you see that counter, spelled C-O-U-N-T-E-R?

MS. KOTLARZ:  Objection, form.

BY MR. KIM:

Q     When I say T-E-R -- Kathy, the reason

Page 35

I'm asking you is, I don't see the letter T.  I see letter L.

A     I sigh the T.

Q     Okay.

Are we looking at the same -- are you looking at the exact copy of --

A     Yes.  I'm looking at it with a magnifying glass, yes.

Q     Let me ask this question:  When you say you are looking at exact document, that's the copy of the document in which signed by Mr. Bae?

A     Yes.

Q     Okay.

And you see the letter T?

A     Yes, in counter.  Where it says claim or countersuit.

Q     Yes.

A     Yes.  That's a T.

Q     So you see both T. and counter, and suit as S-U-I-T, correct?

A     Correct.

Q     Thank you.

Do you know whether Mr. Bae ever made a claim before this lawsuit?

A     No.

Page 36

Q     You don't know or he did not?

A     He did not file a claim that I'm aware of.

Q     Now, were you in charge of receiving claims by your customers?

A     No.

Q     Who was in charge of that?

A     His name is Edgard Casaya, he's in charge of the claims department.

Q     Could you, again, spell his last name for the reporter?

A     Yes.  Let me make sure I spell it properly.

So it's Edgard.  Last name Casaya, C-A-S-A-Y-A.

Q     What is his title?

A     He is the claims department.  He's only one guy.

Q     I'm sorry is it --

A     He's claims department.

Q     Claims department.

He is the only one person there?

A     That's correct.

Q     I see.

And he handles all the claims?

Page 37

A     Yes.

Q     And if my client had called Linda or you, would you direct to this claims department?

A     That's correct.

Q     I see.

Is there any -- strike that.

After claims being made in the claims department, do you sell that information?

A     Repeat that again, I'm sorry.

Q     Yes.

After customer makes a claim to the claims department, do you share that information?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  I didn't understand.

BY MR. KIM:

Q     Okay.  I'll try it again.  I understand that when you or someone else happens to be receiving claims, you will direct to the claims department, correct?

A     Right.

Q     My question to you is:  After that has been done, does claims department share that information with you or --

A     Yes, that's correct.

Q     Okay.

Katherine Luna
October 13, 2023

Page 38

That's what I'm saying.  So when in the process of sharing that information, what is the protocol?  Meaning, do you get an email?  Do you get verbal report?  How do you get report of the claims?

A     We receive it by email from Edgard Casaya.

Q     I see.

A     Approving or denying.

Q     I see.

In other words he is the one who decides as to whether claim has been approved or denied; is that correct?

A     That's correct.

Q     Okay.

Back in 2021.  Okay.

A     2021, you said?

Q     Back in 2021, approximately two years ago?

A     Yes.

Q     I don't expect you to be exact or -- if you know.  Only if you know.  Do you know how many claims were made to Floral Logistics by customers?

A     No.

Q     Okay.

Page 39

Correct me if I'm wrong, you don't see any claims made by Mr. Bae to Floral Logistics; is that correct?

A     I have not seen one claim from Mr. Dhan.

Q     I see.

In other words, if he made the claim and if it was rejected, at least you would the record of rejection, is that what you're saying?

A     That's correct.

Q     Okay.

Now the rejection you just talked about, does it indicate as to why the claim has been rejected?

A     Yes.

Q     Okay.

Do you find any rejection based on lack of two forms of reports or claims?

A     From -- from New York?

Q     From anybody?

A     From.

Q     Any customer?

A     Say it again.

Q     Sure, I'll do that again.

Whenever you saw this rejection,

Page 40

based on documents, rejections that you have seen, did you find reasons for rejection was based on claiming the customers who is making claim, failed to provide claims in two forms?

A     Um, I -- I can't tell you.  I don't know.  I don't know.  Two forms, is that what you're saying?

Q     Yeah, two forms.  Meaning -- I will clarify that.  Meaning, both phone call or by email making the claims?

A     No.

Q     I'm sorry?

A     No.

Q     So, you never saw any rejections based on reason being the claimant failed to make claims either with phone call, via email and fax?

A     Oh, have I seen, you're saying?  Have I seen?

Q     Yes.

A     Yes, I have -- I have been rejected for one or all those purposes, correct.  Yes.

Q     Okay.

How many times have you seen that rejections?

A     Twenty-four years, I can't tell you.

Page 41

Q     I'm not interested in 24 years.  I'm only interested in -- from 2021?

A     I can't tell you.

Q     How about this, how many times have you seen within a month, typical average month?

A     None.  This month, none.

Q     Okay.

In 2022, have you seen any rejection based on those two -- lack of two forms?

A     Yes.  How many?  Can't tell you.

Q     I see.

Do you know whether Mr. Bae was rejected based on those -- lack of two forms, claim?

A     From what I can tell you that I know, that we researched, we've done everything, he has never filed a claim with us at all.  So, no.

Q     So when you say he has never filed a claim, is that -- does that include making a phone call?  Just the phone calls.

A     To me?  No.

Q     No not to you.  To any --

A     Then I can't answer your question, because to me, no.

Q     No, I understand.

So you don't know whether Mr. Bae had

Katherine Luna
October 13, 2023

Page 42

made any claims to, besides you, to Linda or anybody else, correct?

A     I wouldn't know.

Q     Okay.

But -- but -- strike that.  I will go to the next question.

You said you knew Mr. Bae for a long time, correct?

A     No, I didn't say I knew him for a long time.  I knew that he was a previous customer of ours under a different company name.

Q     I see.  I understand.  I understand.

Meaning that he used to run different company, correct?

A     Yes.

Q     Okay.

So -- but you never have any conversation with him over the phone?

A     I've had conversations with him over the phone throughout the years, yes.

Q     Okay.

Let's just start in 2019, if you can.  From 2019 on, up until 2022, did you have any phone conversations with him?

A     Maybe only once.  It had to do with

Page 43

R.T.S.

Q     That's with this case?

A     No, with -- sorry.  R.T.S., the people that he used to send the money to.  It was in reference to money.  The one time I spoke to him, it was in reference to collections.

Q     Collection I see.

When was that?

A     I don't know.

Q     Okay.

That's before the complaint was filed, correct?

A     Oh, of course, yes.

Q     Yes.

So when you talked to him on the phone, were you trying to resolve the claim or something else?

A     No.  We were trying to get payment from him.

Q     I see.  You were trying to get payment from him.

And you -- did you call him on cellphone or something else?

A     His cellphone.

Q     When you talk to him on the phone, did

Page 44

you run into any language barrier?

A     Well, he has an accent, but he spoke to me fine.

Q     Okay.

But was -- he understood you and you were able to understand him?

A     Yes.

Q     Okay.

When you called him, did you make reference to invoice number or how you were able to communicate with him?

A     Amount past due.

Q     Past due.  I see.

So when you were calling him about the past due, did you make reference to invoice number or something else?

A     All I did when we speak, is just tell him, Mr. Daniel when are we going to receive payments?  Your account is past due x amount of dollars.  There's no specification on any invoice, on any airway bill, nothing.  I just talked about past due.

Q     I see.

You let him know there was a past due?

Page 45

A     Yeah.

Q     I see.

And but, again, I don't know if you answered, but you don't recall when -- approximately what year that was, correct?

A     No.  I'm not going to say a date.  I don't know for sure.

Q     Was it before the COVID or after the COVID?  COVID 19.

THE COURT REPORTER:  Wait.  I don't understand.  Was it before or after the what?

MR. KIM:  COVID 19.

THE COURT REPORTER:  I don't understand the word.

MR. KIM:  COVID?  The COVID.  Sorry, COVID 19.

THE COURT REPORTER:  COVID.  Okay, sorry.  Can you repeat the question?  Thank you.

BY MR. KIM:

Q     Yes.

Was it before the COVID 19 or something else?

A     I don't even know.  What year was COVID?

Katherine Luna
October 13, 2023

Page 46

Q     Year 20 -- well, 2020 January.
Actually March.  March of 2020.
A     No, it was before.
Q     It was before that.  I see.  Okay.
Let's go to the document again.  I want you to take a look at...
MR. KIM:  Off the record.
(A discussion was held off the record.)
MR. KIM:  Back on the record.
BY MR. KIM:
Q     Please look at this -- let's look at this paragraph nine here.
Kathy, would you be kind enough to read this paragraph nine again, please?
A     Okay.  "Floral Logistics of Miami is not hereby committed to extend any credit whatsoever.  If credit is extended, Floral Logistics of Miami is hereby authorized and directed to continue or discontinue with or without notice in its sole discretion, such line of credit in any amount or amounts determined by Floral Logistics," and it says in the sole discretion.
Q     Can we stop there for a second.
I'm sorry Kathy, I didn't mean to cut

Page 47

you off.  You were reading perfectly, but let me start with that, ending in the sole discretion.  Okay?
So the first sentence, "Floral Logistics of Miami, Inc. is not hereby committed to extend any credit whatsoever."  Did I read that correctly?  Kathy?
A     Yes.
Q     What does that mean?
MS. KOTLARZ:  Objection, form.
THE WITNESS:  You want my personal opinion of what I think it says?
BY MR. KIM:
Q     Yes.
A     Okay.  For me it says that we don't have to give the customer credit or extended credit.
Q     Okay.
Now the next word, "if credit's extended," then if you could, what does -- "if credit is extended, Floral Logistics of Miami, Inc. is hereby authorized and directed to continue and discontinue with or without notice in its sole discretion, such a line of credit in any amount or amounts determined by Floral Logistics of Miami,

Page 48

Inc. and in its sole discretion."  Correct?
A     Right.
Q     Did I read that correctly so far?
So what does this line mean then?
A     From what I can think of, it's the same.  Floral Logistics can make the decision whether it wants to take it away or give it to him, based upon what they consider their reason for it.
Q     So let me ask you this question then:  After Mr. Bae's credit has been approved, can his credit be disapproved at any time?
MS. KOTLARZ:  Objection, form.
THE WITNESS:  You're asking me if what?
BY MR. KIM:
Q     Based on -- based on paragraph nine, the sentence we just read so far, after Mr. Bae's credit has been approved by your company, could your company have disapproved at any time?
MS. KOTLARZ:  Objection to form.
THE WITNESS:  That it what it says, yes.
BY MR. KIM:
Q     Does it indicate on what grounds it

Page 49

could disapprove?
A     No.  Any.
Q     Any?  Right.  Right.
So does it indicate whether -- let's complete the sentence after "discretion."  You were reading nicely, Kathy.  If you could continue to read, starting bottom with, "with or without notice."  Can you read that, please?
A     Okay.  Sorry.  Working with the magnifying glass here.
Q     Okay.
A     Okay.  "Such line of credit in any amount or amounts determined by Floral Logistics of Miami, Inc. in its sole -- in its sole discretion with or without notice --" right?  Are we reading the same, yeah -- "to place these amounts on a C.O.D. basis or refuse sales entirely."
Q     Okay.  Great.  Thank you.
So the C.O.D. stands for what?
A     Cash on delivery.
Q     Right.
So, do you know when Floral Logistics would convert relationship to C.O.D., if you know?
A     Yes.

Katherine Luna
October 13, 2023

Page 50

Q    When?

A    When the account is extremely past due, before we do anything about stop selling, stuff like that, we try to get them to pay C.O.D. at least the shipments that are here.

Q    Was Mr. Bae or his company ever been subject to C.O.D. before this lawsuit?

A    To C.O.D?  I don't recall right now, I would have to look.

Q    Now, if he was on the C.O.D. basis, he or his company was on C.O.D. basis, that would reflect on your record, correct?

A    If it was on a C.O.D. basis, it would reflect in our records, correct.

Q    But do you see anywhere in your records that it was converted to C.O.D., is my question?

A    Number one, I'm not in office, and number two, I can answer that, but not here.  I don't have that information with me.  It's in our system.

Q    I understand.

But, I understand it's in your system but, do you recall seeing in your system that Mr. Bae or his company was in the C.O.D. system?

Page 51

A    Do I recall?

Q    Yes.

A    No.

Q    Let me ask this question:  Is it protocol for your company to put customer or applicant under C.O.D. when, as you said, there is an extremely -- was that past due condition?  How did you describe it.

Describe that again, please.

A    Like really past due.

Q    In other words if the customer hasn't paid for a long time?

A    Within their credit terms.

Q    Of the credit terms.

What was -- do you recall this credit term?

A    Thirty days.

Q    Thirty days.

So again, when you say past due -- past due to convert to C.O.D., how many months are we talking about?

A    Well, that's basically up to the sales director's decision.

Q    Yes, I understand.

But in your experience can you

Page 52

estimate as to --

A    About three -- 90 days.

Q    Ninety days.  Thank you.

So, if someone -- if the customer doesn't pay for 90 days, right?

A    Uh-huh.

Q    Then is it protocol --

A    It's not a protocol, I'm sorry.

Q    It's not protocol but -- thank you.  But you seen changing to C.O.D., correct?

A    What is that?

Q    You have seen change in status from line of credit to C.O.D., correct?

A    From customers?  Yes.

Q    Yes.

And once customer becomes C.O.D. status, do they go back to line of credit at some point?

A    Yes.

Q    You have seen that before?  You have experienced that before?

A    Yes.

Q    So, someone is a C.O.D. because he hasn't paid in the past, but now he is getting paid so you convert back to line of credit,

Page 53

correct?

A    Uh-huh.

Q    Yes.

Now, you were able to say your New York Garden was in 30 days, right?  Line of credit was 30 days?

A    Yes.

Q    Now, did you see any company more than 30 days of line of credit?

A    We have 30 days for flowers.

Q    Everyone?  Every customer?

A    Everybody in flowers is 30 days.

Q    Thirty days.  Okay.

Is that a protocol?

A    No.

Q    Is that a policy?

A    No.  It's to the discretion of the sales director.

