UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20073-CIV-ALTONAGA/Damian

**FLORAL LOGISTICS OF
MIAMI, INC.**,

    Plaintiff,

v.

**NEW YORK GARDEN FLOWER
WHOLESALE, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. Following Calendar Call on November 14, 2023, the parties submitted proposed jury instructions to be used at trial. The instructions — which contain citations to authorities, headings, and changes in font — are not in final form.

Accordingly, it is

**ORDERED** that the parties shall submit proposed jury instructions in final form that omit citations to authorities, headings, and changes in font by **November 16, 2023**. The parties shall file the instructions and submit them via e-mail to altonaga@flsd.uscourts.gov in Word format.

**DONE AND ORDERED** in Miami, Florida, this 15th day of November, 2023.

                                                          **CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record