Q    Sales director, but he always give 30 days line of credit?

A    We try to put it at 30 days, but again, it's not something that is set in stone, and it's -- he has to approve what he wants.

Q    Did you ever see approving 45 days?

A    Yes.

Katherine Luna
October 13, 2023

Page 54

Q    Okay.

There are occasionally?

A    Yes.

Q    Have you ever seen 60 days?

A    Yes.

Q    Okay.

Any longer than 60 days?

A    No.

Q    Like 90 days?

Sixty days is the maximum?

A    That I've seen?  Yes.

Q    Yes.

Now, if a customer makes a claim, what happens to that line -- what happens to that due date?  Do you stop the due date until you resolve the dispute or is that due date continuing?

A    It continues because in order for you to file a claim, the invoice has to be paid in full.

Q    I'm sorry.  Say that again.

A    When you file a claim, it has to be paid in full.  So if he, for any reason, decides to skip it because he's filing a claim, it will stay in its aging with the current date, with the same date as he originally sent.

Page 55

Q    So, I see.

So in other words, even if a claim -- strike that.  Let me try it again.

So if a customer made a claim, okay, that doesn't stop the due date; am I correct on that?

A    That's correct.

Q    So, if customer made a claim he hasn't paid for the 120 days, okay, let's just -- in that case, he's in -- how would you describe such a person, someone who hasn't paid 120 days, but made a claim?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  One thing has nothing to do with another.

BY MR. KIM:

Q    I understand.

Because that -- when you say one thing has nothing to do with the other, making a claim does not stall or stay past due; am I correct?

A    Okay.  Repeat that again.

Q    Okay.

Customer making a claim will not stall or stop running the past due; am I correct?

A    No.  No.

Page 56

Q    So, when a claim -- when a client makes a claim, do you know how long it takes claims department to make the decision?

THE COURT REPORTER:  Wait.  I'm sorry.  Wait.  "When a client makes a claim, do you know how long it takes a claim to?"

MR. KIM:  Claims department.

THE COURT REPORTER:  Claims department.

MR. KIM:  Claims department to make the decision.

THE COURT REPORTER:  Thank you.

MR. KIM:  Thank you, Madam Reporter.

THE WITNESS:  No.

BY MR. KIM:

Q    But in average, is there such thing as average, making determination as to how long it takes to make decision?

MS. KOTLARZ:  Objection to form.

THE WITNESS:  I don't want to answer something I'm not too sure about at all.  I know there's something, but I, right now, don't have your answer to exact amount.

But there is a claims procedure form, and that tells you everything.  I don't have it

Page 57

with me right now, and I don't -- I don't -- that's not my department, like I could say.

BY MR. KIM:

Q    I understand that.

The claim procedure form, do you know whether the claims department forward those claims procedure forms to the customer who makes claim?

A    I wouldn't know that.

Q    But you have seen claims procedure form; am I correct?

A    I have seen it when they send it to the -- when it's already processed, that's how I see it, yes.

Q    Now, the claim procedure form is that what it's called, claim procedure form?

A    Claim procedure form, uh-huh.

Q    Claim procedure form, is there line where claimant has to sign?

A    Say again.

Q    In the claim procedure form, is there a line where claimant has to sign?

A    I wouldn't know.  No, I can't tell you.  I don't remember.  I wouldn't think so because everything's -- 99 percent of our customers are not in Miami.  So I think everything

Katherine Luna
October 13, 2023

Page 58

would be through email.

Q    Okay.

So the claim procedure form, does that -- you just said -- you sort of answered my question, but you forward to -- forward via email to your customers?

A    Yes.

Q    Yes.

A    Okay.  Repeat the question again.

THE COURT REPORTER:  Yeah, could you?  Thank you.

BY MR. KIM:

Q    Yeah.

I'm trying to find out how customers obtain this claim procedure form from your company?

A    Okay.  I won't know how to answer that question because I do not send it to them.

Q    Okay.  Right.

But do you know whether the claim procedure forms get to the customers?

MS. KOTLARZ:  Objection form.

BY MR. KIM:

Q    In connection with making a claim?

A    No.

Q    You don't know.  Okay.

Page 59

But you have seen claim procedure forms, correct?

MS. KOTLARZ:  Objection.

THE WITNESS:  Yes.

BY MR. KIM:

Q    So, do you know whether those are internal form for your company or you don't know whether they just shared with your customers; am I correct?

A    No.  I know that the customer does receive it because if they don't sign the form -- if they don't bring us back the form filled out with what they're claiming, the claim will not be processed.

Q    I see.

BY MR. KIM:

Q    Thank you.  You sort of answered my question.  That's what I was trying to get to, thank you.

In other words, the -- this claim procedure form, would have sections where the claimant, customer, has to fill it out and sign and get back to the company, correct?

A    Yes.

Q    Did you ever see claim procedure forms

Page 60

signed by Mr. Bae on behalf of his company?

A    No.

Q    Okay.

Did you ever see claim procedure form signed by Mr. Bae's employee on behalf of the company?

A    No.

Q    Kathy, would you agree with me that what you see here, application for credit, is credit application?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  Say it again.

BY MR. KIM:

Q    Yeah.

What you see on the screen, application for credit, would you agree with me that this is a credit application?

MS. KOTLARZ:  Renewing my objection.

THE WITNESS:  It's a credit application.  I don't know.

BY MR. KIM:

Q    I'm sorry.

A    It's a credit application.

Q    It is a credit application, right?  Thank you.

Page 61

In this credit application, is Mr. Bae applying credit personally or on behalf of his company, New York Flower Garden Wholesale, Inc. or for both, or something else?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  Number one, this form is not something I work with.  So I'm not going to answer a question that I don't know.

BY MR. KIM:

Q    Kathy, I will ask you just to -- I understand.

There is a credit department but, since you are produced, as a 30(b)(6)witness, try the best you can because I'm not -- you know.  All right?

A    Okay.

Q    To your best of your knowledge, this credit application, is this for Mr. Bae himself, his company, for both, or something else?

A    I think it's going to be for both.

Q    Both.  I see.

So when you say both for himself and his company?

A    That's correct.

Q    So, if it is for both, while his

Katherine Luna
October 13, 2023

Page 62

credit is pending, okay, while he has a nice relationship with plaintiff, and let's say, Mr. Bae changes the name of the company, okay. Does he still have line of credit with your company?

A    That would be decided by Dan, not by me.

Q    Yes, of course.  You don't decide. You just decide by as we talked about, right?

A    So I don't know how to answer your question.  I don't know if my boss will approve it or not.

Q    I see.

But did you -- ever -- okay.  Again, strike that.

Again, I don't do not want to -- Kathy?

A    Yes, I'm here, sir.

Q    Whatever you answer is your best ability.  I'm not asking you to be exact.  Okay? Just you are the only person that was produced today.  I want to be able to get this done today.

A    No problem.  I'm not having a problem.

Q    In your experience, based on your knowledge, okay, experience and knowledge for 24

Page 63

years in your company, if person who fill out this application and now start doing the business, change the name of the company, is it required to resubmit the application or can he continue his business based on approval of the credit application he already submitted?

That's my question.

A    Okay.  So if a customer, for any reason in the world, changes its name, and the shipment comes from with a new name, the credit application has to be filled out again.

Q    Thank you.  That was my question.

So, when you say even though it's for, you just said for individual and the company, because now have you different company name, he has to fill out new application for that company, new company; am I correct?

A    Correct.  But it doesn't mean that he approves it.  Again, I have had the situations where company changes the name, I guess he figures out why, and he will not accept the customer back.

Q    Yes.  Exactly --

A    That's what I meant by he makes the ultimate decision.  Obviously, when it comes to me, it's approved.

Page 64

Q    Right.  No, Kathy, I agree with you. I make things very easier for me.

So if a customer who has been approved, change the name of the company, he's got to fill out another application because now he's doing business with new name, correct?

A    Yes.

Q    Okay.

So then -- how about let's do this: What if Kathy, the name of company stays the same but the person who has been approved is no longer there?  Would you continue to do business, give credit to the company?

Do you understand my question?

A    I did understand the question but, I wouldn't know.  Kathy Luna would not know.

Q    Have you ever seen such a situation where --

A    No.

Q    No, you haven't seen it.  Okay.  Fine.

But then again, Kathy, when you get invoices, none of your invoices indicates the name Mr. Bae, correct?

A    Correct.

Q    It is only a company's name, correct?

Page 65

A    Yes.

Q    So therefore, you wouldn't know whether the owner has been changed or not, correct?

A    Correct.

Q    Right.

So let's go back to your previous answer in which you said it's for both Mr. Bae and the company.

A    Yeah.

Q    If the company's changed, you've got to put in a new application, correct?

A    Yes.

Q    But if the company continues to do business with the same name, you have no way of knowing the owner's changes, correct?

A    Correct.

Q    So isn't this credit application really for the company?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  Is it really what?

BY MR. KIM:

Q    Isn't this application credit really for the company?

MS. KOTLARZ:  Renewing my objection.

Katherine Luna
October 13, 2023

Page 66

THE WITNESS: No. I can see it as both because in this case the owner of the company is Daniel, Dhan.

BY MR. KIM:

Q    Right. Okay.

So you are saying, this is for application for Mr. Bae?

A    Yeah.

Q    As well as for his company, correct?

A    That's how I see it myself, yes.

Q    Okay.

Kathy. You're doing great. Thank you. Thank you.

Let's go to signature section. Do you see Mr. Bae's signature?

A    Yes.

Q    Okay.

Underneath he put, spells his name, correct?

A    That he what?

Q    He spell out his name, correct?

A    Yeah.

Q    Does it indicate anywhere he was signing for the company?

A    Yes, because for me, his signature is

Page 67

representative to the company because in the top it says he is the owner.

Q    I understand, but that's not my question, is it?

Does the form indicate his signing on behalf of the company?

A    I don't understand your question.

Q    Okay. I will try it again.

You see his signature and you see his name, correct?

A    Yes.

Q    Do you know what his title was when he signed this document in relation to New York Floral Garden?

A    As he signed there, he signs as the owner.

Q    That's not my question, is it?

I said, do you see a title, title? Do you see a title?

A    No. Anywhere and nowhere do I see a title.

Q    So you don't know whether he's a president, secretary, vice president or treasurer or something else; am I correct?

A    Well, for me it says, number one it

Page 68

says owner/director. So for me that's a title. I don't know.

Q    When you say owner, where are we going?

A    Go right up there. There you go. Right after the -- his name, address, phone number, there's a number one and number two.

Q    Right.

A    The number one --

Q    Owner/director, correct?

A    That's where I figure that's why he is signing as the person here. Because if he would have put sales person, it wouldn't have been valid.

Q    Right. But, Kathy, Kathy, if you look at right above that, owner, do you see where he checked off corporation?

A    Yes.

Q    Now, next to that is partnership, correct?

A    Yeah.

Q    And what's next after that?

A    Propertyship [sic].

Q    Proprietorship. Yeah.

Do you know what that means?

Page 69

A    No. I don't work with this document.

Q    I see.

It means he can be the owner of this business, which is not a corporation, a partnership, but by himself. Did you know that?

MS. KOTLARZ: Objection, form.

THE WITNESS: No.

BY MR. KIM:

Q    Okay. Didn't know.

So, here let's go back to owner/director where you found number one, owner/director.

A    Yes.

Q    If he had checked on the third column, he would have been owner, does that make sense?

MS. KOTLARZ: Objection, form.

THE WITNESS: I don't know.

BY MR. KIM:

Q    Okay. That's fine.

A    Don't know how to answer these questions you're asking me. You asked me who signed it, for me, I see the name, I go back and it's the owner. That's all I know.

Q    I understand.

I understand that you're not familiar

Katherine Luna
October 13, 2023

Page 70

with corporation, proprietorship or partnership.  I got that.  I have no problem.  I just wanted to go back to your understanding.

Now the sales director that you describe, the one who approves or disproves, does he indicate when he approves the title of this person, applicant, in this case Mr. Bae?

A    You're looking at what he gives me, I don't know nothing else but from what you're seeing right here.

Q    I see.

But, did you ever -- only if you remember, did you ever receive from him that either he was a president, secretary, something else, his title?

A    No.

Q    That's good.

THE COURT REPORTER:  Mr. Kim, can we take five?

MR. KIM:  Sure.  I'm sorry.

(A recess was taken.)

(The requested testimony was read.)

BY MR. KIM:

Q    Kathy?

Page 71

MR. KIM:  Off the record.

(A discussion was held off the record.)

MR. KIM:  Back on the record.

BY MR. KIM:

Q    Now, this credit application, can you find any place where New York Garden Flower Wholesale, Inc. have to pay legal fees in case they lose the case?

A    The word that I'm looking for is legal fees?

Q    Right.

MS. KOTLARZ:  Objection, form.  Sorry that was late.

MR. KIM:  Speaking objection.  Off the record.

(A discussion was held off the record.)

THE WITNESS:  So, on the last one, from what I can understand is -- repeat the question again for me, please.

MR. KIM:  Yeah, sure.

You wanna read back the question?  Thank you.

THE COURT REPORTER:  Yeah, let me just shut this screen off to read.  Hold on.

(The requested testimony was

Page 72

read.)

THE WITNESS:  Okay.  So what I can see here at the bottom it says, "We, the undersigned..."

I don't know.  I would say here there's a thing that says any future -- "any applicant's past, present and any future obligations to Floral Logistics."

BY MR. KIM:

Q    I see.

A    The future can be legal fees in my...

Q    I understand.

So you're looking at paragraph nine, right above the signature line, correct?

A    Right above what?

Q    Signature line, after paragraph nine, correct?

A    Correct.

"Applicants past, present, and future obligations to Floral Logistics, and agreed to all the terms."

Yes, that's what I can get that, yes.  Because it is part of a fee that is due to us for having to get to this point.  I would say yes.

Q    It's a future obligation, that's how

Page 73

you see it, correct?

A    Yes.

Q    Do you know -- what's your understanding of obligation?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  Say again.

BY MR. KIM:

Q    Kathy, yeah, I just -- what's your understanding of the term obligation?

A    Obligation is -- I got me on the spot there.  Hold on.

That they're obligated to pay something, an invoice, a fee, anything that we have acquired -- they're acquiring through us.

Q    Okay.

Let's break it down.  In other words you're saying the obligation, when you say future obligation, you just said, in connection with invoice that would show the amount of obligation; am I correct or am I wrong?

A    Well, "and future obligations," is not set in stone.  So I don't know if it is an exact amount or an exact invoice.

MR. KIM:  I'm sorry.  Ms. Reporter, could you read back the answer?

Katherine Luna
October 13, 2023

Page 74

THE COURT REPORTER:  Yeah, hold on.

(The requested testimony was read.)

THE COURT REPORTER:  Sorry, I read it back and I was on mute.

(The requested testimony was read.)

MR. KIM:  Thank you.

BY MR. KIM:

Q   Kathy, thank you for that.

So yeah, I understand.

What you're saying is, yes, you wouldn't know what the amount of invoice would be because it could change, right?  It changes shipment by shipment, correct Kathy?

A   Or that you could have new ones too.

Q   New ones too, right.  Correct.

But in order to generate an invoice, correct me if I'm wrong Kathy -- in order to generate an invoice --

A   Yes.

Q   To New York Garden, what takes place before that?

A   What do you mean?

Q   Okay.  Let's try it again.

So in order for Floral Logistics to generate an invoice, what has to happen before that

Page 75

event, generating an invoice?  That's my question to you.

A   Okay.  He could bring in cargo with bringing in a shipment with us.  He can have late charges.  He can have bank charges.  He can have anything that --

THE COURT REPORTER:  I'm sorry, you said late charges or what?

THE WITNESS:  Bank charges.

THE COURT REPORTER:  What was after that, bad charges?  I thought you said, B-A-D.  I didn't hear that word.  Sorry.

THE WITNESS:  He could have late charges.  He can have bank charges.

THE COURT REPORTER:  Bank.

THE WITNESS:  Right.  Like if there was an N.F.S. check, you know, a bad check or something.  We could generate an invoice.

And in the case, maybe to go back to answering your questions, if we have any legal fees that we would charge for on behalf of this account, we can also invoice him for that.

BY MR. KIM:

Q   Okay.

So then in this case, did you ever

Page 76

send invoice with legal fees?

A   No.  For this customer?

Q   Yes, this case New York Garden, yes.

A   No.

Q   I think you were describing past due as well as transactions that is arising in connection with invoice, Kathy.  Correct me if I'm wrong.  I think you said bill of lading, cargo charges and different charges.

In order to generate those charges, do you agree with me that New York Garden has to contact Floral Logistics and let them know what shipment is coming, correct?

A   The cargo agency notifies us, not the customer.

Q   Yes.  Exactly.

The cargo agency, right?

A   Right.

Q   Who was the cargo agency back in, I'm going to tell you specifically.  Okay?

A   Okay.

Q   April of 2022, Mother's Day, okay, sales.  If you can, who was the agent that contacted Floral Logistics?

A   I don't even know from right now off

Page 77

the top of my head, because we only have the one agent in Ecuador, which is Fresh Logistics.

In Columbia we switched.  So right now I can't tell you if it was one or the other, but in Quito, Ecuador, it's Fresh Logistics.

Q   Thank you.

Now, could you -- I know -- could you spell that for the reporter so she could...

A   Sure.  Fresh.  F-R-E-S-H.  And Logistics, L-O-G-I-S-T-I-C-S.

Q   Fresh Logistics, that you said is from Ecuador, correct?

A   That's correct.

Q   Now, Columbia, you said there were two?

A   Two.

Q   Two logistics, correct?

A   We have two cargo agencies.  We switched at some point, so right now I can give you both.

Q   Yes.

A   One of them is Panalpina, P-A-N-A-L-P-I-N-A.

Q   And the other?

A   It is CargEx, C-A-R-G-E-X.

Katherine Luna
October 13, 2023

Page 78

Q    So let's talk about -- I understand if it's Ecuador, you said Fresh Logistics.  If it's Colombia, was it, Panalpina?

A    Panalpina.

Q    Yes, thank you.

And CargEx, correct?

A    CargEx, yes.

Q    And you get notification from them, correct?

A    Yes.

Q    In Mother's Day, Kathy, as you know, everybody want flowers from South America, correct?

A    Yes.

Q    High demand, correct?

A    Yes.

Q    So to get space in the airline, is very difficult; am I correct?

A    Yes.

Q    The Floral Logistics would get a call from customers demanding and requesting the space for the airline; am I correct?

A    Yes.

Q    You get that a lot, right?

A    Yeah.

Page 79

Q    Okay.

So last year did you ever receive -- not you, when I say you, did Floral Logistics ever receive phone calls from Mr. Bae on behalf of New York Garden requesting the space in the airline?

A    I wouldn't know how to answer that question, because I do accounting.

Q    I understand.

A    I only find out afterwards if he paid, if he doesn't pay, when he books, doesn't book.

Q    I understand, but you do know there are a lot of heavy phone calls, right, for the demand for that space?

THE COURT REPORTER:  I can't take down talking over each other.

MR. KIM:  Sorry about that.  What I will do is I will try to repeat the questions again.  That helps, Ms. Reporter.  Thank you.

BY MR. KIM:

Q    Kathy, during the Mother's Day, there is high demands by customers seeking shipments from South America, correct?

A    Yes.

Q    And during this Mother's Day event, the airlines that are coming into Florida are

Page 80

limited, correct, compared to the demands?

A    Repeat that again.

Q    Sure.  I'll try again.

Would you agree with me that in Mother's Day sales, there is such a high demands for -- from the customers, but there are limited airline space airlines coming into Florida, correct?

MS. KOTLARZ:  Objection to form.

THE WITNESS:  Um, I don't work for logistics.  I don't know the limitations.  I don't know the flights.  I don't know none of that.  I know the demand is there.

BY MR. KIM:

Q    The demand is there.

That's because it's a reality. That's what you see at your company, correct?

MS. KOTLARZ:  Objection, form.

THE WITNESS:  I don't understand the question.

BY MR. KIM:

Q    How do you know there is such a high demands?

What's your basis for that?

A    It's a holiday.

Q    Yes.

Page 81

A    We know it's coming.

Q    Uh-huh.

A    Everybody buys more because they think they're going to sell more.

Q    Uh-huh?

A    That's it.

Q    Okay.  Now, the last year, do you have any specific recollection by reviewing the invoices or by using the company operation, however you can, was there such a high demands during Mother's sales?

MS. KOTLARZ:  Objection.

THE WITNESS:  In general?

BY MR. KIM:

Q    Yes, general, yes.

A    Yes.

Q    Okay.

Do you know whether these three agencies you described from South America, last year, whether they were able to support all these demands on time?

A    I wouldn't know that.  I'm in accounting.  I don't do the logistics.

Q    Okay.

Earlier you testified that the Floral

Katherine Luna
October 13, 2023

Page 82

Logistics would get calls from these three agencies, correct?

A    Correct.

Q    When they called, what did they notify Floral Logistics?

A    Okay.  If I -- was -- what is it that I testified to, that they called us?

Q    They are the one who contact Floral, Logistics, yes.

A    Okay.  Maybe I used it wrong.  We use emails.  Phone calls are not -- we don't do much things in phone calls.  Everything is normally in writing.

Q    Right.

A    And they communicate to us what's coming.  That's correct.

Q    Right.
     Of course, it's expensive.  Phone calls are expensive.

A    They do notify us of what is coming to the United States.

Q    And if a customer calls to -- so once you get this notice, then what -- no, strike that.
     The information that you received from this agencies in connection with last year's

Page 83

Mother's Day sale from April to May, do you know where you produced all those copies of emailed documents that was in possession by Floral Logistics?

A    I don't understand the question.

Q    Okay.
     Let me try it again.
     MR. KIM:  Off the record for one second.
     (A discussion was held off the record.)
     MR. KIM:  Back on the record.

BY MR. KIM:

Q    Kathy, do you know whether this documents that you -- that Floral Logistics received from three agencies during the Mother's Day sale, in relation to my client, New York Garden, okay, do you know whether Floral Logistics has produced those documents and sent them to me?  Only if you know.

     MS. KOTLARZ:  Objection, form.

BY MR. KIM:

Q    Only if you know.

A    Um, I do -- I do.  I was the one that prepared everything, and --

Q    Okay.

Page 84

A    I just can't pinpoint if it was only April, it might have been more.  That's why --

Q    Oh, yes.  I understand.
     It could be more, but I'm only interested in that April, that's why.

A    Okay.

Q    They were produced, correct?

A    Yes.  They were produced.

Q    And are these documents in English or Spanish or combination, something else?

A    Combination.

Q    You do read Spanish, correct?

A    No.

Q    Oh, you don't read Spanish.  I'm sorry.

A    I speak it, I don't...

Q    The reason I'm asking is because I saw a lot of documents in Spanish.  I don't read Spanish.  I was wondering whether you were able to read them or no?

A    (Witness gestures.)

Q    So you're just like me then.  Okay.
     Do you know whether or not, in last year, in April.

     THE COURT REPORTER:  Wait, you said

Page 85

last year, March or April?  Or April?

     MR. KIM:  I said, no, not March, April.

     THE COURT REPORTER:  Okay.

BY MR. KIM:

Q    I'm going to pick a day, okay, if you can.  Mid of April to end of first week of May, Kathy.

A    Yes.

Q    If you can, based on documents you reviewed and you saw, have you seen any documents that showed delays from South America to Florida?

A    I would say no.

Q    You say no because you would only get this document, only after the good flowers are being -- let me finish it.  Okay?

A    Yeah, yeah.

Q    Being transported to the airplane; am I correct?

     MS. KOTLARZ:  Objection form.

     THE WITNESS:  No.

BY MR. KIM:

Q    Hum?  I'm sorry?

A    Um, no?

Q    No.

Katherine Luna
October 13, 2023

Page 86

So then would you receive this documents while they are in custody of this agencies in South America, but not yet been board.  Do you understand the difference?

A    I do but I need to clarify.

Q    Yes.

A    Kathy Nunez does not receive these documents.  I provided the documents that my attorneys asked for that you requested.  I, Kathy, do not receive those documents.

Q    I understand.

A    So the status of how -- I know I've been here a long time.  I know a lot, but the when, when, what, when, where I don't.  I only know the --

Q    I understand.  I understand.

But Kathy, you're the one who's produced, so I'm stuck with you.

MR. KIM:  Off the record.

(A discussion was held off the record.)

MR. KIM:  Back on the record.

BY MR. KIM:

Q    Who would be the person?  Who would know all the steps of logistics you just described from South America?

Page 87

A    Aymara Pereda.  She's customer service supervisor.

Q    Could you spell his first and last name for the record?

A    Yes.  A-Y-M-A-R-A, Aymara.  Pereda is P-E-R-E-D-A.

Q    Does he work in South America or does he work in Florida?

A    She works here in Florida at Floral Logistics.

Q    Oh, he's a member of that the company?

A    That's correct.

Q    Great.

MR. KIM:  So again, Anne, same question, if I serve subpoena to your company, to your firm, would you accept service?  If not, then I will need his personal address.  Because I would like to subpoena him at trial.

MS. KOTLARZ:  I'm going need to talk to my client.  We can discuss it another time.

MR. KIM:  Sure.  I just put it on the record for that.

BY MR. KIM:

Q    So, Kathy?

A    Yes.

Page 88

Q    As you sit here today, do you know whether or not any of the shipment that the agencies took custody, were delayed in South America, when I say delay, kept -- they were holding on to these goods, there were delays caused by holding on to these goods due to lack of space in airlines?

A    I would not know.

Q    Okay.

As you sit here today, if those shipments were delayed, do you know whether or not those goods were kept in the refrigerator or freezer or outside?

A    I wouldn't know.

Q    Okay.

Do you know approximately how many boxes of shipment were coming from South America to Miami from April 1st, until first week of May, last year?

A    Top of my head, of course not.

Q    Now does your invoice indicate how many boxes came from each invoice?

A    That's correct.

Q    It does indicate.  All right.

So let's go to your invoice.  Okay?

Page 89

A    Okay.

Q    Give me a second.

We're going to mark this as KL-2 for the purpose of this deposition.  And you know this document, so we'll mark this as KL-2.

(Whereupon a document was marked as KL-2 for identification.)

MR. KIM:  Madam Reporter, I don't need serve you this exhibit, because this is the last exhibit.  Counsel and I know exactly what we're talking about.  Okay?

BY MR. KIM:

Q    Now, this document that I'm about to show you was a part of the complaint, was marked as Exhibit A.

Do you see the first page of what was marked as Exhibit A, now being marked as KL-2, Kathy?

A    Yes.

Q    Describe this document.  What is this document?

A    This is our accounts receivable statement.  This is -- this notifies -- we have this for each customer that have any open invoices with us, whether it be open in full, partially

Katherine Luna
October 13, 2023

Page 90

paid, anything that they owe Floral logistics of Miami.

Q    I see.

When you say open invoice, owed, how soon after 30-day term expired do you create this?

A    No this is on a daily.  The moment the invoice was created, this keeps on adding, adding, adding.  This is not an invoice, this is a statement.

Q    It's a statement.

A    It's a summary of all the invoices that we're generating.

Q    I see.

Correct me if I'm wrong, Kathy.  So that we're on the same page here.  So I can understand.  You're saying this is being created as soon as Floral Logistics starts business with the customer; is that correct?

A    As soon as the first shipment arrives.

Q    Of course.  There has to be shipment.  Without shipment -- as soon as shipment arrive, this is being created, correct?

A    That's correct.

Q    And then if invoices get paid, then what?  You take it out?

Page 91

A    That's correct.

Q    Who does that?  Do you do that or --

A    No.  Marta.  Her name is Marta Ochoa.

Q    I'm sorry, spell the full name for the reporter.

A    Okay. Marta.  M-A-R-T-A.  Last name Ochoa, O-C-H-O-A.

Q    And, is she still there?

A    Yes.

Q    And was she there in -- from 2021?

A    Yes.

Q    Is she only one?

A    Yes.

Q    Perfect, good.  I got ya.

She, her job is basically updating this information; is that correct?

A    Correct.

Q    So she sees the invoice coming in, paying, then she will take it out.  If it's not -- is that how it goes?

A    That's correct.

Q    That's not your job, right Kathy?

A    No.

Q    I thought so, because --

MR. KIM:  Off the record.

Page 92

(A discussion was held off the record.)

MR. KIM:  Back on the record.

BY MR. KIM:

Q    So, explain this to me if you can, Kathy.  What is M.A.W.B.?

A    That's your master airway bill.  That's basically the -- we're consolidators, so basically that's like the master number to a plane where a bunch of customers come in.  So that's your main airway bill.

Q    So that's a main airway bill?

A    Airway bill.

Q    Right.

Where would you get this information?

A    From the agencies.

Q    So agency will send you this main airway bill number, correct?

A    That's correct.

Q    And Marta is the one who puts in or who puts this information in?

A    It gets transferred from the agency into our system, and Aymara coordinates the trucking.  So it's from the actual agencies that downloads this information to our system.

Q    I see.

Page 93

So in other words, this is a system generating, but -- that's what you're saying?

A    That's correct.

Q    So there is no input from Floral Logistics, putting this information; am I correct?

A    That's correct.

Q    So it gets generated by South American agencies you just talked about, correct?

A    The master airway bill, correct.

Q    That's correct.

Now, what is H.A.W.B.?

A    That's the specific customer, meaning a house.  A house represents your customer, other customers.  So, everybody has an assigned number.  So in this case that would be his.  That's CargEx, I can tell by the abbreviation.  And then they have house airway bills.  So that's basically a seat on an airplane.

Q    Right.  Exactly.

Thank you.

So the first main airway bill identifies entire, right, if you in cargo shipment, this H.A.B. is the housing, the specific location; am I correct?

A    The specific customer.

Katherine Luna
October 13, 2023

Page 94

Q    Specific customer, correct?

A    Yes.

Q    So in this case C.G.X 1012935, would be exact spot -- not the spot, but the tag that will attach to the box; is that correct?

A    Correct.

Q    So, even though you said it's the seat, it's not really the seat --

A    No, I just describe that to people that are not in the logistics business because they don't understand between the housing -- the master and the house.  So I always describe it as a plane with passengers in it.  That's how I explain it.

Q    I understand.  I see that now.  That's how I understand it from you.

But as I think about it does not make sense because there's no seat for that.  It just the destination.  It's a destination of the goods that coming in, correct?

A    Yes.

MR. KIM:  Off the record.

(A discussion was held off the record.)

MR. KIM:  Okay.  Back on the record.

Page 95

BY MR. KIM:

Q    So then we have this invoice number, correct?

A    Yes.

Q    This invoice number is from who?

A    That's from our system.  It generates it.

Q    So I understand this main airway bill and housing airway bill is being generated by your agents in South America, correct?

A    Yes.

Q    I'm trying to figure out the system here.  Once they put this information in, is it a program or a system that both you and agencies have access -- can get into that shows it, or explain it to me, the process?  How does it generate?

A    We have our own personal system, but yes, if we go into the agency's website you can get this information.  You just won't receive our invoice, because that's our internal information, but the customer's information is in both systems, besides what they owe us.

Q    That's what I'm trying to find -- get to you.

Page 96

I understand first you know main housing air bill came from them, and you just said no one puts in, it comes in from their system, right?

So once it comes in, how do you put in your invoice number?  That's my question.

A    Okay.  Our system every year, recalculates the numbers.  It's just automatically set.  I don't know how IT came up with those numbers, but once the shipment is there, we go to a different page in your accounting, and that shows everybody's shipment and we just press, new bill and this number gets generated.

The last number on the back, the 05 on the first one, why everybody has the dash zero five, dash 11, dash eight, that indicates the specific customer as well.  So that airway bill could have had 15 customers and New York is number five.

Q    Yes.

A    So that number will repeat itself with multiple customers, but the end number won't -- the end number changes based on the customer.

Q    Okay.

Explain this to me again.  So 05 in

Page 97

this case, you identified that it was for New York, Garden Flower, correct?

A    Correct.  Because the beginning numbers will repeat itself for every customer that was on that airway bill.

Q    Right.

But in that airway bill, since there are multiple, various customers, you'll identify them with this ending number, that's what you're saying?

A    That's correct.

Q    Thank you.  Now it makes it easier.

So then one of you, one of your employees has to punch in this 05; am I correct?

A    It just generates by itself.

Q    Yeah, but you have identified that this is for New York Garden; am I not -- am I incorrect?

A    It links -- the shipping software links with the accounting.  It's the same page.  It's just a different button.

Q    Different button, so different button.

I understand the first six numbers are generated by the computer, I got that.

My question is:  To say that this

Katherine Luna
October 13, 2023

Page 98

invoice is going to go to New York Garden and 05 is designated for New York Garden, someone has to press button to show that this invoice is for New York Garden; am I correct or wrong?

A    It's the same as when you press it originally.  No matter what, it's the same.  There's no difference.  We don't manipulate anything.  Everything is transferred.  There's nothing data entry.  It's just a push of a button, if the information is correct in the system.

Q    So then, correct me if I'm wrong, then.  By looking at master housing bill number, you cannot tell which -- the customer it is for; am I correct?

A    You won't be able to.  In my screen, I can.

Q    You have a screen.

In your screen -- so someone has to put that button to show.  Is it not, or am I wrong?

A    In order for that number to get generated, yes, you have to push a button that says, "Invoice."  Once you press it, it automatically knows where it's picking the information from, and in this case the number five is New York Rose.

Page 99

Q    So once you press a button, invoice, you're saying it knows exactly that it's for New York Flower Wholesale, Inc.; am I correct?

A    That's correct.

Q    That's because you had already -- the computer already knew that based on this main and housing air bill, it was designated for New York Garden; am I correct?

A    Yes.

Q    So that system, that was done because in South America, your agency, when sent that information, came to your computer system; am I correct?

A    Yes.

Q    Now you hit a button, it finds it, it allocates; is that correct?

A    Yes.

Q    Okay.

The invoice number, is that the same invoice number that you would generate to send to customer?

A    Yes.

Q    You would use exactly the same invoice number?

A    Yes.

Page 100

Q    Now, we have a shipment date, correct?

A    Yes.

Q    And you have the amount, correct?

A    Amount?  Yes.

Q    You have the amount, correct?

A    Yes.

Q    Now, how did -- is this amount being generated?

A    By the amount of product the client brings in, whether it be boxes, kilos and times whatever rate the sales person gave the customer.  Plus the taxes of the roses is additional.

Q    So this invoice amount, that you have to -- Floral Logistics has to put it in; am I correct?

A    Yes.

Q    The due date as well, you have to put that in, correct?

A    No.  That is set up once the customer profile -- in our system, there's a paper system.  There's a place called customer profile.  We set it up from day one.

Q    Right.

So that once this invoice has been created, automatically then you have this due date;

Page 101

is that...

A    That's correct.

Q    Okay.

But the invoice amount is there where you put it in, the Floral Logistics will put it in?

A    We put the invoice amount in.

Q    Who does that?

A    Who does that now?  I have a billing department.

Q    Let's go back, if we can, I will take you to November 2021.  Okay?

A    Okay.

Q    To '22.

A    Okay.

Q    Who was the person?

A    I have two different -- I have in that case for this country, I have three different people, which only two are left that are still here.

Q    Okay.

But the other one puts in, correct?

A    Yes.

Q    Now, if invoice has been paid, then who goes and deletes or indicates it's been paid?

A    Marta.

Katherine Luna
October 13, 2023

Page 102

Q    Marta.  Okay.

So Marta is the one?

A    She is accounts receivable, correct.

Q    Accounts receivable.  Okay.  Fine.

I know I asked this million times already because, you know, I'm not familiar with the system.

We have this invoice number, right?  If I go by invoice number, I simply have to find all the invoices that is -- that has not been paid; am I correct?

A    That's correct.

Q    But if Mr. Bae has paid, and he has indicated in the memo, either air bill number or invoice number, that -- was it Marta's job to take that from the system?

Do you understand my question?

A    That's her job, correct.

Q    Okay.  Very good.

MR. KIM:  Off the record.

(A discussion was held off the record.)

MR. KIM:  Back on the record.

BY MR. KIM:

Q    So, I got that.

So you, Kathy, now we have accounts

Page 103

receivable person who does manual work, right?  And you don't put in the -- you don't put in the invoice amount, do you?

A    Me, Kathy?  No.

Q    No.

So then, are you the -- are you supervisor in your --

A    I'm account manager, but I supervise every single amount because it has to be paid.  So I analyze every single invoice per month.

Q    I see.

So you supervise Marta and everybody else; is that correct?

A    That's correct.

Q    Kathy?

A    Yes.

Q    I thank you for your coming today.

And it was very nice meeting you.

(Whereupon the proceedings were concluded at 1:00 P.M.)

(Continued on next page for certification.)

Page 104

C E R T I F I C A T I O N

I, Luann Galarza, a Certified Court Reporter of the State of New Jersey, License No. 30X100234600, do hereby certify that the foregoing is a true and accurate transcript of my stenographic notes of the within proceedings, to the best of my ability.

------------------------

Luann M. Galarza, CCR, RPR

License No.: 30X100234600

Dated:  OCTOBER 13, 2023

Katherine Luna
October 13, 2023

**0**

**05**
  96:14,25
  97:14 98:1
**09-26**
  9:15

**1**

**1012935**
  94:3
**11**
  96:16
**120**
  55:9,11
**15**
  96:18
**19**
  9:15 45:9,
  12,16,22
**1:00**
  103:20
**1st**
  88:18

**2**

**20**
  46:1
**2000**
  17:1
**2019**
  10:14 42:22,
  23
**2020**
  46:1,2
**2021**
  38:15,16,17
  41:2 91:10
  101:11
**2022**
  41:8 42:23
  76:22

**2023**
  7:6,11
**22**
  101:13
**24**
  20:19 25:19,
  25 32:2 41:1
  62:25
**26**
  10:13

**3**

**30**
  53:5,6,9,10,
  12,19,21
**30(b)(6)**
**witness**
  61:13
**30-day**
  90:5

**4**

**45**
  53:24

**6**

**60**
  54:4,7

**9**

**90**
  52:2,5 54:9
**99**
  57:24

**A**

**A-F-E-K**
  13:2
**A-R-I**
  12:25

**A-Y-M-A-R-A**
  87:5
**abbreviation**
  93:16
**ability**
  62:20
**able**
  6:8 33:6
  34:18 44:6,
  10 53:4
  62:22 81:20
  84:19 98:15
**above**
  68:16 72:14,
  15
**accent**
  44:2
**accept**
  11:17,20
  12:5,8 63:21
  87:16
**accepting**
  11:4
**access**
  12:20 15:8
  95:15
**account**
  44:19 50:2
  75:22 103:8
**accounting**
  12:18,19
  14:14 21:23,
  25 23:17,20
  79:7 81:23
  96:11 97:20
**accounts**
  89:22 102:3,
  4,25
**acquired**
  73:14
**acquiring**
  73:14
**across**
  27:10,12
**actual**
  92:23

**adding**
  90:7,8
**additional**
  100:12
**address**
  11:13,17,25
  12:2,6,9,12,
  20 68:6
  87:17
**afterwards**
  79:9
**agencies**
  30:17 77:18
  81:19 82:1,
  25 83:15
  86:2 88:3
  92:15,23
  93:8 95:14
**agency**
  76:14,17,19
  92:16,21
  99:11
**agency's**
  95:19
**agent**
  30:7 76:23
  77:2
**agents**
  95:10
**aging**
  54:24
**ago**
  6:25 7:1,18
  25:18,21,25
  26:13,23
  38:18
**agree**
  12:1 33:20
  60:8,16 64:1
  76:11 80:4
**agreed**
  72:20
**agrees**
  11:16
**ahead**
  28:16

Katherine Luna
October 13, 2023

**air**
  96:2 99:7
  102:14
**airline**
  17:20 78:17,
  22 79:5 80:7
**airlines**
  79:25 80:7
  88:7
**airplane**
  85:18 93:18
**airway**
  44:21 92:6,
  10,11,12,17
  93:9,17,21
  95:8,9 96:17
  97:5,7
**allocates**
  99:16
**allowed**
  22:24
**America**
  78:12 79:22
  81:19 85:12
  86:3,25 87:7
  88:4,17
  95:10 99:11
**American**
  93:7
**amount**
  32:4 44:12,
  19 46:21
  47:24 49:13
  56:23 73:19,
  23 74:11
  100:3,4,5,7,
  9,13 101:4,6
  103:3,9
**amounts**
  46:21 47:25
  49:13,17
**analyze**
  103:10
**Anne**
  5:1 8:25
  9:24 11:1,2,
  16,19,20

17:4 22:18
87:14
**answer**
  6:5,12 19:8
  41:22 50:19
  56:20,23
  58:16 61:8
  62:10,19
  65:8 69:20
  73:25 79:6
**answered**
  12:11 45:4
  58:4 59:17
**answering**
  75:20
**answers**
  6:7
**anticipate**
  19:3
**anybody**
  29:24 39:20
  42:1
**anyone**
  5:7 28:6,9
**app**
  15:23 18:19
  27:18
**applicant**
  31:16 51:6
  70:7
**applicant's**
  72:7
**Applicants**
  30:5 31:24
  32:21 72:19
**application**
  15:21 16:23
  18:17,21
  19:21,22
  20:4,14
  23:21 24:3
  25:13 26:2,7
  27:13 60:9,
  10,16,17,20,
  23,24 61:1,
  18 63:2,4,6,
  11,16 64:5

65:12,18,23
66:7 71:5
**applications**
  19:7
**applying**
  61:2
**appreciate**
  25:6
**approval**
  63:5
**approve**
  19:22,25
  31:16 53:23
  62:11
**approved**
  18:6 20:10
  29:16 38:11
  48:11,19
  63:25 64:4,
  11
**approves**
  63:19 70:5,6
**approving**
  18:16,21
  19:6,20 24:8
  38:8 53:24
**approximately**
  6:25 7:1
  26:13 38:17
  45:4 88:16
**April**
  76:22 83:1
  84:2,5,24
  85:1,3,7
  88:18
**Ari**
  12:25
**arising**
  76:6
**arrive**
  90:21
**arrives**
  90:19
**asked**
  22:3 69:21
  86:9 102:5

**asking**
  9:10 16:16
  22:8,10,11
  31:9 32:14
  33:10 35:1
  48:14 62:20
  69:21 84:17
**assigned**
  93:14
**attach**
  94:5
**attached**
  8:15 33:16
**attention**
  30:2
**attorneys**
  86:9
**authorization**
  15:24
**authorize**
  30:6
**authorized**
  30:13 46:18
  47:22
**automatically**
  96:8 98:23
  100:25
**average**
  41:5 56:16,
  17
**aware**
  36:2
**Aymara**
  87:1,5 92:22

---

**B**

---

**B-A-D**
  75:11
**B-A-E**
  9:22
**B-O-I-A-N-G-
I-N**
  19:16
**back**
  8:8 10:12
  12:14 15:12

Katherine Luna
October 13, 2023

17:14 19:1 24:1,6 32:16 34:1 38:15, 17 46:9 52:17,25 59:12,23 63:21 65:7 69:10,22 70:3 71:3,21 73:25 74:4 75:19 76:19 83:11 86:21 92:2 94:24 96:14 101:10 102:22

**bad**
75:11,17

**Bae**
9:22 10:1,4, 7,8,15 13:20 20:6,9,12,25 23:10 24:2,6 30:24 35:11, 23 39:2 41:12,25 42:7 50:6,25 60:1 61:2,18 62:3 64:23 65:8 66:7 70:7 79:4 102:13

**Bae's**
48:11,18 60:5 66:15

**bank**
75:5,9,14,15

**barrier**
44:1

**based**
39:17 40:1, 2,14 41:9,13 48:8,17 62:24 63:5 85:10 96:23 99:6

**basically**
17:18 51:22 91:15 92:7,8

93:17

**basis**
49:17 50:10, 11,13 80:23

**begin**
26:14

**beginning**
13:16 27:16 97:3

**behalf**
5:2 11:4 60:1,5 61:2 67:6 75:21 79:4

**believe**
33:24

**besides**
21:9 42:1 95:23

**best**
6:23 26:11 61:14,17 62:19

**big**
33:22 34:1

**bill**
23:13 32:5 44:21 76:8 92:6,10,11, 12,17 93:9, 21 95:8,9 96:2,13,17 97:5,7 98:12 99:7 102:14

**billing**
101:8

**bills**
93:17

**board**
86:3

**Boiangin**
18:24 19:11

**book**
79:10

**books**
79:10

**boss**
29:16 62:11

**bottom**
49:7 72:3

**box**
25:5 94:5

**boxes**
88:17,22 100:10

**brain**
26:16

**break**
6:10,12,13 73:16

**bring**
30:2 59:12 75:3

**bringing**
75:4

**brings**
100:10

**brought**
33:16

**bunch**
92:9

**business**
17:20 25:20 63:2,5 64:6, 12 65:15 69:4 90:17 94:10

**button**
97:21,22 98:3,9,19,21 99:1,15

**buys**
81:3

---

**C**

---

**C-A-R-G-E-X**
77:25

**C-A-S-A-Y-A**
36:15

**C-O-U-N-L-E-R-S-U-R**
33:19

**C-O-U-N-T-E-R**
34:22

**C.g.x**
94:3

**C.o.d**
50:8

**C.O.D.**
49:17,20,24 50:4,7,10, 11,13,16,25 51:6,20 52:10,13,16, 23

**call**
10:1 13:4,6 14:24,25 22:19 23:6 40:9,16 41:19 43:22 78:20

**called**
15:21 37:2 44:9 57:15 82:4,7 100:21

**calling**
44:14

**calls**
41:19 79:4, 12 82:1,11, 12,19,22

**capable**
22:10,12

**Cargex**
77:25 78:6,7 93:15

**cargo**
32:2 75:3 76:8,14,17, 19 77:18 93:22

**Casaya**
36:8,14 38:6

**case**
11:19 32:3 43:2 55:10 66:2 70:7

Katherine Luna
October 13, 2023

71:7,8
75:19,25
76:3 93:15
94:3 97:1
98:24 101:17
**Cash**
49:21
**caused**
88:6
**cellphone**
43:23,24
**certification**
103:22
**chance**
11:19
**change**
17:21 18:5
52:12 63:3
64:4 74:12
**changed**
65:3,11
**changes**
62:3 63:9,20
65:16 74:12
96:23
**changing**
52:10
**charge**
12:23 18:20
19:6 24:8,23
36:4,7,9
75:21
**charges**
18:3 75:5,8,
9,11,14
76:9,10
**check**
11:9 25:5
75:17
**checked**
68:17 69:14
**claim**
31:25 32:17,
22 34:11,12,
13,15 35:15,
24 36:2
37:11 38:11

39:4,7,13
40:3 41:13,
16,18 43:16
54:13,18,21,
23 55:2,4,8,
12,20,23
56:1,2,5,6
57:5,7,14,
15,16,17,20
58:3,15,19,
23 59:1,13,
20,25 60:4
**claimant**
40:15 57:18,
21 59:22
**claiming**
40:3 59:13
**claims**
31:25 32:23
34:16 36:5,
9,17,20,21,
25 37:3,7,
12,18,19,22
38:4,22
39:2,18
40:4,10,15
42:1 56:3,7,
8,10,24
57:6,9
**clarify**
40:9 86:5
**client**
11:7,9 22:20
37:2 56:1,5
83:16 87:20
100:9
**client's**
7:19 16:5
**Collection**
43:7
**collections**
43:6
**Colombia**
78:3
**Columbia**
77:3,14
**column**

69:14
**combination**
84:10,11
**come**
26:6 27:12
92:9
**comes**
15:23 27:18,
21 63:10,24
96:3,5
**committed**
46:16 47:5
**communicate**
44:11 82:15
**company**
12:17 13:12
14:7 18:4
20:6,9,13,
20,21 21:11
24:2 28:6,10
29:24 42:11,
14 48:19,20
50:6,11,25
51:5 53:8
58:15 59:7,
23 60:1,6
61:3,19,23
62:3,5 63:1,
3,14,15,16,
17,20 64:4,
10,13 65:9,
14,19,24
66:3,9,24
67:1,6 80:16
81:9 87:11,
15
**company's**
64:25 65:11
**compared**
80:1
**complaint**
8:16,19
33:17 34:8
43:11 89:14
**complete**
49:5
**computer**

14:11 15:5
21:19,20,21,
22 97:24
99:6,12
**concluded**
103:20
**condition**
51:7
**connection**
58:23 73:18
76:7 82:25
**consider**
48:8
**consolidators**
92:7
**contact**
17:23 76:12
82:8
**contacted**
76:24
**contacts**
13:22
**contained**
29:20
**contents**
28:1,19
**continue**
46:19 47:22
49:6 63:4
64:12
**continued**
103:21
**continues**
54:17 65:14
**continuing**
54:16
**conversation**
42:18
**conversations**
42:19,24
**convert**
49:24 51:20
52:25
**converted**
50:16
**coordinates**
92:22

Katherine Luna
October 13, 2023

copies
  21:10,19
  83:2
copy
  35:6,11
corporation
  68:17 69:4
  70:1
correct
  7:4,25 8:12
  13:25 14:18
  15:16 20:25
  23:23 24:17
  26:1,2,3,8,9
  33:6 34:19
  35:20,21
  36:23 37:4,
  19,24 38:12,
  13 39:1,3,10
  40:21 42:2,
  8,14 43:12
  45:5 48:1
  50:12,14
  52:10,13
  53:1 55:5,7,
  20,24 57:10
  59:2,9,23
  61:24 63:17,
  18 64:6,23,
  24,25 65:4,
  5,12,16,17
  66:9,19,21
  67:10,24
  68:10,20
  72:14,17,18
  73:1,20
  74:13,15,17
  76:7,13
  77:12,13,17
  78:6,9,13,
  15,18,22
  79:22 80:1,
  7,16 82:2,3,
  16 84:7,12
  85:19 87:12
  88:23 90:14,
  18,22,23
  91:1,16,17,

21 92:17,18
93:3,5,6,8,
9,10,24
94:1,5,6,20
95:3,10
97:2,3,11,14
98:4,10,11,
14 99:3,4,8,
13,16 100:1,
3,5,15,18
101:2,21
102:3,11,12,
18 103:13,14
correctly
  15:14 30:18,
  19 47:7 48:3
Counsel
  11:1,18
  89:10
counter
  32:18 34:21
  35:15,19
countersuit
  31:25 32:23,
  25 33:6
  34:15,18
  35:16
country
  101:17
couple
  7:18
course
  13:7 43:13
  62:8 82:18
  88:20 90:20
COURT
  5:6,11,14
  9:16,19,23
  19:12 24:20,
  25 25:7
  30:9,12
  45:10,13,17
  56:4,8,12
  58:10 70:18
  71:23 74:1,3
  75:7,10,15
  79:14 84:25
  85:4

COVID
  45:8,9,12,
  15,16,17,22,
  25
create
  90:5
created
  27:7 90:7,
  16,22 100:25
credit
  15:21,23
  18:1,16,19,
  21 19:6,20,
  22 23:21
  24:3 25:13
  26:2,7
  27:13,17
  30:7,15,16,
  23 31:8
  46:16,17,21
  47:6,16,17,
  21,24 48:11,
  12,19 49:12
  51:13,14,15
  52:13,17,25
  53:5,9,20
  60:9,10,16,
  17,19,23,24
  61:1,2,12,18
  62:1,4 63:5,
  10 64:13
  65:18,23
  71:5
credit's
  47:19
credits
  24:8
current
  54:24
custody
  86:2 88:3
customer
  13:23,24
  15:22,24
  16:1,5 17:24
  18:6,14,18
  20:22 21:11
  22:13 27:17

31:3,10
37:11 39:22
42:10 47:16
51:5,11
52:4,16
53:11 54:13
55:4,8,23
57:7 59:10,
22 63:8,21
64:3 76:2,15
82:22 87:1
89:24 90:18
93:12,13,25
94:1 96:17,
23 97:4
98:13 99:21
100:11,19,21
customer's
  95:22
customers
  36:5 38:23
  40:3 52:14
  57:25 58:6,
  14,20 59:8
  78:21 79:21
  80:6 92:9
  93:14 96:18,
  22 97:8
cut
  46:25

---
D
---

D-H-A-N
  10:9
daily
  17:20 90:6
damages
  32:7
Dan
  18:6,24
  19:9,10
  20:19 24:13
  29:16 62:6
Daniel
  5:4,23 10:10
  14:21,24,25

Katherine Luna
October 13, 2023

20:20,25
44:18 66:3
**dash**
96:15,16
**data**
14:5 98:9
**date**
7:18 10:13
13:15,17
15:9 17:19,
22,23 18:11
25:21 26:25
45:6 54:15,
16,24,25
55:5 100:1,
17,25
**day**
17:21 18:9,
10 76:22
78:11 79:20,
24 80:5
83:1,16 85:6
100:22
**days**
51:17,18
52:2,3,5
53:5,6,9,10,
12,13,20,21,
24 54:4,7,9,
10 55:9,11
**deadline**
22:23
**deal**
23:3
**dealing**
20:13
**decide**
62:8,9
**decided**
62:6
**decides**
38:11 54:22
**decision**
48:6 51:23
56:3,11,18
63:24

**declared**
32:4
**Defendant's**
11:3
**defendants**
5:5,24
**delay**
88:4
**delayed**
88:3,11
**delays**
32:5 85:12
88:5
**deletes**
101:24
**delivery**
49:21
**demand**
78:15 79:13
80:12,14
**demanding**
78:21
**demands**
79:21 80:1,
5,22 81:10,
21
**denied**
38:12
**denying**
38:8
**department**
36:9,17,20,
21 37:3,8,
12,19,22
56:3,7,9,10
57:2,6 61:12
101:9
**depending**
18:5
**deponent**
12:10
**deposed**
5:24 7:13,
16,17
**deposition**
9:2,25 24:22
89:4

**depositions**
22:25
**describe**
51:8,9 55:10
70:5 89:20
94:9,12
**described**
23:11 30:23
81:19 86:24
**describing**
76:5
**designated**
98:2 99:7
**destination**
94:19
**detail**
29:1
**determination**
56:17
**determined**
19:25 46:21
47:25 49:13
**Dhan**
39:5 66:3
**difference**
86:4 98:7
**different**
12:3 20:21,
24 42:11,13
63:15 76:9
96:11 97:21,
22 101:16,17
**difficult**
78:18
**diligence**
31:15
**direct**
37:3,18
**directed**
46:19 47:22
**director**
15:25 18:7
19:18,19
24:8 29:21
31:15 53:18,
19 70:4

**director's**
51:23
**disagree**
33:20
**disapprove**
49:1
**disapproved**
48:12,20
**discontinue**
46:19 47:23
**discovery**
22:2,23
**discretion**
46:20,23
47:2,24 48:1
49:5,15
53:17
**discuss**
87:20
**discussion**
8:7 46:8
71:2,16
83:10 86:20
92:1 94:23
102:21
**dispatch**
32:7,11
**disprove**
31:16
**disproves**
70:5
**dispute**
54:16
**document**
8:2,11,15,
20,23 9:1,6,
12 10:14
13:20 14:3,
8,10 15:4,
15,17 16:19
17:8,15,17
18:8 23:6,8
25:11 27:10
28:2,13
29:7,20 31:3
33:1,14,16,
18 34:7,14

Katherine Luna
October 13, 2023

35:10,11
46:5 67:13
69:1 85:15
89:5,6,13,
20,21
**documentation
s**
28:7
**documents**
16:17 19:24
40:1 83:3,
14,18 84:9,
18 85:10,11
86:2,8,10
**doing**
23:1 63:2
64:6 66:12
**dollars**
32:3 44:20
**downloads**
92:24
**drive**
14:17
**duces**
16:16
**due**
31:15 32:7
44:12,13,15,
19,22,25
50:3 51:7,
10,19,20
54:15,16
55:5,20,24
72:23 76:5
88:6 100:17,
25
**duties**
18:4

---

**E**

---

**earlier**
30:23 81:25
**easier**
64:2 97:12
**Ecuador**
77:2,5,12

78:2
**Edgard**
36:8,14 38:5
**effective**
17:19,22,23
**eight**
96:16
**either**
15:4 40:16
70:13 102:14
**email**
14:20,22,23
17:24 32:1
38:3,5
40:10,16
58:1,5
**emailed**
83:2
**emails**
82:11
**employee**
60:5
**employees**
97:14
**end**
85:7 96:22,
23
**ending**
47:2 97:9
**English**
84:9
**entire**
93:22
**entirely**
49:18
**entry**
98:9
**established**
9:21
**estimate**
52:1
**estimation**
6:23,24
26:12
**event**
75:1 79:24

**everybody**
53:12 78:12
81:3 93:14
96:15 103:12
**everybody's**
96:12
**Everyone**
53:11
**everything's**
57:24
**exact**
7:2,18
13:15,17
25:21 26:25
28:7 33:16
34:7 35:6,10
38:20 56:23
62:20 73:22,
23 94:4
**exactly**
10:6 33:15
63:22 76:16
89:10 93:19
99:2,23
**exclamation**
33:19
**executed**
9:7,12 14:4
**exhibit**
89:9,10,15,
17
**expect**
6:5 38:20
**expensive**
82:18,19
**experience**
51:25 62:24,
25
**experienced**
52:21
**expired**
90:5
**explain**
92:4 94:14
95:16 96:25
**extend**
46:16 47:6

**extended**
46:17 47:16,
20,21
**extra**
18:3
**extremely**
50:2 51:7

---

**F**

---

**F-R-E-S-H**
77:9
**fact**
8:18
**failed**
40:3,15
**fair**
24:5 27:3
**familiar**
8:11 69:25
102:6
**far**
48:3,18
**fax**
32:1 40:16
**fee**
72:23 73:13
**fees**
71:7,10
72:11 75:21
76:1
**figure**
14:21 68:11
95:12
**figures**
63:20
**file**
36:2 54:18,
21
**filed**
41:16,17
43:12
**filing**
54:23
**fill**
59:22 63:1,
16 64:5

**filled**
59:12 63:11
**find**
23:21 30:23
39:17 40:2
58:14 71:6
79:9 95:24
102:9
**finds**
99:15
**fine**
11:15 24:5
27:6 44:3
64:20 69:19
102:4
**finish**
18:23 19:2
85:16
**firm**
11:20 12:7
16:19 87:16
**first**
7:14,15 10:9
27:11,23,24
29:3 32:20
47:4 85:7
87:3 88:18
89:16 90:19
93:21 96:1,
15 97:23
**five**
6:25 7:1
26:22 31:18,
21,23 32:16,
19,20 70:19
96:16,19
98:24
**flights**
80:11
**Floral**
5:2,10 7:24
10:15 14:8,
10 21:12
23:10 25:12
26:6,13 30:6
38:22 39:2
46:15,17,22
47:4,21,25

48:6 49:13,
23 67:14
72:8,20
74:24 76:12,
24 78:20
79:3 81:25
82:5,8 83:3,
14,17 87:9
90:1,17 93:4
100:14 101:5
**Florida**
79:25 80:7
85:12 87:8,9
**Flower**
61:3 71:6
97:2 99:3
**flowers**
53:10,12
78:12 85:15
**follows**
5:17
**form**
14:23 18:13,
15 20:4
24:10 26:2,
14 27:7
28:14 32:12
33:3 34:23
37:13 47:10
48:13,21
55:13 56:19,
24 57:5,10,
14,15,16,17,
20 58:3,15,
21 59:7,11,
12,21 60:4,
11 61:5,6
65:20 67:5
69:6,16
71:12 73:5
80:8,17
83:20 85:20
**forms**
39:18 40:4,
6,8 41:9,13
57:7 58:20
59:2,25

**forward**
10:4 57:6
58:5
**forwarded**
10:14 13:20
**found**
69:11
**four**
30:3
**freezer**
88:12
**Fresh**
77:2,5,9,11
78:2
**front**
16:4 17:16
**full**
24:22 25:5
54:19,22
89:25 91:4
**fumigations**
18:3
**future**
72:6,7,11,
19,25 73:17,
21

---

**G**

---

**Garden**
53:5 61:3
67:14 71:6
74:20 76:3,
11 79:5
83:17 97:2,
17 98:1,2,4
99:8
**gave**
18:10 100:11
**general**
6:4 81:13,15
**generate**
74:16,18,25
75:18 76:10
95:17 99:20
**generated**
93:7 95:9

96:13 97:24
98:21 100:8
**generates**
95:6 97:15
**generating**
75:1 90:12
93:2
**gestures**
6:6 84:21
**getting**
52:24
**give**
6:3 8:5
17:7,8 18:9
24:22 25:4
26:10,15,24
33:21 34:3
47:16 48:7
53:19 64:12
77:19 89:2
**given**
27:15 30:25
**glass**
35:8 49:10
**glasses**
33:12
**goes**
34:10 91:20
101:24
**going**
6:8 8:2,22
10:4,12 11:8
12:1 16:12
22:18,19,22
23:23 26:11
44:18 45:6
61:7,20 68:4
76:20 81:4
85:6 87:19
89:3 98:1
**good**
5:21,22 20:3
22:17 24:15,
18 28:21
70:17 85:15
91:14 102:19

Katherine Luna
October 13, 2023

goods
  88:5,6,12
  94:19
great
  17:6 49:19
  66:12 87:13
grounds
  48:25
guess
  6:19 63:20
guy
  36:18

_____

        H
_____

H.A.B.
  93:23
H.A.W.B.
  93:11
handles
  36:25
happen
  74:25
hard
  14:17 21:10,
  18
head
  77:1 88:20
hear
  7:7 75:12
heavy
  79:12
held
  8:7 46:8
  71:2,16
  83:10 86:20
  92:1 94:23
  102:21
help
  15:4,13
helps
  79:18
high
  78:15 79:21
  80:5,21
  81:10

history
  15:19 20:6
  23:9,12,18,
  20 30:24
  31:8
hit
  99:15
hold
  31:3 71:24
  73:11 74:1
holding
  88:5,6
holiday
  80:24
home
  11:13,17
  12:6,9,11,
  12,20
hours
  32:2
house
  93:13,17
  94:12
housing
  93:23 94:11
  95:9 96:2
  98:12 99:7
Hum
  85:23
human
  12:21,23
  34:2

_____

        I
_____

identificatio
n
  8:24 89:7
identified
  97:1,16
identifies
  93:22
identify
  97:8
important
  17:21

include
  41:18
including
  30:16
incorrect
  97:18
indicate
  39:13 48:25
  49:4 66:23
  67:5 70:6
  88:21,24
indicated
  102:14
indicates
  21:11 64:22
  96:16 101:24
individual
  63:14
information
  13:23 14:9
  15:8 17:16,
  23 22:13,20
  23:7,8,9
  30:22 31:7
  37:8,12,23
  38:2 50:20
  82:24 91:16
  92:14,20,24
  93:5 95:13,
  20,21,22
  98:10,24
  99:12
input
  93:4
inquire
  27:25 29:19,
  23 30:7,10,
  15
instruction
  26:10
integrity
  32:8
interested
  41:1,2 84:5
internal
  15:22 59:7
  95:21

invoice
  23:13,14
  44:10,15,20
  54:18 73:13,
  19,23 74:11,
  16,18,25
  75:1,18,22
  76:1,7
  88:21,22,25
  90:4,7,8
  91:18 95:2,
  5,21 96:6
  98:1,3,22
  99:1,19,20,
  23 100:13,24
  101:4,6,23
  102:8,9,15
  103:2,10
invoices
  64:22 81:9
  89:24 90:11,
  24 102:10
issue
  11:8

_____

        J
_____

January
  46:1
job
  13:14 91:15,
  22 102:15,18
Judge
  22:24

_____

        K
_____

Katherine
  5:9
Kathy
  10:3 13:6,9
  14:24 15:13
  16:25 17:5,
  12 18:12,25
  22:5 23:2,7
  28:16 30:19
  31:6,14,18

Katherine Luna
October 13, 2023

32:14 33:15
34:6,17,25
46:13,25
47:7 49:6
60:8 61:10
62:17 64:1,
10,16,21
66:12 68:15
70:25 73:8
74:8,13,17
76:7 78:11
79:20 83:13
85:8 86:7,9,
17 87:24
89:18 90:14
91:22 92:5
102:25
103:4,15

**keep**
14:4,10

**kept**
88:4,12

**kilos**
100:10

**Kim**
5:4,19,20,23
8:5,8,9,25
9:4,5,18,20,
24 10:6,11
11:1,10,11
12:4,13,15
16:14,18,21,
25 17:11
19:14 21:14
22:10,14,18
23:2,5
24:11,19,21
25:3,8,9
28:15 30:10,
11,14 32:13
34:24 37:15
45:12,15,20
46:7,9,10
47:13 48:16,
24 55:16
56:7,10,13,
15 57:3
58:12,22

59:5,16
60:13,21
61:9 65:22
66:4 69:8,18
70:18,20,24
71:1,3,4,14,
20 72:9
73:7,24
74:6,7 75:23
79:16,19
80:13,20
81:14 83:8,
11,12,21
85:2,5,22
86:19,21,22
87:14,21,23
89:8,12
91:25 92:2,3
94:22,24
95:1 102:20,
22,23

**kind**
31:20 46:13

**KL-1**
8:22,24 9:2
25:11

**KL-2**
89:3,5,7,17

**knew**
42:7,9,10
99:6

**know**
6:11,18,24
7:19 8:25
9:7 10:14,
16,18 11:13,
14 12:6,11,
12 13:10,15,
16,19 14:14
15:7 17:4,5
19:2,21
20:8,9,12,
16,17 22:5
23:22,24
24:2,4,12
25:3,12,20
26:10 27:7,
11 29:5,7,20

31:1,14
32:11,14
35:23 36:1
38:21 40:6
41:12,14,25
42:3 43:9
44:24 45:3,
7,24 49:23,
24 56:2,6,22
57:5,8,22
58:16,19,25
59:6,7,10
60:20 61:8,
14 62:10,11
64:16 65:2
67:12,22
68:2,25
69:5,9,17,
20,23 70:9
72:5 73:3,22
74:11 75:17
76:12,25
77:7 78:11
79:6,11
80:10,11,12,
21 81:1,18,
22 83:1,13,
17,19,22
84:23 86:12,
13,15,24
88:1,8,11,
14,16 89:4,
10 96:1,9
102:5,6

**knowing**
21:9 65:16

**knowledge**
61:17 62:25

**known**
9:21 10:2
20:25 21:1,6

**Kotlarz**
5:1 9:3 10:3
11:6 12:1,10
16:12,15
21:13 22:8,
22 24:10
28:14 32:12

34:23 37:13
47:10 48:13,
21 55:13
56:19 58:21
59:3 60:11,
18 61:5
65:20,25
69:6,16
71:12 73:5
80:8,17
81:12 83:20
85:20 87:19

_____

**L**

_____

**L-O-G-I-S-T-I-C-S**
77:10

**L-U-N-A**
5:13

**lack**
39:18 41:9,
13 88:6

**lading**
32:5 76:8

**language**
44:1

**late**
71:13 75:4,
8,13

**lawsuit**
35:24 50:7

**leave**
11:16,24
13:14

**left**
101:18

**legal**
71:7,9 72:11
75:20 76:1

**letter**
35:1,2,14

**letting**
17:4,5

**liabilities**
32:5

Katherine Luna
October 13, 2023

**liability**
 32:3,7
**limitations**
 80:10
**limited**
 32:3 80:1,6
**Linda**
 10:19 11:4,
 13 12:20
 13:4,19
 15:15 18:7
 20:19 30:25
 37:2 42:1
**Linda's**
 11:2 13:3,9
 14:13,19
 20:22
**line**
 46:20 47:24
 48:4 49:12
 52:13,17,25
 53:5,9,20
 54:14 57:17,
 21 62:4
 72:14,16
**links**
 97:19,20
**location**
 93:23
**logistics**
 5:2,10 7:24
 10:15 14:9,
 10 21:12
 23:10 25:12
 26:7,14 30:6
 38:22 39:2
 46:15,18,22
 47:5,21,25
 48:6 49:13,
 23 72:8,20
 74:24 76:12,
 24 77:2,5,
 10,11,17
 78:2,20 79:3
 80:10 81:23
 82:1,5,9
 83:4,14,17
 86:24 87:10

 90:1,17 93:5
 94:10 100:14
 101:5
**logs**
 14:5
**long**
 23:16 25:18,
 21 26:13
 42:7,9 51:12
 56:2,6,17
 86:13
**longer**
 13:12,13
 54:7 64:11
**look**
 31:2,18
 33:11,24
 34:6,7 46:6,
 11 50:9
 68:15
**looking**
 25:11 35:5,
 6,7,10 70:8
 71:9 72:13
 98:12
**lose**
 71:8
**lost**
 30:10
**lot**
 25:3 78:24
 79:12 84:18
 86:13
**louder**
 7:9
**Luna**
 5:9,21 10:12
 11:12 12:14,
 16 13:3
 64:16

───────────
          **M**
───────────

**M-A-R-T-A**
 91:6
**M.A.W.B.**
 92:5

**madam**
 6:6 9:20
 10:7 24:19
 56:13 89:8
**made**
 6:6 31:25
 32:23 34:2,
 16 35:23
 37:7 38:22
 39:2,7 42:1
 55:4,8,11
**magnifying**
 35:8 49:10
**main**
 92:10,11,16
 93:21 95:8
 96:1 99:6
**make**
 6:23,24 7:2
 29:10 31:24
 32:17,21,24
 33:3 36:12
 40:15 44:9,
 15 48:6
 56:3,10,18
 64:2 69:15
 94:17
**makes**
 37:11 54:13
 56:2,5 57:7
 63:23 97:12
**making**
 40:3,10
 41:18 55:19,
 23 56:17
 58:23
**manager**
 12:18,19
 103:8
**manipulate**
 98:7
**manual**
 103:1
**March**
 46:2 85:1,2
**mark**
 8:22 9:2

 89:3,5
**marked**
 8:23 89:6,
 14,17
**Marta**
 91:3,6 92:19
 101:25
 102:1,2
 103:12
**Marta's**
 102:15
**master**
 92:6,8 93:9
 94:12 98:12
**matter**
 98:6
**maximum**
 54:10
**mean**
 29:1 34:16
 46:25 47:9
 48:4 63:18
 74:22
**meaning**
 9:8 10:1
 29:23 38:3
 40:8,9 42:13
 93:12
**meanings**
 28:1,7,10,13
 29:19
**means**
 7:1 17:19
 30:16 32:11
 68:25 69:3
**meant**
 63:23
**measurement**
 6:24
**meeting**
 103:18
**member**
 87:11
**memo**
 102:14
**Miami**
 5:3 30:6

Katherine Luna
October 13, 2023

46:15,18
47:5,21,25
49:14 57:25
88:18 90:2

**Mid**
85:7

**million**
102:5

**mind**
13:4

**minute**
34:3

**mistake**
34:2

**moment**
23:24 90:6

**money**
43:4,5

**month**
41:5,6
103:10

**months**
51:20

**morning**
5:21,22

**Mother's**
76:22 78:11
79:20,24
80:5 81:11
83:1,15

**multiple**
96:22 97:8

**mute**
74:4

___

**N**

___

**N-U-N-E-Z**
10:24

**N.F.S.**
75:17

**name**
5:12,23 7:19
9:17 10:9,
18,21 11:2
13:1 17:24
19:10 20:21,

24,25 24:22
25:1,5 27:19
36:8,10,14
42:11 62:3
63:3,9,10,
15,20 64:4,
6,10,22,25
65:15 66:18,
21 67:10
68:6 69:22
87:4 91:3,4,
6

**need**
6:10 11:6,9,
17,21 12:5,
7,9 86:5
87:17,19
89:8

**never**
40:14 41:16,
17 42:17

**nice**
62:1 103:18

**nicely**
49:6

**night**
33:22

**nine**
29:11 46:12,
14 48:17
72:13,16

**Ninety**
52:3

**nodding**
6:6

**notation**
15:5

**notations**
18:3

**noted**
17:22

**notes**
15:19 19:25

**notice**
11:2 46:20
47:23 49:8,
15 82:23

**notification**
78:8

**notifies**
76:14 89:23

**notify**
82:4,20

**November**
101:11

**number**
17:25 30:2,3
31:18,23
44:10,16
50:18,19
61:6 67:25
68:7,9 69:11
92:8,17
93:14 95:2,5
96:6,13,14,
18,21,22,23
97:9 98:12,
20,24 99:19,
20,24 102:8,
9,14,15

**numbers**
96:8,10
97:4,23

**Nunez**
10:22 11:5,
13 13:4
30:25 86:7

**Nunez's**
12:20

___

**O**

___

**O-C-H-O-A**
91:7

**object**
16:12 22:22

**objection**
21:13 23:3
24:10 28:14
32:12 34:23
37:13 47:10
48:13,21
55:13 56:19
58:21 59:3

60:11,18
61:5 65:20,
25 69:6,16
71:12,14
73:5 80:8,17
81:12 83:20
85:20

**obligated**
73:12

**obligation**
72:25 73:4,
9,10,17,18,
19

**obligations**
72:7,20
73:21

**obtain**
58:15

**Obviously**
63:24

**occasionally**
54:2

**Ochoa**
91:3,7

**office**
11:4 50:18

**okay**
6:2,8,9,14,
16,21 7:15,
20,23 8:3,4,
10,14,16,17,
20,21 9:22,
23 10:8,17,
25 11:10,15,
18,22,25
12:10,13,22
13:18 14:13,
16 15:1 16:7
17:2,9,18
19:3 20:3
21:17 22:5,
17 23:19,25
24:5,14,18,
25 25:7
26:20 27:6,
9,11 28:4,
21,25 29:14
30:1,21

Katherine Luna
October 13, 2023

31:13 34:9,
15 35:4,13
37:16,25
38:14,15,25
39:11,16
40:22 41:7
42:4,16,21
43:10 44:4,8
45:17 46:4,
15 47:3,15,
18 49:9,11,
12,19 53:13
54:1,6 55:4,
9,21,22
58:2,9,16,
18,25 60:3
61:16 62:1,
3,14,20,25
63:8 64:8,20
66:5,11,17
67:8 69:9,19
72:2 73:15
74:23 75:3,
24 76:20,21,
22 79:1
81:7,17,24
82:6,10
83:6,17,25
84:6,22
85:4,6,16
88:9,15,25
89:1,11 91:6
94:24 96:7,
24 99:18
101:3,11,12,
14,20 102:1,
4,19

**once**
29:16 42:25
52:16 82:22
95:13 96:5,
10 98:22
99:1 100:19,
24

**one**
11:2 13:19
17:7,8 21:1
24:13 29:11

33:21 36:18,
22 38:10
39:4 40:21
43:5 50:18
55:14,18
61:6 67:25
68:7,9 69:11
70:5 71:17
77:1,4,22
82:8 83:8,23
86:17 91:12
92:19 96:3,
15 97:13
100:22
101:21 102:2

**ones**
74:14,15

**open**
89:24,25
90:4

**operation**
81:9

**opinion**
47:12

**opposed**
7:2

**order**
54:17 74:16,
17,24 76:10
98:20

**originally**
54:25 98:6

**outside**
88:13

**owe**
90:1 95:23

**owed**
90:4

**owner**
65:3 66:2
67:2,16
68:3,16
69:3,15,23

**owner's**
65:16

**owner/
director**
68:1,10
69:11,12

---

**P**

---

**P-A-I**
9:17

**P-A-I-H**
9:19,21 10:2
21:5

**P-A-N-A-L-P-
I-N-A**
77:23

**P-E-R-E-D-A**
87:6

**P.M.**
103:20

**packaging**
32:8

**page**
16:23 89:16
90:15 96:11
97:20 103:21

**pages**
17:1

**paid**
51:12 52:24,
25 54:18,22
55:9,11 79:9
90:1,24
101:23,24
102:10,13
103:9

**Paih**
9:13 10:1,4
21:1,3,4

**Panalpina**
77:22 78:3,4

**paper**
14:15,23
16:2 21:10
100:20

**papers**
14:18 15:5

**paragraph**
46:12,14
48:17 72:13,
16

**part**
8:18 14:19
22:1 72:23
89:14

**partially**
89:25

**particular**
9:6 20:1
31:16 32:6

**partnership**
68:19 69:4
70:1

**passengers**
94:13

**past**
22:24 23:11
24:1 25:22
44:12,13,15,
19,22,24
50:2 51:7,
10,19,20
52:24 55:20,
24 72:7,19
76:5

**pay**
50:4 52:5
71:7 73:12
79:10

**paying**
91:19

**payment**
43:18,20

**payments**
44:19

**pending**
6:13 62:1

**people**
43:3 94:9
101:18

**percent**
57:24

**Pereda**
87:1,5

Katherine Luna
October 13, 2023

Perfect
  91:14
perfectly
  47:1
person
  10:18 13:12,
  13,22 18:7
  19:5 20:1
  24:12,14,23
  25:2 27:15,
  22 36:22
  55:11 62:21
  63:1 64:11
  68:12,13
  70:6 86:23
  100:11
  101:15 103:1
personal
  12:2 47:11
  87:17 95:18
personally
  21:9 61:2
phone
  17:24 40:9,
  16 41:18,19
  42:18,20,23
  43:16,25
  68:6 79:4,12
  82:11,12,18
physical
  16:1
physically
  18:11
pick
  85:6
picking
  98:23
pinpoint
  84:1
place
  49:16 71:6
  74:20 100:21
plaintiff
  5:2 22:21
  24:7 28:6
  62:2

plane
  92:8 94:13
please
  5:7 6:18 9:2
  19:8 34:4
  46:11,14
  49:8 51:9
  71:19
point
  10:4 33:19
  52:18 72:24
  77:19
policy
  53:16
possession
  83:3
possible
  22:16
prepared
  83:24
present
  72:7,19
president
  67:23 70:14
press
  96:12 98:2,
  5,22 99:1
previous
  23:9 42:10
  65:7
previously
  20:10 24:2
print
  14:11 22:6,
  7,9
printing
  22:11,12
Prior
  20:19
problem
  17:3 62:23
  70:2
problems
  33:23
procedure
  13:21 14:15
  56:24 57:5,

7,9,14,15,
16,17,20
58:3,15,20
59:1,21,25
60:4
procedures
  19:21
proceedings
  103:19
process
  18:16 19:20
  38:2 95:16
processed
  57:12 59:14
produce
  16:19
produced
  17:2,3 61:13
  62:21 83:2,
  18 84:7,8
  86:18
product
  18:2 100:9
production
  22:19
profile
  15:22,23,24
  16:5 18:14,
  18 20:5
  27:17 31:4,
  7,10 100:20,
  21
program
  95:14
properly
  36:13
Propertyship
  68:23
proprietorshi
p
  68:24 70:1
protocol
  13:25 14:4,
  7,12,13 38:3
  51:5 52:7,8,
  9 53:14

provide
  11:25 12:2
  40:4
provided
  34:8 86:8
provides
  27:22
punch
  97:14
purpose
  9:25 89:4
purposes
  9:1 14:14
  40:21
push
  98:9,21
put
  11:2 16:8
  18:25 29:7
  51:5 53:21
  65:12 66:18
  68:13 87:21
  95:13 96:5
  98:19
  100:14,17
  101:5,6
  103:2
puts
  92:19,20
  96:3 101:21
putting
  93:5

_____

Q

_____

question
  6:13,19 9:10
  19:1,2,5
  28:17,18
  31:1,6 33:2
  34:10 35:9
  37:21 41:22
  42:6 45:18
  48:10 50:17
  51:4 58:5,9,
  17 59:18
  61:8 62:11

Katherine Luna
October 13, 2023

63:7,12
64:14,15
67:4,7,17
71:19,21
75:1  79:7
80:19  83:5
87:15  96:6
97:25  102:17
**questions**
  6:4,7,18
  69:21  75:20
  79:17
**Quito**
  77:5

_____

**R**
_____

**R.T.S.**
  43:1,3
**raise**
  5:7
**range**
  26:15
**rate**
  17:22  100:11
**rates**
  15:25  17:20
  18:2
**read**
  28:22  29:3
  30:18,19
  31:20,23
  32:18  33:23
  46:14  47:6
  48:3,18
  49:7,8  70:23
  71:21,24
  72:1  73:25
  74:2,3,5
  84:12,14,18,
  20
**reading**
  25:4  29:11
  33:7  47:1
  49:6,16
**reality**
  80:15

**reason**
  11:12  12:8
  29:15,17
  33:15  34:25
  40:15  48:8
  54:22  63:9
  84:17
**reasonable**
  32:7,11
**reasons**
  40:2
**recalculates**
  96:8
**recall**
  23:24  27:11
  45:4  50:8,24
  51:1,15
**receipt**
  32:2
**receivable**
  89:22  102:3,
  4  103:1
**receive**
  14:22  15:9,
  15  18:8  38:5
  44:18  59:11
  70:13  79:2,4
  86:1,7,10
  95:20
**received**
  9:9  15:6,17,
  18,20,21
  18:11  31:7
  82:24  83:15
**receives**
  13:24
**receiving**
  36:4  37:18
**recess**
  17:10  70:21
**recollection**
  81:8
**record**
  8:6,7,8
  10:23  19:1,
  15  39:9
  46:7,8,9

  50:12  71:1,
  2,3,15,16
  83:8,10,11
  86:19,20,21
  87:4,22
  91:25  92:1,2
  94:22,23,24
  102:20,21,22
**records**
  21:10  50:14,
  16
**reference**
  31:2  43:5,6
  44:10,15
**reflect**
  50:12,14
**refrigerator**
  88:12
**refuse**
  49:17
**rejected**
  39:8,14
  40:20  41:13
**rejection**
  39:9,12,17,
  25  40:2  41:8
**rejections**
  40:1,14,24
**relates**
  22:20
**relation**
  67:13  83:16
**relations**
  20:13
**relationship**
  24:7  49:24
  62:2
**remember**
  7:19  25:14,
  15,17  27:19
  29:8  57:23
  70:13
**Renewing**
  60:18  65:25
**repeat**
  37:9  45:18
  55:21  58:9

  71:18  79:17
  80:2  96:21
  97:4
**rephrase**
  6:20  9:11
**report**
  38:4
**reporter**
  5:6,11,14
  6:7  9:16,19,
  20,23  10:7
  19:12  24:19,
  20,25  25:7
  30:9,12
  36:11  45:10,
  13,17  56:4,
  8,12,13
  58:10  70:18
  71:23  73:24
  74:1,3  75:7,
  10,15  77:8
  79:14,18
  84:25  85:4
  89:8  91:5
**reporting**
  30:17
**reports**
  39:18
**represent**
  5:23
**representativ
e**
  67:1
**represents**
  93:13
**request**
  25:1
**requested**
  70:22  71:25
  74:2,5  86:9
**requesting**
  78:21  79:5
**required**
  24:3  63:3
**researched**
  41:15

**resolve**
43:16 54:16
**resource**
12:21
**resources**
12:24
**resubmit**
63:4
**returned**
14:3,8
**review**
24:1
**reviewed**
85:11
**reviewing**
81:8
**right**
5:6,14 8:1
15:2 16:22
20:23 25:10,
14,24 26:16
28:21 29:9,
18 31:24
32:17,21
37:20 48:2
49:3,15,22
50:8 52:5
53:5 56:22
57:1 58:18
60:24 61:15
62:9 64:1
65:6 66:5
68:5,6,8,15,
16 70:10
71:11 72:14,
15 74:12,15
75:16 76:17,
18,25 77:3,
19 78:24
79:12 82:14,
17 88:24
91:22 92:13
93:19,22
96:4 97:6
100:23 102:8
103:1
**Rose**
98:25

**roses**
100:12
**RQ**
11:23 24:24
**rules**
6:4
**run**
42:13 44:1
**running**
55:24

---

**S**

**S-U-I-T**
35:20
**sale**
83:1,16
**sales**
13:12,13,22
15:24 18:7,9
19:18,19
24:7 27:15,
21 29:21
31:15 49:17
51:22 53:18,
19 68:13
70:4 76:23
80:5 81:11
100:11
**saved**
14:10
**saves**
15:4
**saying**
12:4 21:8
33:5 38:1
39:9 40:7,17
66:6 73:17
74:10 90:16
93:2 97:10
99:2
**says**
17:22 18:1
35:15 46:22
47:12,15
48:22 67:2,
25 68:1

72:3,6 98:22
**scheduled**
32:6
**scores**
30:23 31:8
**screen**
16:8 28:23
33:11 60:15
71:24 98:15,
17,18
**seat**
93:18 94:8,
18
**second**
8:5 17:7,9
32:16 33:21
34:17 46:24
83:9 89:2
**secretary**
67:23 70:14
**section**
66:14
**sections**
59:21
**see**
9:14 10:13
11:8 13:14,
18 15:10,11
16:3,11
19:19 26:17
28:21 30:3
32:25 33:18
34:11,14,21
35:1,2,14,19
36:24 37:5
38:7,9 39:2,
6 41:11
42:12 43:7,
20 44:13,23
45:2 46:4
50:15 53:8,
24 55:1
57:13 59:15,
25 60:4,9,15
61:21 62:13
66:1,10,15
67:9,18,19,
20 68:16

69:2,22
70:11 72:2,
10 73:1
80:16 89:16
90:3,13
92:25 94:15
103:11
**seeing**
50:24 70:10
**seeking**
79:21
**sees**
91:18
**sell**
37:8 81:4
**selling**
50:3
**send**
19:24 22:1
43:4 57:11
58:17 76:1
92:16 99:20
**sending**
14:2
**sends**
13:23
**sense**
7:2 69:15
94:18
**sentence**
32:10,20
47:4 48:18
49:5
**September**
10:13
**serve**
11:18,21
87:15 89:9
**service**
11:17 87:1,
16
**set**
53:22 73:22
96:9 100:19,
21
**share**
37:12,22

Katherine Luna
October 13, 2023

shared
  59:8
sharing
  38:2
shipment
  32:2 63:10
  74:12,13
  75:4 76:13
  88:2,17
  90:19,20,21
  93:22 96:10,
  12 100:1
shipments
  32:6 50:5
  79:21 88:11
shipping
  97:19
show
  8:2,19 73:19
  89:14 98:3,
  19
showed
  85:12
showing
  28:23
shows
  95:15 96:12
shut
  71:24
sic
  68:23
sigh
  35:3
sign
  18:8,10,12,
  13,14,15,19
  57:18,21
  59:11,22
signature
  14:9 66:14,
  15,25 67:9
  72:14,16
signed
  9:15 18:6
  35:11 60:1,5
  67:13,15
  69:22

signing
  66:24 67:5
  68:12
signs
  67:15
simply
  102:9
single
  103:9,10
sir
  62:18
sit
  28:5 29:11
  88:1,10
situation
  64:17
situations
  63:19
Sixty
  54:10
skip
  54:23
skipped
  17:1
software
  23:17 97:19
sole
  46:20,22
  47:2,23 48:1
  49:14
sort
  58:4 59:17
South
  78:12 79:22
  81:19 85:12
  86:3,25 87:7
  88:3,17 93:7
  95:10 99:11
space
  11:16,24
  78:17,21
  79:5,13 80:7
  88:7
Spanish
  84:10,12,14,
  18,19

speak
  7:9 11:6
  12:3 44:17
  84:16
Speaking
  71:14
specific
  81:8 93:12,
  23,25 94:1
  96:17
specifically
  76:20
specification
  44:20
specified
  32:4
spell
  5:11 9:16
  10:23 19:12,
  15 36:10,12
  66:21 77:8
  87:3 91:4
spelled
  10:9 34:22
spelling
  12:25
spells
  66:18
spoke
  43:5 44:2
spot
  73:10 94:4
stall
  55:20,24
stands
  49:20
start
  29:11 42:22
  47:2 63:2
started
  25:20,25
  27:18
starting
  49:7
starts
  90:17

state
  34:18
statement
  31:23 89:23
  90:9,10
states
  30:5 82:21
status
  52:12,17
  86:12
stay
  54:24 55:20
stays
  64:10
steps
  86:24
stipulate
  9:24
stone
  53:22 73:22
stop
  34:17 46:24
  50:3 54:15
  55:5,24
store
  14:15
strike
  15:11 28:11
  37:6 42:5
  55:3 62:15
  82:23
stuck
  86:18
stuff
  50:4
subject
  50:7
submitted
  63:6
subpoena
  11:4,20
  12:5,8
  87:15,18
suit
  35:20
summary
  90:11

Katherine Luna
October 13, 2023

supervise
  103:8,12
supervisor
  87:2 103:7
support
  81:20
sure
  10:24 13:5
  14:19 16:10
  29:10 34:5
  36:12 39:24
  45:7 56:21
  70:20 71:20
  77:9 80:3
  87:21
swear
  5:7
switched
  77:3,19
sworn
  5:16,18
synonymous
  10:5
system
  14:11 21:24,
  25 50:21,23,
  24,25 92:22,
  24 93:1
  95:6,12,14,
  18 96:3,7
  98:10 99:10,
  12 100:20
  102:7,16
systems
  95:22

          T

T-E-R
  34:25
tag
  94:4
take
  6:10,11,13
  22:25 46:6
  48:7 70:19
  79:14 90:25

91:19 101:10
102:15
taken
  17:10 70:21
takes
  19:21 56:2,
  6,18 74:20
taking
  6:7
talk
  43:25 78:1
  87:19
talked
  39:12 43:15
  44:21 62:9
  93:8
talking
  10:8 51:21
  79:15 89:11
taxes
  100:12
tecum
  16:16
telephone
  32:1
tell
  15:8 29:6
  33:23 34:9
  40:5,25
  41:3,10,14
  44:17 57:22
  76:20 77:4
  93:16 98:13
tells
  17:18 56:25
ten
  26:18,20,21
  27:3,4 32:3
term
  51:16 73:9
  90:5
terms
  18:1 21:10
  28:10,13,22
  29:4,20,24
  51:13,14
  72:21

testified
  23:11 81:25
  82:7
testifies
  5:16
testimony
  70:22 71:25
  74:2,5
thank
  5:14,19 7:10
  9:4,10 13:8
  16:25 17:4,5
  25:8 26:5
  32:9 34:8
  35:22 45:18
  49:19 52:3,9
  56:12,13
  58:11 59:17,
  19 60:25
  63:12 66:12,
  13 71:21
  74:6,8 77:6
  78:5 79:18
  93:20 97:12
  103:17
thing
  15:18 34:1
  55:14,19
  56:16 72:6
things
  64:2 82:12
think
  47:12 48:5
  57:23,25
  61:20 76:5,8
  81:3 94:17
third
  69:14
Thirty
  51:17,18
  53:13
thought
  75:11 91:24
three
  52:2 81:18
  82:1 83:15
  101:17

time
  6:11,17,22,
  23 7:14,15,
  17,21,23
  10:7 11:7
  12:2,3 18:5
  23:23 25:18
  26:6 27:11,
  24 29:3
  42:8,10 43:5
  48:12,20
  51:12 81:21
  86:13 87:20
times
  7:13 40:23
  41:4 100:10
  102:5
title
  12:16 13:9
  19:17 36:16
  67:12,18,19,
  21 68:1
  70:6,15
today
  5:24 22:25
  28:5,10,12,
  23 62:22
  88:1,10
  103:17
today's
  9:1,25
told
  27:18 28:6,
  9,12,19
top
  67:1 77:1
  88:20
totally
  27:1
transaction
  21:12
transactions
  76:6
transcript
  11:25 25:1,4
transferred
  92:21 98:8

Katherine Luna
October 13, 2023

transported
  85:18
treasurer
  67:23
trial
  11:3 87:18
trials
  11:21
trucking
  18:4 92:23
truth
  29:6
try
  19:1 34:7
  37:16 50:4
  53:21 55:3
  61:13 67:8
  74:23 79:17
  80:3 83:7
trying
  43:16,18,20
  58:14 59:18
  95:12,24
Twenty-four
  40:25
two
  38:17 39:18
  40:4,6,8
  41:9,13
  50:19 68:7
  77:15,16,17,
  18 101:16,18
typed
  33:22
typical
  41:5
typo
  33:25

**U**

uh-huh
  52:6 53:2
  57:16 81:2,5
ultimate
  63:24

Underneath
  66:18
undersigned
  72:4
understand
  6:17,20
  12:13 15:3,
  14 16:18
  21:7 23:2
  25:16 27:2,
  20 28:17,18
  29:2 31:5
  33:2,4,9
  37:14,17
  41:24 42:12
  44:6 45:11,
  14 50:22,23
  51:24 55:17
  57:4 61:11
  64:14,15
  67:3,7
  69:24,25
  71:18 72:12
  74:9 78:1
  79:8,11
  80:18 83:5
  84:3 86:4,
  11,16 90:16
  94:11,15,16
  95:8 96:1
  97:23 102:17
understanding
  70:3 73:4,9
understood
  9:3 44:5
undertaken
  31:15
United
  82:21
updating
  91:15
utilize
  26:14
utilized
  25:12 26:7

**V**

valid
  68:14
value
  32:4
various
  97:8
verbal
  6:5 38:4
verbally
  6:5
vice
  67:23
vision
  33:23

**W**

wait
  19:2 30:9
  45:10 56:4,5
  84:25
waive
  31:24 32:21
wanna
  71:21
want
  6:19 8:19
  10:6 12:8
  13:1 17:7,8
  24:25 26:15,
  24,25 29:10
  34:6 46:6
  47:11 56:20
  62:16,22
  78:12
wanted
  70:2
way
  22:6 27:14
  65:15
website
  95:19
week
  85:7 88:18

whatsoever
  46:17 47:6
Wholesale
  61:3 71:7
  99:3
witness
  5:7,9,13,18
  11:3 16:20,
  22 22:12
  37:14 47:11
  48:14,22
  55:14 56:14,
  20 59:4
  60:12,19
  61:6 65:21
  66:1 69:7,17
  71:17 72:2
  73:6 75:9,
  13,16 80:9,
  18 81:13
  84:21 85:21
wondering
  84:19
word
  23:22 32:18,
  22 33:19
  34:10,12,13,
  14 45:14
  47:19 71:9
  75:12
words
  33:22 34:11
  38:10 39:7
  51:11 55:2
  59:20 73:16
  93:1
work
  13:21 24:16
  61:7 69:1
  80:9 87:7,8
  103:1
worked
  25:20
working
  20:18 49:9
works
  87:9

Katherine Luna
October 13, 2023

**world**
  63:9
**worthiness**
  30:8,16
**writing**
  32:1 82:13
**written**
  22:23
**wrong**
  13:1 14:20
  26:1 27:1
  34:3 39:1
  73:20 74:17
  76:8 82:10
  90:14 98:4,
  11,19
**wrote**
  34:3

---

**Y**

**ya**
  91:14
**yeah**
  7:9 10:3
  16:18 23:2
  24:20 27:5
  40:8 45:1
  49:16 58:10,
  13 60:14
  65:10 66:8,
  22 68:21,24
  71:20,23
  73:8 74:1,9
  78:25 85:17
  97:16
**year**
  7:2,5,11
  13:15,16
  45:5,24 46:1
  79:2 81:7,20
  84:24 85:1
  88:19 96:7
**year's**
  82:25
**years**
  6:25 7:1,18

  20:19 25:19,
  25 26:18,20,
  21,22 27:3,4
  38:17 40:25
  41:1 42:20
  63:1
**York**
  14:21 39:19
  53:5 61:3
  67:13 71:6
  74:20 76:3,
  11 79:5
  83:16 96:18
  97:1,17
  98:1,2,3,25
  99:3,7

---

**Z**

**zero**
  96:15